UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET# _____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

OCT - 1 2010

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IMATION CORP.; MOSER BAER INDIA LTD.; GLYPHICS MEDIA, INC.; CMC MAGNETICS CORP.; HOTAN CORP.; KHYPERMEDIA CORP.; RITEK CORP. and ADVANCED MEDIA, INC.,<br><br>Defendants. | Case No. 09-CV-305 |

## TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
## UNITED STATES EMBASSY, TOKYO, JAPAN

Upon the application of the defendants in the above-captioned matter, and pursuant to Article 17 of the United States - Japan Consular Convention, you have been duly appointed and you are hereby authorized to take oral depositions at the United States Embassy in Tokyo, Japan, of corporate representatives of plaintiff Toshiba Corporation, 1-1 Shibaura 1-Chome, Minato-Ku, Tokyo 105-8001 Japan, who will appear voluntarily, commencing on or about November 1, 2010, at 9 a.m. and terminating on or about November 5, at 5 p.m. and to mark any documentary exhibits in connection therewith.

Counsel and their staff for the defendants who will participate in said depositions are:

    Alan Dean Smith
    Christopher Robert Dillon
    Thomas Ari Brown
    Whitney Allyse Reichel
    Stephen Andrew Marshall
    Danni Tang

and counsel and their staff for plaintiff who will participate in said depositions are:

>    Taro Isshiki
>    Shogo Asaji
>    George Brian Busey

The proceedings will be reported and videotaped by: Peter Wai Kwong Au, Joseph Edward Ellis, Deborah Gentile, Melanie Louise Giamarco, Lisa Knight, Randi Birnhak, Lee Anthony Bowry and/or Christopher Sheppard Hanlon with American Realtime Court Reporters. Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this court with all convenient speed.

Dated: this 30TH of SEPTEMBER, 2010.

By the COURT: _____
Stephen L. Crocker
United States Magistrate Judge
United States District Court
For the Western District of Wisconsin
Madison, Wisconsin
United States

(Seal)

5472678_1