IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOSHIBA CORPORATION,

    Plaintiff,

v.

IMATION CORP., MOSER BAER INDIA LTD.,
GLYPHICS MEDIA, INC., CMC MAGNETICS
CORP., HOTAN CORP., KHYPERMEDIA CORP.,
RITEK CORP., and ADVANCED MEDIA, INC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-305-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered GRANTING defendants' motion for summary judgment of noninfringement.

By: _____      1-7-11
    Peter Oppeneer, Clerk of Court      Date