# EXHIBIT A

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the

## INVOICE

NUMBER: 64597

TO:
James Donald Peterson
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53701

PHONE: (608) 257-0609
FAX:

MAKE CHECK PAYABLE TO:
Cheryl A. Seeman
120 North Henry Street, Room 520
Madison, Wisconsin 53703

PHONE: (608) 255-3821

### TRANSCRIPTS

- [ ] CRIMINAL
- [x] CIVIL

DATE ORDERED: 03/10/2010
DATE DELIVERED: 03/25/2010

IN THE MATTER OF (CASE NUMBER AND TITLE)
TOSHIBA CORP. v. IMATION CORP., et al.   Case No. 09-CV-305-SLC

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | 70 | 3.65 | 255.50 | 70 | 0.90 | 63.00 | | | 0.00 | 318.50 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date): 3/10/2010

Claims Construction Hearing
(1/2 Cost)

TOTAL: 318.50
LESS DISCOUNT FOR LATE DELIVERY:
ADD AMOUNT OF DEPOSIT:
AMOUNT DUE (OR REFUND): 318.50

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
/s/ Cheryl A. Seeman, RMR, CRR

DATE: 03/25/2010

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the

## INVOICE

NUMBER: 64649

TO: Godfrey & Kahn, S.C.
BY: JAMES DONALD PETERSON
One East Main Street, Suite 500
Madison, Wisconsin 53701

PHONE: (608) 284-2206
FAX:

MAKE CHECK PAYABLE TO:
Cheryl A. Seeman
120 North Henry Street, Room 520
Madison, Wisconsin 53703

PHONE: (608) 255-3821

### TRANSCRIPTS

☐ CRIMINAL ☑ CIVIL

DATE ORDERED: 09/02/2010
DATE DELIVERED: 09/02/2010

IN THE MATTER OF (CASE NUMBER AND TITLE)
TOSHIBA CORP. v. IMATION CORP., et al.    Case No. 09-CV-305-SLC

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | 53 | 0.90 | 47.70 | | | 0.00 | 47.70 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

For proceedings on (Date): 8/5/10

Telephonic Motion Hearing

TOTAL: 47.70
LESS DISCOUNT FOR LATE DELIVERY:
ADD AMOUNT OF DEPOSIT:
AMOUNT DUE (OR REFUND): 47.70

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
/s/ Cheryl A. Seeman, RMR, CRR

DATE: 09/02/2010

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number: 724<br>Call number: |
|---|---|
| TO: kpaape@sklaw.com | **MAKE CHECK PAYABLE TO:**<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Requested | Date Delivered: |
|---|---|---|
| Civil | 9-2-10 | 9-2-10 |

Toshiba vs. Imation, et al., 09-CV-305

**Stenographic transcript of telephonic hearing held before Magistrate Stephen L. Crocker**

27 pgs. @ $.90                                              $ 24.30


TOTAL     $24.30

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

/s/_____     Date: ___9-2-10_____
Lynette Swenson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number: 782<br>Call number: |
|---|---|
| **TO: Godfrey Kahn**<br>kpaape@gklaw.com<br>jpeterson@gklaw.com | **MAKE CHECK PAYABLE TO:**<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Dated Requested | Date Delivered: |
|---|---|---|
| Civil | 12-17-10 | 12-17-10 |

In the matter of Toshiba vs. Imation et al   09-CV-305

**Stenographic transcript of telephonic hearing before Magistrate Stephen L. Crocker on 12-8-10**

| | |
|---|---:|
| 58 pgs. @ $.90   (kpaape) | $52.20 |
| 58 pgs. @ $.90   (jpeterson) | 52.20 |

**TOTAL     $104.40**

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

/s/_____     Date: ___12-17-10_____
Lynette Swenson



**Excellence in Court Reporting**

P.O. Box 5254, Madison, WI 53705-0254
TEL 608.833.0392  FAX 608.833.0682
E-MAIL office@fortherecordmadison.com
WEB www.fortherecordmadison.com

Godfrey & Kahn, S.C.
Attorney James D. Peterson
One East Main Street, Suite 500
Madison, WI  53703

Invoice No. 12811

Date:  12/20/2010

Reporter:  Carmen Harder, RPR

Toshiba Corporation v.
Imation Corp., et al.
Western District of Wisconsin
Case No. 3:09-cv-00305-slc

Federal ID No. **Redacted**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17/2010 | DEPOSITION OF KURT M. WENGER | |
| | Original and One Copy | 220.50 |
| | Attendance of Court Reporter | 50.00 |
| | Photocopies of Exhibits and Scanned PDFs via E-mail | 21.75 |
| | E-Transcript, ASCII, and PDF via E-mail - N/C | |
| | Condensed Transcript and Word Index - N/C | |
| | Thank you! | |

**TOTAL**         $292.25

Make Check Payable To:
For The Record, Inc.

Invoices are due upon receipt. Invoices not
paid within 30 days subject to interest at
the rate of 1.5 percent per month.