**EXHIBIT B**

# C Lowrey Process Service

C Lowrey Process Service
2509 Crest Line Drive
Madison, WI 53704

(608)241-3834
clowreyprocessservice@yahoo.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2010 | 3255 |
| TERMS | DUE DATE |
| Due on receipt | 12/15/2010 |

**BILL TO**

Godfrey & Kahn, S.C.
One East Main Street
Madison, WI 53701
Karen Paape

| AMOUNT DUE | ENCLOSED |
|---|---|
| $130.00 | |

Please detach top portion and return with your payment

| Date | Activity | Amount |
|---|---|---|
| 12/14/2010 | 09 CV 305 slc Toshiba vs Imation Corp - served Kurt Wenger | 65.00 |
| 12/14/2010 | 09 CV 305 slc Toshiba vs Imation Corp - served Drop Frame Productions, Inc. | 65.00 |
| | **TOTAL** | **$130.00** |

Please make checks payable to: Chris Lowrey

Serving all of your legal papers for the entire State of Wisconsin.

Thank you for this opportunity! We truly appreciate your business and hope to be of service in the near future.