# EXHIBIT D




# invoice

221 King Street  
Madison, Wisconsin 53703  
Phone 608.294.8000  

Fax 608.294.8380  
us470@alphagraphics.com  
www.madison470.alphagraphics.com

**Sold To**

Sue Wilson  
Godfrey & Kahn  
1 East Main  
Madison WI 53703  
Phone: 257-3911

**No.** 61939  
**Date** 12/29/2010  
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 708 | Ref#001307.001, 708 copies @ $.10, 8.5 x 11 White 20# Report Xerographic Bond, copied on 1 side | 70.80 |
| 37 | 37 numeric tabs @ $.35 | 12.95 |

**SHIPPING/SPECIAL INSTRUCTIONS**

Sales Rep: JRB  
Taken by: James

| | |
|---|---|
| SUB | 83.75 |
| TAX | 4.61 |
| SHIPPING | |
| TOTAL | 88.36 |
| NET DUE | 88.36 |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."  
Remit payments to: 221 King St., Madison, WI 53703

**RECEIPT FOR CASH SALES**  
☐ CASH  ☐ CHECK #_____  ☐ CREDIT CARD

AMOUNT RECEIVED  
CSR INITIALS

Signature_____  Print Name_____  Date_____  
Job Received and Accepted By

rev. 07/06/06