# Exhibit 2

**American Realtime Court Reporters**
**5046 Rosen Boulevard**
**Boynton Beach, FL 33472-1272**

Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/21/2010 | 2458 |

| Bill to: |
|---|
| Fish & Richardson |
| 225 Franklin Street |
| Boston, MA 02110 |

| Rptr |
|---|
| DG |

| Date | Description | Qty | Price Each | Amount |
|---|---|---|---|---|
|  | Toshiba vs. Imation - Depositions in Taipei, Taiwan  Ref #13720-0006LL1  COURT REPORTING SERVICES |  |  |  |
| 6/7/2010 | Certified Copy - Deposition of Yung-Chih Lee | 0.5 | 750.00 | 375.00 |
| 6/7/2010 | Certified Copy - Deposition of Min-Chen Chang (Volume 1) | 0.5 | 750.00 | 375.00 |
| 6/8/2010 | Certified Copy - Deposition of Min-Chen Chang (Volume 2) | 0.5 | 750.00 | 375.00 |
| 6/8/2010 | Certified Copy - Deposition of Wei-Hsiang Wang (Volume 1) | 0.5 | 750.00 | 375.00 |
| 6/9/2010 | Certified Copy - Deposition of Wei-Hsiang Wang (Volume 2) | 1 | 750.00 | 750.00 |
| 6/10/2010 | Certified Copy - Deposition of Robert Tsai | 0.5 | 750.00 | 375.00 |
| 6/10/2010 | Certified Copy - Deposition of Geeng Jieh Chong (Volume 1) | 0.5 | 750.00 | 375.00 |
| 6/11/2010 | Certified Copy - Deposition of Geeng Jieh Chong (Volume 2) | 1 | 750.00 | 750.00 |
| 6/12/2010 | Certified Copy - Deposition of Pai-Yi Chiu | 1 | 750.00 | 750.00 |
|  | (Certified copy charge includes certified transcript in condensed format, one realtime hookup, rough ASCII, E-transcript & word index.) |  |  | 0.00 |
|  | Add'l realtime hookup (6 days) | 6 | 200.00 | 1,200.00 |
| 6/18/2010 | E-transcripts delivered |  |  |  |
|  | Photocopies- B&W | 2,711 | 0.50 | 1,355.50 |
|  | Photocopies - Color | 42 | 1.00 | 42.00 |
|  | Scanned exhibits: | 2,753 | 0.65 | 1,789.45 |
|  | Searchable .pdf - OCR | 2,753 | 0.05 | 137.65 |
|  | **COD Fedex: | 1 | 149.00 | 149.00 |
|  | Please notify us when a check is ready for pickup. FedEx will deliver package to your office, pick up check and return it to us. |  |  |  |

| Subtotal | $9,173.60 |
|---|---|
| Payment/Deposit | $0.00 |
| Balance Due | $9,173.60 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. REDACTED
THANK YOU

**American Realtime Court Reporters**
**5046 Rosen Boulevard**
**Boynton Beach, FL 33472-1272**

Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/17/2010 | 2541 |

| Bill to: |
|---|
| Fish & Richardson<br>225 Franklin Street<br>Boston, MA 02110 |

| Rptr |
|---|
| DG |

| Date | Description | Qty | Price Each | Amount |
|---|---|---|---|---|
| | Toshiba vs. Imation - Depositions in Tokyo, Japan<br>Ref # 137201006LL1<br>COURT REPORTING SERVICES | | | |
| 11/1/2010 | Per Diem - Deposition of Masatsugu Mukuge - Volume 1 | 1 | 1,600.00 | 1,600.00 |
| 11/2/2010 | Per Diem - Deposition of Masatsugu Mukuge - Volume 2 | 1 | 1,600.00 | 1,600.00 |
| 11/3/2010 | Per Diem - Deposition of Masatsugu Mukuge - Volume 3 | 1 | 1,600.00 | 1,600.00 |
| 11/4/2010 | Per Diem - Deposition of Naoto Tsushima | 1 | 1,600.00 | 1,600.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, O&1 certified transcript in condensed format, E-transcript & word index.) | | | 0.00 |
| 11/15/2010 | Etranscripts delivered | | | |
| | Searchable .pdf - OCR | 1,549 | 0.70 | 1,084.30 |
| | TRAVEL EXPENSES (Receipts attached) | | | |
| | Hotel: | 1 | 690.00 | 690.00 |
| | RT Train Osaka - Tokyo | 1 | 318.00 | 318.00 |
| | Meals & Taxis | 1 | 179.00 | 179.00 |
| | **COD Fedex: | 1 | 159.00 | 159.00 |
| | Please notify us when a check is ready for pickup. FedEx will deliver package to your office, pick up check and return it to us. | | | |

