# Exhibit 3

**American Realtime Court Reporters**
**5046 Rosen Boulevard**
**Boynton Beach, FL 33472-1272**

Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/29/2010 | 2468 |

| Bill to: |
|---|
| Fish & Richardson<br>225 Franklin Street<br>Boston, MA 02110 |

| Rptr |
|---|
| CH |

| Date | Description | Qty | Price Each | Amount |
|---|---|---|---|---|
| | Toshiba vs. Imation - Depositions in Taipei, Taiwan<br>Ref #13720-0006LL1<br>VIDEO SERVICES | | | |
| 6/7/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Yung-Chih Lee | 4.75 | 115.00 | 546.25 |
| 6/7/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Min-Chen Chang (Volume 1) | 2 | 115.00 | 230.00 |
| 6/8/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Min-Chen Chang (Volume 2) | 3 | 115.00 | 345.00 |
| 6/8/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Wei-Hsiang Wang (Volume 1) | 3.5 | 115.00 | 402.50 |
| 6/9/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Wei-Hsiang Wang (Volume 2) | 6.25 | 115.00 | 718.75 |
| 6/10/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Robert Tsai | 2.75 | 115.00 | 316.25 |
| 6/10/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Geeng Jieh Chong (Volume 1) | 4 | 115.00 | 460.00 |
| 6/11/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Geeng Jieh Chong (Volume 2) | 6 | 115.00 | 690.00 |
| 6/12/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Pai-Yi Chiu | 3.25 | 115.00 | 373.75 |
| | **COD Fedex:<br>Please notify us when a check is ready for pickup. FedEx will deliver package to your office, pick up check and return it to us. | 1 | 29.00 | 29.00 |

| | |
|---|---|
| Subtotal | $4,111.50 |
| Payment/Deposit | $0.00 |
| Balance Due | $4,111.50 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. REDACTED
THANK YOU

Page 1

# Veritext San Diego Reporting Co.
## A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

Bill To: Nancy Firicano
Fish & Richardson PC
225 Franklin Street
Boston, MA 02110

Invoice #: SD65032
Invoice Date: 07/29/2010
Balance Due: $ 350.00
Ambassador # 149,348

Case: Toshiba Corporation v. Imation Corporation
Job #: 54262 | Job Date: 06/16/2010 | Delivery: Normal
Location: Oberoi New Delhi
Dr. Zakir Hussain Marg | New Delhi - 110003 India,

Billing #

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Giriraj Nyati - Moser Baer - 3 | Video - transcript synchronization | Per hour | 5.00 | $65.00 | $325.00 |
| 2 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $350.00 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $350.00 |

Fed. Tax ID: REDACTED    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: SD65032
Job #: 54262
Invoice Date: 07/29/2010
Balance : $350.00

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# Veritext San Diego Reporting Co.
## A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Nancy Firicano
Fish & Richardson PC
225 Franklin Street
Boston, MA 02110

| | |
|---|---|
| Invoice #: | SD65033 |
| Invoice Date: | 07/29/2010 |
| Balance Due: | $ 357.50 |
| Ambassador # | 149,347 |

| Case: | Toshiba Corporation v. Imation Corporation |
|---|---|
| Job #: | 54261 | Job Date: 06/15/2010 | Delivery: Expedited |
| Location: | Oberoi New Delhi<br>Dr. Zakir Hussain Marg | New Delhi - 110003 India. |

Billing #

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bhaskar Sharma | Video - transcript synchronization | Per hour | 5.50 | $65.00 | $357.50 |

| | |
|---|---|
| Invoice Total: | $357.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $357.50 |

Notes:

Fed. Tax ID: REDACTED    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD65033 |
| Job #: | 54261 |
| Invoice Date: | 07/29/2010 |
| Balance : | $357.50 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626