Exhibit 5

Mr. Rakesh Govil
Moser Baer India, Ltd.
43-B Okhla Industrial Estate, Phase 3
New Dehli 110 020

C/O Alan D. Smith, Attorney
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

October 25, 2010

**RE: Toshiba Defendants c/o Fish & Richardson, P.C. (Alan Smith)**

Dear Alan:

This is an invoice in the amount of Redacted for the consulting services rendered during
the period 9/08/2010 – 10/25/2010 in the case of *Toshiba Corp. V. Imation Corp. et al.*
The breakdown of the **total** number of hours as well as other expenses is listed below.
This total is then divided by 3 for each of the three defendants in the case.

Redacted

09/09/2010
10/06/2010
10/10/2010
10/20/2010
10/21/2010
10/22/2010
10/24/2010
10/25/2010

Airline Ticket (Tucson – Boston - Tucson)                    $547.60

Total                                                      Redacted

I'll be grateful if you'd kindly forward the check to the following address:

Redacted

Sincerely

_____

Masud Mansuripur

Mr. Rakesh Govil
Moser Baer India, Ltd.
43-B Okhla Industrial Estate, Phase 3
New Dehli 110 020

C/O Alan D. Smith, Attorney
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

November 13, 2010

**RE: Toshiba Defendants c/o Fish & Richardson, P.C. (Alan Smith)**

Dear Alan:

This is an invoice in the amount of Redacted for the consulting services rendered during the period 11/11/2010 – 11/13/2010 in the case of *Toshiba Corp. V. Imation Corp. et al.* The breakdown of the **total** number of hours as well as other expenses is listed below. This total is then divided by 3 for each of the three defendants in the case.

| | |
|---|---|
| 11/11/2010 | Redacted |
| 11/12/2010 | |
| 11/13/2010 | |

| | |
|---|---|
| Hotel in Boston | $1190.00 |
| Taxi in Boston and Tucson (Airport ⇔ Hotel ⇔ FR offices) | $92.00 |
| Miscellaneous | $100.00 |

| | |
|---|---|
| Total | Redacted |

I'll be grateful if you'd kindly forward the check to the following address:

Redacted

Sincerely

_____

Masud Mansuripur



# Invoice

N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

**Invoice #:** 6-0236
**Invoice Date:** 1/10/2011
**Due Date:** 2/10/2011

**Bill To:**

Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
One Marina Park Drive
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- |
| Redacted | | | |

Imation Corporation

WIRE INSTRUCTIONS: Redacted

| | |
| --- | --- |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |



# Invoice

N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

**Invoice #:** 6-0236
**Invoice Date:** 1/10/2011
**Due Date:** 2/10/2011

**Bill To:**

Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
One Marina Park Drive
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Redacted | | | |

Imation Corporation

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

WIRE INSTRUCTIONS: Redacted



**BERO**
**The BERO Group** *a Division of Corporate Financial Advisors, LLC*

# Invoice

N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

**Invoice #:** 6-0236
**Invoice Date:** 1/10/2011
**Due Date:** 2/10/2011

**Bill To:**

Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
One Marina Park Drive
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Redacted | | | |

Imation Corporation

**Total**

WIRE INSTRUCTIONS:      Redacted

**Payments/Credits**

**Balance Due**


The BERO Group *a Division of Corporate Financial Advisors, LLC*

# Invoice

N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

**Invoice #:** 6-0236
**Invoice Date:** 1/10/2011
**Due Date:** 2/10/2011

**Bill To:**

Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
One Marina Park Drive
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Redacted | | | |
| Frontier - airfare for Boston trip | | 537.90 | 537.90 |
| Seaport Hotel - 12/13-12/16/10 Rick's trip to Boston | | 854.86 | 854.86 |
| Airport charges at Logan | | 19.90 | 19.90 |
| Sending binders for Rick's Deposition | | 57.42 | 57.42 |
| Total Reimbursable Expenses | | | 1,470.08 |

Imation Corporation

WIRE INSTRUCTIONS:     Redacted

| | |
|---|---|
| **Total** | Redacted |
| **Payments/Credits** | $0.00 |
| **Balance Due** | Redacted |

# BILL FOR SERVICES

Robert B. Liesegang Sr.
POB 3096
Bald Head Island, N.C. 28461
910-457-4498

Services rendered as expert witness in the matter of Toshiba v Imation et al 09-CV-00305-slc at a rate of $400 per hour, $500 flat fee per travel day and usual hotel, meal, administrative and travel expenses.

