# Exhibit 6



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-766-59581 | Jun 16, 2010 | Redacted | 1 of 4 |

FedEx Tax ID: Redacted

**Billing Address:**
FISH & RICHARDSON
ELIZABETH BUTLER
225 FRANKLIN ST FL 32
BOSTON MA 02110-2809

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone: (800) 622-1147 M-Sa 7-6 (CST)
Fax: (800) 548-3020
Internet: www.fedex.com

### Invoice Summary Jun 16, 2010

**FedEx Express Services**

| | | |
|---|---|---|
| Duties, Tax, Customs, Other Fees | | 16.46 |
| Total Charges | USD | $16.46 |
| **TOTAL THIS INVOICE** | **USD** | **$16.46** |

Other discounts may apply.

---

*[Stamp, rotated 180°:]*
Fish & Richardson — Boston, MA
Charge: 13720-0006LL/
Date: JUN 2 5 2010
By: EGButler
APPROVED FOR PAYMENT

*[Illegible department stamp]*

---

### Remittance Advice
**Payment due upon receipt**

To ensure proper credit, please return this portion with your payment to FedEx. Please do not staple or fold. Please make check payable to FedEx.
☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 5-766-59581 | Redacted | USD $16.46 |

0021304657665958128000001646798

0068063  02 AI 0.479  **AUTO  18 1 1167 02110-287932  -C01-P6813141 4

FISH & RICHARDSON
ELIZABETH BUTLER
225 FRANKLIN ST FL 32
BOSTON MA 02110-2809



FedEx
P.O. Box 371461
Pittsburgh PA 15250-7461


60610670008223

1167-01-00-006806 1-0003-0168791