# Exhibit 7



# FISH & RICHARDSON P.C.

Atlanta | Austin | Boston | Dallas | Delaware | New York | San Diego | Silicon Valley | Twin Cities | Washington DC

*Toshiba Corp. v. Imation Corp. et al.*
U.S.D.C. for the W.D. Wisc.
Case No. 09-CV-305

Invoice Date: 12/31/2010
Invoice Number: 2010rwg
Client Number: 13720

# Summary of Charges
# Photocopying, Courier, Postage and Facsimile Charges
for the period covering 06/24/2009 thru 12/15/2010

**Matter Number: 13720.0006LL1**

| Sum of Amount | | | |
|---|---|---|---|
| | **Narrative** | | **Total** |
| | Photocopying<br>7,423 Copies @ .20 per page | | 1,484.60 |
| Total | | | 1,484.60 |
| | Courier Charges (E.g. FedEx, UPS, DHL)<br>82 Units | | 1,767.55 |
| Total | | | 1,767.55 |
| | Postage U.S. Postal Service<br>Standard rates | | 6.09 |
| Total | | | 6.09 |
| | Facsimile<br>3 Units: 08/20/2009; 08/24/2009; 04/06/2010 | | 9.00 |
| Total | | | 9.00 |
| **Total** | | | **3,267.24** |

This summary of selected internal costs from the litigation matter identified above was compiled using data from Fish & Richardson P.C.'s accounting and billing systems. I am familiar with these systems and the procedures by which the information therein is entered and maintained.

/s/ Ronald W. Gagne
Manager of Billing
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878

---

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| **Federal ID No.** Redacted<br><br>Telephone 617-542-5070<br>Fax  617-542-8906 | **Standard delivery**<br>Fish & Richardson P.C.<br>P.O. Box 3295<br>Boston, MA 02241-3295<br>**Overnight delivery**<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110 | | Redacted |