| | |
|---|---|
| Subtotal | $8,830.30 |
| Payment/Deposit | $0.00 |
| Balance Due | $8,830.30 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. REDACTED
THANK YOU

# INVOICE

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

Bill To: Alan D. Smith, Esq.
Fish & Richardson PC
225 Franklin Street
Boston, MA 02110

Invoice #: SD63365
Invoice Date: 06/30/2010
Balance Due: $ 2,402.20
Ambassador #: 149,348

Case: Toshiba Corporation v. Imation Corporation
Job #: 54262 | Job Date: 06/16/2010 | Delivery: Expedited

Billing #

Location: Oberoi New Delhi
Dr. Zakir Hussain Marg | New Delhi - 110003 India.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Giriraj Nyati - Moser Baer - 3 | Certified Transcript | Page | 198.00 | $8.55 | $1,692.90 |
| 2 | | Transcript - Rough ASCII | Page | 198.00 | $1.50 | $297.00 |
| 3 | | Exhibits | per page | 694.00 | $0.45 | $312.30 |
| 4 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 5 | | Transcript Handling | | 1.00 | $25.00 | $25.00 |
| 6 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

Notes:

Invoice Total: $2,402.20
Payment:
Credit:
Interest: $0.00
Balance Due: $2,402.20

Fed. Tax ID: REDACTED | Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #_____ Exp. Date_____

Invoice #: SD63365
Job #: 54262
Invoice Date: 06/30/2010
Balance: $2,402.20

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Alan D. Smith, Esq.
Fish & Richardson PC
225 Franklin Street
Boston, MA 02110

**Invoice #:** SD63357
**Invoice Date:** 06/30/2010
**Balance Due:** $ 3,128.05
**Ambassador #** 149,347

**Case:** Toshiba Corporation v. Imation Corporation
**Job #:** 54261  |  **Job Date:** 06/15/2010  |  **Delivery:** Expedited
**Location:** Oberoi New Delhi
Dr. Zakir Hussain Marg | New Delhi - 110003 India,

**Billing #**

| Item | Attorney | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bhaskar Sharma | Certified Transcript | Page | 255.00 | $8.55 | $2,180.25 |
| 2 | | Transcript - Rough ASCII | Page | 255.00 | $1.50 | $382.50 |
| 3 | | Exhibits | per page | 1,034.00 | $0.45 | $465.30 |
| 4 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 5 | | Transcript Handling | | 1.00 | $25.00 | $25.00 |
| 6 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

**Invoice Total:** $3,128.05
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $3,128.05

**Fed. Tax ID:** REDACTED  **Term:** Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

*Please tear off stub and return with payment.*

**Make check payable to:** Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

**Credit Card #**  **Exp. Date**

SIGNATURE AS IT APPEARS ON CREDIT CARD

PRINT NAME AS IT APPEARS ON CREDIT CARD

**Invoice #:** SD63357
**Job #:** 54261
**Invoice Date:** 06/30/2010
**Balance:** $3,128.05

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

Page 4



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 6/30/2010
INVOICE # 051810-83573
CLIENT MATTER # 13720-0006LL1

| Bill To: | Invoice Payment Center<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130 | Ship To: | Christopher Dillon Esq.<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 |
|---|---|---|---|

| CASE: | Toshiba v. Imation |
|---|---|
| DEPOSITION: | Liu, Harvey |
| DATE: | 5/18/2010 |
| CITY: | Los Angeles |
| STATE: | California |

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Sue Sullivan | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 173 | $3.25 | $562.25 |
| Rough ASCII | 173 | $1.50 | $259.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 1929 | $0.30 | $578.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,445.45 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,475.45 |