11/16-12/10                              Redacted


12/15/10

| | | |
|---|---|---|
| Dinner | | 78.00 |
| Tolls | | 4.50 |
| Mileage: 163 @ .50 | | 81.50 |

12/16/10                              Redacted

| | | |
|---|---|---|
| Dinner | | 43.00 |

12/17/10                              Redacted

| | | |
|---|---|---|
| Dinner | | 28.75 |
| Mileage: 163 @ .50 | | 81.50 |
| Hotel w/tax&parking, 2 nights | | 394.00 |
| Parking for Deposition | | 12.00 |
| Tolls | | 4.50 |

Redacted

TOTAL

*Robert B. Liesegang Sr*
Robert B. Liesegang Sr
December 31, 2010

The Barking Crab Restaurants
Boston, MA | Newport, RI
88 Sleeper St
Boston, MA 02210
1-617-426-2722

Server: Lydia                    DOB: 11/14/2010
6:00 PM                              11/14/2010
Table 16/1                            2/20011

SALE

VISA                                  2097159
Card #XXXXXXXXXXXX0085
Magnetic card present: DILLON CHRISTOPHER
Card Entry Method:  S

Approval: 081320

                Amount:        $ 41.88

              + Tip: _____  8

              = Total: __ 49.88

       I agree to pay the above
       total amount according to the
          card issuer agreement.

X    _____

          **Guest Copy**

## BUSINESS MEALS & ENTERTAINMENT REIMBURSEMENT

| | |
|---|---|
| **Date Requested** | 12/22/2010 |
| **Requested By/Office** | Christopher Dillon/Boston |
| **Matter Name** | Toshiba Corporation v. Imation Group et al.<br>Case No. 09-CV-305-slc |
| **Matter ID** | 13720-0006LL1 |
| **Practice Area** | Litigation |

Send completed form and receipts to Accounting, or to the person listed in parenthesis in the Charge Office category if the check is being charged to the office. No reimbursement will be made without a complete request form, proper receipts, and approval

| | | **Initials / Employee Number**<br>(For Personal Reimbursements Only) | CWD / |
|---|---|---|---|
| **Payable To** | Christopher Dillon | | C2225 |
| **Check No.** | | | |
| **Check Date** | | | |
| **Check Amount** | Redacted<br><br>Redacted<br><br>$199.00 (Strega and Barking Crab) should be charged to the client *672* | | |
| **Charge Office** | | | |
| **Explanation** | Redacted | | |
| **Date** | Dec 14, 15, 17 | | |
| **Restaurant/Establishment** | Strega, Barking Crab, Redacted | | |
| **Description of Business** | Redacted | | |
| **Identify Guests & their Company** | CWD, Rick Bero | | |

| **NOTE:** | Staple Receipts to back of form. (Receipts are required for expenses greater than $10 and should be attached, when practical, for expenses less than $10). Incomplete forms will be returned to requestor for completion. |
|---|---|

| | | **Date** | |
|---|---|---|---|
| **Requestor's Signature** | | | |
| **Approval Signature** | | **Date** | |

Redacted

Revised: 3/1/2004

One Marina Park Drive
Boston, MA 02110
617-345-3992
Date:          Dec14'10 01:50PM
Card Type:     Visa
Acct #:        XXXXXXXXXXXX0085
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     CIC003563544331
Auth Code:     03469D
Check:         2709
Table:         27/1
Server:        1016 Alberto

Subtotal:      104.33

TIP_____    20

TOTAL_____  124.33

SIGNATURE _____

THIS IS MERCHANT COPY

---

60 Chandler St
Boston, MA 02210
1-617-426-2722

Server: Lynne            DOB: 12/15/2010
:22 PM                        12/15/2010
able 5/1                       2/20009

SALE

VISA                         2097161
Card #XXXXXXXXXXXX0085
Magnetic card present: DILLON CHRISTOPHER
Card Entry Method:  S

Approval: 01014D

Amount:          $ 62.6?

+ Tip:          12 —

Total:          74.47

I agree to pay the amount
                        the
                        t.

Redacted



**_Strega_**

W A T E R F R O N T

One Marina Park Drive
Boston, MA 02110
617-345-3992

```
Date:        Dec16'10 01:59PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX0954
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   AIA004311308755
Auth Code:   944928
Check:       2879
Table:       5/1
Server:      909 Mike H
```

Subtotal:          48.15

TIP _____     8 ____

TOTAL_____     56.15

SIGNATURE

_____

THIS IS CUSTOMERS COPY



RECEIVED
DEC 2 3 2010
ACCTG. DEPT.