**Please make all checks payable to: TSG Reporting, Inc.**     **Federal ID #** REDACTED

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/14/2010
INVOICE # 051210-84469
CLIENT MATTER # 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**CASE:** Toshiba v. Imation
**DEPOSITION:** Bartizal, David
**DATE:** 5/12/2010
**CITY:** Minneapolis
**STATE:** Minnesota

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kelly Herrick | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 264 | $3.25 | $858.00 |
| Certified Transcript - Evening Pages | 3 | $1.25 | $3.75 |
| Rough ASCII | 264 | $1.50 | $396.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 917 | $0.30 | $275.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,577.85 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,607.85 |

**Please make all checks payable to: TSG Reporting, Inc.**     **Federal ID #** REDACTED

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/14/2010
INVOICE # 051310-84471
CLIENT MATTER # 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**CASE:** Toshiba v. Imation
**DEPOSITION:** Conti, Craig
**DATE:** 5/13/2010
**CITY:** Minneapolis
**STATE:** Minnesota

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kelly Herrick | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 219 | $3.25 | $711.75 |
| Rough ASCII | 219 | $1.50 | $328.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 1252 | $0.30 | $375.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,460.85 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,490.85 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID #** REDACTED

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

Page 7



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/16/2010
INVOICE # 071510-94830
CLIENT MATTER # 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**CASE:** Toshiba v. Imation
**DEPOSITION:** Bassett, Cindy / Dobosenski, Jim
**DATE:** 7/15/2010
**CITY:** Minneapolis
**STATE:** Minnesota

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kelly Herrick | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 170 | $3.25 | $552.50 |
| Rough ASCII | 170 | $1.50 | $255.00 |
| Compressed / ASCII / Word Index | 2 | $45.00 | $90.00 |
| Exhibits - Scanned & Hyperlinked | 59 | $0.30 | $17.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $915.20 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $945.20 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID #** REDACTED

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/23/2010
INVOICE # 091510-86999
CLIENT MATTER # 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**CASE:** Toshiba v. Imation
**DEPOSITION:** Hsieh, Tom 30(b)(6) - Hotan / Hsieh, Tom 30(b)(6) - Khypermedia
**DATE:** 9/15/2010
**CITY:** Palo Alto
**STATE:** California

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 178 | $3.25 | $578.50 |
| Certified Transcript - Evening Pages | 17 | $1.25 | $21.25 |
| Compressed / ASCII / Word Index | 2 | $45.00 | $90.00 |
| Exhibits - Scanned & Hyperlinked | 677 | $0.30 | $203.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $892.85 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $922.85 |

**Please make all checks payable to: TSG Reporting, Inc.**     **Federal ID #** REDACTED

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Bill To:**

Fish & Richardson
Attn: Christopher Dillon, Esq
One Marina Park Drive
Boston, MA 02210
USA

**Requested By:**

Christopher Dillon, Esq
Fish & Richardson
One Marina Park Drive
Boston, MA 02210
USA

| | |
|---|---|
| **Invoice #:** | 316202 |
| **Invoice Date:** | 12/15/2010 |
| **Invoice Due:** | 01/14/2011 |
| **Contract #:** | tpt273274 |

| | |
|---|---|
| **Sales Contact:** | Tyler Mickelson (TMickelson@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | |

**Project Notes:**

**In the matter of Toshiba Corporation vs. Imation Corp.**
**Video Deposition of Kornelis Immink, Ph. D., taken 12/2/2010 (Rotterdam, Netherlands)**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Certiified Copy | | | | |
|    Deposition Services | 265.00 | Pages | 4.500 | 1,192.50 |
| Rough ASCII | | | | |
|    Deposition Services | 217.00 | Pages | 1.750 | 379.75 |
| Exhibit Copies | | | | |
|    Deposition Services | 2,264.00 | Pages | 0.500 | 1,132.00 |
| Delivery | | | | |
|    Deposition Services | 1.00 | Fee | 35.000 | 35.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 2,739.25 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 2,739.25 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| PAYMENT INSTRUCTIONS ||
|---|---|
| **Please remit payment to:** <br> TransPerfect Translations International Inc. <br> Attn.: Accounts Receivable <br> Three Park Avenue, 39th Floor <br> New York, NY 10016 | **Wire Transfer Details:** <br> Redacted |

**Please reference the Contract # tpt273274 and Invoice # 316202 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM