Exhibit 8



**IKON** Document Efficiency At Work®
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09100064 |
| Invoice Date: | 10/06/2009 |
| Due Date: | 10/16/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0910-0043 | 10/02/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | CD - Master(s) | 1.00 | 35.0000 | | 35.00 |
| | | E-Labels Endorsement | 5,243.00 | 0.0100 | | 52.43 |
| | | OCR | 5,243.00 | 0.0500 | | 262.15 |
| | | Image Capture EE - Heavy Glasswork | 5,243.00 | 0.2500 | | 1,310.75 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,660.33 |
| Sales Tax: | 103.77 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,764.10** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS09100064
Invoice Date: 10/06/2009
Due Date: 10/16/2009
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,764.10



**IKON Document Efficiency At Work.**
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS09100250 |
| Invoice Date: | 10/15/2009 |
| Due Date: | 10/25/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Nat'l ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Websites production | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0910-0108 | 10/06/2009 | JESSICA HANNON - FISH & RICHARDSON | | | |
| | | CD - Master(s) | 1.00 | 25.0000 | 25.00 |
| | | DVD - Master | 2.00 | 50.0000 | 100.00 |
| | | E-Labels Endorsement | 16,977.00 | 0.0100 | 169.77 |
| | | Technical Services (hr) | 4.00 | 125.0000 | 500.00 |
| | | OCR | 16,977.00 | 0.0500 | 848.85 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 16,977.00 | 0.1000 | 1,697.70 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 3,341.32 |
| Sales Tax: | 208.83 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **3,550.15** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 10/26/09

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS09100250
Invoice Date: 10/15/2009
Due Date: 10/25/2009
Customer Code: BOS-FISH
Nat'l ID: 51564

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 3,550.15



**IKON** Document Efficiency At Work®
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09100294 |
| Invoice Date: | 10/16/2009 |
| Due Date: | 10/26/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Ritek & 3rd Party Scans | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0910-0310 | 10/14/2009 | **JESSICA HANNON - FISH & RICHARDSON** | | | | | |
| | | CD - Master(s) | 1.00 | 35.0000 | | | 35.00 |
| | | OCR | 2,199.00 | 0.0400 | | | 87.96 |
| | | Image Capture D - Heavy | 1,737.00 | 0.1500 | | | 260.55 |
| | | Color Imaging (per page) | 462.00 | 1.0000 | | | 462.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 845.51 |
| Sales Tax: | 52.84 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **898.35** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: 10/30/09

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS09100294
Invoice Date: 10/16/2009
Due Date: 10/26/2009
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **898.35**



**IKON** Document Efficiency
At Work.
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300      Fax: (617) 371-1310
Federal ID: Redacted

| Invoice # | BOS09110270 |
|---|---|
| Invoice Date: | 11/13/2009 |
| Due Date: | 11/23/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Price using: STANDARD Price

Attn: JESSICA HANNON

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Moser Baer | Scans | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0911-0288 | 11/12/2009 | JESSICA HANNON - FISH & RICHARDSON | | | |
| | | CD - Master(s) | 1.00 | 25.0000 | 25.00 |
| | | OCR | 1,469.00 | 0.0500 | 73.45 |
| | | Image Capture D - Heavy | 1,469.00 | 0.1500 | 220.35 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 318.80 |
| | Sales Tax: | 19.93 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **338.73** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

*Received and Accepted by:* _____    Date: 11/19/09

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS09110270
Invoice Date: 11/13/2009
Due Date: 11/23/2009
Customer Code: BOS-FISH
Natl ID: 51564

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  338.73**



**Document Efficiency At Work.**

A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09110602 |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | OCR | Toshiba | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0911-0070 | 11/03/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 93,108.00 | 0.0100 | | | 931.08 |
| | | OCR | 93,108.00 | 0.0100 | | | 931.08 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,862.16 |
| Sales Tax: | 116.39 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,978.55** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _J. Hannon_    Date: _11/30/09_

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS09110602**
Invoice Date: **11/30/2009**
Due Date: **12/10/2009**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **1,978.55**



**Document Efficiency
At Work**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09110604 |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LLI | IMA | | Nick Fipri |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0911-0683 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 47,958.00 | 0.0600 | | 2,877.48 |
| | | E-Labels Endorsement | 47,958.00 | 0.0100 | | 479.58 |
| | | OCR | 47,958.00 | 0.0200 | | 959.16 |
| | | Technical Services (hr) | 3.00 | 125.0000 | | 375.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 4,691.22 |
| | Sales Tax: | 293.20 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **4,984.42** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _J. Hannon_    Date: _11/30/09_

| Please pay from this copy. The party named on this bill is held responsible for payment |
|---|

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS09110604**
Invoice Date: 11/30/2009
Due Date: 12/10/2009
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ 4,984.42

**IKON** Document Efficiency
At Work.
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS09110605 |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300      Fax:   (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Lotus Notes | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0911-0683 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | Image Conversion (MS Office, etc. per Unit) | 20,524.00 | 0.1000 | | | 2,052.40 |
| | | E-Labels Endorsement | 20,524.00 | 0.0100 | | | 205.24 |
| | | OCR | 20,524.00 | 0.0300 | | | 615.72 |
| | | Technical Services (hr) | 3.00 | 125.0000 | | | 375.00 |

| | |
|---|---|
| Taxable Sales: | 3,248.36 |
| Sales Tax: | 203.02 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **3,451.38** |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _J. Hannon_      Date: _11/30/09_

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

| | |
|---|---|
| **Invoice:** | **BOS09110605** |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Customer Code: | **BOS-FISH** |
| Natl ID: | 51564 |

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $   3,451.38**



**Document Efficiency At Work®**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09110607 |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | GLY | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0911-0683 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | E-Labels Endorsement | 160.00 | 0.0100 | | 1.60 |
| | | OCR | 160.00 | 0.0300 | | 4.80 |
| | | Image Conversion (MS Office, etc. per Unit) | 160.00 | 0.1000 | | 16.00 |
| | | Technical Services (hr) | 3.00 | 125.0000 | | 375.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 397.40 |
| | Sales Tax: | 24.84 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **422.24** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: 11/30/09

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS09110607
Invoice Date: 11/30/2009
Due Date: 12/10/2009
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  422.24**

# INVOICE

**IKON** Document Efficiency At Work.®
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09110609 |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LLI | RTK | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0911-0683 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | E-Labels Endorsement | 6,603.00 | 0.0100 | | 66.03 |
| | | OCR | 6,603.00 | 0.0300 | | 198.09 |
| | | Technical Services (hr) | 3.00 | 125.0000 | | 375.00 |
| | | Image Conversion (MS Office, etc. per Unit) | 6,603.00 | 0.1000 | | 660.30 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,299.42 |
| Sales Tax: | 81.21 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,380.63** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _Hannon_    Date: _11/30/09_

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS09110609
Invoice Date: 11/30/2009
Due Date: 12/10/2009
Customer Code: BOS-FISH
Natl ID: 51564

Please Remit To:
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,380.63



**IKON Document Efficiency At Work.**
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS09110608 |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | MBI | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0911-0683 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | E-Labels Endorsement | 11,210.00 | 0.0100 | | | 112.10 |
| | | OCR | 11,210.00 | 0.0300 | | | 336.30 |
| | | Image Conversion (MS Office, etc. per Unit) | 11,210.00 | 0.1000 | | | 1,121.00 |
| | | Technical Services (hr) | 3.00 | 125.0000 | | | 375.00 |

| | |
|---|---|
| Taxable Sales: | 1,944.40 |
| Sales Tax: | 121.53 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

**PAY THIS AMOUNT**  $  **2,065.93**

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _J. Hannon_    Date: _11/30/09_

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS09110608**
Invoice Date: **11/30/2009**
Due Date: **12/10/2009**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT**  $  **2,065.93**



**Document Efficiency At Work**

A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09120250 |
| Invoice Date: | 12/14/2009 |
| Due Date: | 12/24/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RITEK | Production | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0910-0617 | 10/26/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | DVD - Master | 1.00 | 50.0000 | | | 50.00 |
| | | E-Labels Endorsement | 833.00 | 0.0100 | | | 8.33 |
| | | Technical Services (hr) | 1.00 | 125.0000 | | | 125.00 |
| | | OCR | 833.00 | 0.0400 | | | 33.32 |

REBILL FOR INVOICE # BOS09100660
CREDIT INVOICE # BOS09120247

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 216.65 |
| | Sales Tax: | 13.54 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **230.19** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                    Date: 12/18/09

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS09120250
Invoice Date: 12/14/2009
Due Date: 12/24/2009
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 230.19

# IKON
**Document Efficiency At Work**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09110619 |
| Invoice Date: | 11/30/2009 |
| Due Date: | 12/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC OCR | 1 - 1p 358 | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0911-0632 | 11/25/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | DVD - Master | 1.00 | 35.0000 | | 35.00 |
| | | CD - Master(s) | 2.00 | 25.0000 | | 50.00 |
| | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| | | OCR | 16,358.00 | 0.0500 | | 817.90 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,152.90 |
| Sales Tax: | 72.06 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,224.96** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 12/11/09

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS09110619
Invoice Date: 11/30/2009
Due Date: 12/10/2009
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,224.96

**IKON** Document Efficiency
At Work.
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09120248 |
| Invoice Date: | 12/14/2009 |
| Due Date: | 12/24/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Nat'l ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Lotus Notes | Conversion Production | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0910-0617 | 10/26/2009 | JESSICA HANNON - FISH & RICHARDSON | | | |
| | | Image Conversion (Basic PDF/TIFF per GB) | 3.30 | 1,200.0000 | 3,960.00 |
| | | OCR | 1,179.00 | 0.0400 | 47.16 |
| | | External Hard Drive Upload (p/media) | 1.00 | 150.0000 | 150.00 |

REBILL FOR INVOICE # BOS09100660
CREDIT INVOICE # BOS09120247

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 4,157.16 |
| Sales Tax: | 259.82 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 4,416.98 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 12/18/09

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**
$ _____

Invoice: BOS09120248
Invoice Date: 12/14/2009
Due Date: 12/24/2009
Customer Code: BOS-FISH
Nat'l ID: 51564

Please Remit To:
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 4,416.98


**Document Efficiency At Work**
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS09120559 |
| Invoice Date: | 12/29/2009 |
| Due Date: | 01/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC OCR | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0912-0188 | 12/08/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | E-OCR | 4,026.00 | 0.0500 | | 201.30 |
| | | CD - Master Burn | 1.00 | 25.0000 | | 25.00 |
| | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 476.30 |
| Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 29.77 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **506.07** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS09120559**
Invoice Date: **12/29/2009**
Due Date: **01/08/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 506.07**


**Document Efficiency At Work®**
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS09120249 |
| Invoice Date: | 12/14/2009 |
| Due Date: | 12/24/2009 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Imation | Production | Nick Fipri |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0910-0617 | 10/26/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | Image Conversion (Basic PDF/TIFF per GB) | 1.40 | 1,200.0000 | | | 1,680.00 |
| | | DVD - Master | 1.00 | 50.0000 | | | 50.00 |
| | | E-Labels Endorsement | 17,941.00 | 0.0100 | | | 179.41 |
| | | OCR | 17,941.00 | 0.0400 | | | 717.64 |
| | | Technical Services (hr) | 4.00 | 125.0000 | | | 500.00 |

REBILL FOR INVOICE # BOS09100660
CREDIT INVOICE # BOS09120247

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 3,127.05 |
| Sales Tax: | 195.44 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **3,322.49** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 12/18/09

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS09120249
Invoice Date: 12/14/2009
Due Date: 12/24/2009
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 3,322.49**


IKON Document Efficiency At Work.°
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09120592 |
| Invoice Date: | 12/30/2009 |
| Due Date: | 01/09/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: ALICIA TEAGUE

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | TC-006 OCR | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0912-0603 | 12/29/2009 | **ALICIA TEAGUE - FISH & RICHARDSON** | | | | | |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 4,957.00 | 0.0200 | | | 99.14 |
| | | E-OCR | 4,957.00 | 0.0500 | | | 247.85 |
| | | CD - Master Burn | 1.00 | 25.0000 | | | 25.00 |
| | | Technical Services (hr) | 1.00 | 125.0000 | | | 125.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 496.99 |
| | Sales Tax: | 31.06 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **528.05** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS09120592**
Invoice Date: **12/30/2009**
Due Date: **01/09/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **528.05**



IKON Office Solutions - Boston, MA
Phone:  (617) 371-1300      Fax:  (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS09120629 |
| Invoice Date: | 12/30/2009 |
| Due Date: | 01/09/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RitekReview Scan | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0912-0128 | 12/04/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | B&W Copies D - Heavy Litigation | 310.00 | 0.1500 | | 46.50 |
| | | OCR | 328.00 | 0.0500 | | 16.40 |
| | | Color 8.5x11 (Letter) Copies | 18.00 | 1.0000 | | 18.00 |
| | | CD - Master(s) | 1.00 | 35.0000 | | 35.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 115.90 |
| Sales Tax: | 7.24 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT**  $ | 123.14 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____      Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS09120629**
Invoice Date: **12/30/2009**
Due Date: **01/09/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT**  $  123.14


**Document Efficiency At Work.®**
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS09120635 |
| Invoice Date: | 12/30/2009 |
| Due Date: | 01/09/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RTK | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0912-0621 | 12/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 250.00 |
| | Sales Tax: | 15.63 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT   $** | **265.63** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| **$** |

Invoice: **BOS09120635**
Invoice Date: **12/30/2009**
Due Date: **01/09/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT   $   265.63**



Document Efficiency
At Work.
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS09120634 |
| Invoice Date: | 12/30/2009 |
| Due Date: | 01/09/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | AMI | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0912-0621 | 12/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 250.00 |
| Sales Tax: | 15.63 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **265.63** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS09120634**
Invoice Date: **12/30/2009**
Due Date: **01/09/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  265.63**

**IKON** Document Efficiency At Work.®
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09120633 |
| Invoice Date: | 12/30/2009 |
| Due Date: | 01/09/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | HOT | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0912-0621 | 12/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 250.00 |
| | Sales Tax: | 15.63 |
| Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **265.63** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS09120633
Invoice Date: 12/30/2009
Due Date: 01/09/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  265.63**

 **Document Efficiency At Work.**
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09120631 |
| Invoice Date: | 12/30/2009 |
| Due Date: | 01/09/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0912-0621 | 12/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | Native Conversion (Basic per Unit) | 42,534.00 | 0.1000 | | 4,253.40 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 4,253.40 |
| Sales Tax: | 265.84 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **4,519.24** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS09120631
Invoice Date: 12/30/2009
Due Date: 01/09/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  4,519.24**



**IKON** Document Efficiency *At Work*

A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09120632 |
| Invoice Date: | 12/30/2009 |
| Due Date: | 01/09/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0912-0621 | 12/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | E-Label Endorsement | 42,534.00 | 0.0100 | | 425.34 |
| | | E-OCR | 42,534.00 | 0.0300 | | 1,276.02 |
| | | DVD - Master Burn | 4.00 | 50.0000 | | 200.00 |
| | | Technical Services (hr) | 7.00 | 125.0000 | | 875.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 2,776.36 |
| | Sales Tax: | 173.52 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **2,949.88** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _Aleana Torre_    Date: _2/1/05_

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS09120632
Invoice Date: 12/30/2009
Due Date: 01/09/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ 2,949.88


**Document Efficiency At Work®**
A RICOH COMPANY

# INVOICE

| Invoice # | BOS09120639 |
| Invoice Date: | 12/31/2009 |
| Due Date: | 01/10/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300      Fax: (617) 371-1310
Federal ID:  Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006lll | Lotus notes | | Nick Fiori |

| Sales Order | Order Date | Ordered By | | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0911-0691 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | OCR | | 6,307.00 | 0.0500 | | 315.35 |
| | | External Hard Drive Upload (p/media) | | 1.00 | 150.0000 | | 150.00 |
| | | Technical Services (hr) | | 1.00 | 125.0000 | | 125.00 |
| | | Pkg: Native/Meta/Text TIFF Full (GB) | | 3.00 | 1,200.0000 | | 3,600.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 4,190.35 |
| | Sales Tax: | 261.90 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **4,452.25** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____      Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS09120639
Invoice Date: 12/31/2009
Due Date: 01/10/2010
Customer Code: BOS-FISH
Natl ID: 51564

Please Remit To:
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $  4,452.25

Page 23



**IKON Document Efficiency At Work.**
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS09120641 |
| Invoice Date: | 12/31/2009 |
| Due Date: | 01/10/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006111 | Lotus notes | | Nick Fiori |

| Sales Order | Order Date | Ordered By | | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|---|
| SO-0911-0691 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | Pkg: Native/Meta/Text TIFF Full (GB) | | 3.75 | 1,200.0000 | | 4,500.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 4,500.00 |
| Sales Tax: | 281.25 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **4,781.25** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS09120641**
Invoice Date: **12/31/2009**
Due Date: **01/10/2010**
Customer Code: **BOS-FISH**
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ 4,781.25

# IKON
**Document Efficiency At Work.**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10010578 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC-3 and CMC | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1001-0044 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | DVD - Duplication(s) | 15.00 | 25.0000 | | 375.00 |
| | | Technical Services (hr) | 3.00 | 125.0000 | | 375.00 |
| | | CD - Master(s) | 4.00 | 25.0000 | | 100.00 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 3,580.00 | 0.1000 | | 358.00 |
| | | OCR | 3,580.00 | 0.0500 | | 179.00 |
| | | E-Labels Endorsement | 3,580.00 | 0.0100 | | 35.80 |

CMC006-007
CMC3-000001-3534
CMC3-003535-3580

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 689.80 |
| Sales Tax: | 43.11 |
| Non-Taxable: | 733.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,465.91** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 1/27/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

Invoice: BOS10010578
Invoice Date: 01/29/2010
Due Date: 02/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

**PAY THIS AMOUNT** $ 1,465.91



# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300      Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS09120640 |
| Invoice Date: | 12/31/2009 |
| Due Date: | 01/10/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006l11 | Lotus notes | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0911-0691 | 11/30/2009 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | Pkg: Native/Meta/Text TIFF Full (GB) | 3.65 | 1,200.0000 | | 4,380.00 |

---

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 4,380.00 |
| Sales Tax: | 273.75 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **4,653.75** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____      Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS09120640**
Invoice Date: **12/31/2009**
Due Date: **01/10/2010**
Customer Code: **BOS-FISH**
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ **4,653.75**


**Document Efficiency At Work.**
A RICOH COMPANY

**INVOICE**

| Invoice # | BOS10010091 |
|---|---|
| Invoice Date: | 01/08/2010 |
| Due Date: | 01/18/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Nat'l ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Ritek Scans | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1001-0040 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | OCR | 491.00 | 0.0500 | | 24.55 |
| | | CD - Master(s) | 1.00 | 25.0000 | | 25.00 |
| | | Image Capture D - Heavy | 405.00 | 0.1500 | | 60.75 |
| | | Color Imaging (per page) | 86.00 | 1.0000 | | 86.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 196.30 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 12.27 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **208.57** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 1/28/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10010091
Invoice Date: 01/08/2010
Due Date: 01/18/2010
Customer Code: BOS-FISH
Nat'l ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 208.57



**Document Efficiency At Work.**
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10010580 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | HOT | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1001-0044 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | E-Labels Endorsement | 21.00 | 0.0100 | | 0.21 |
| | | CD - Master | 2.00 | 25.0000 | | 50.00 |
| | | Technical Services (hr) | 1.00 | 125.0000 | | 125.00 |
| | | OCR | 21.00 | 0.0500 | | 1.05 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 21.00 | 0.1000 | | 2.10 |

HOT 002 HOT 000010-30

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | | |

| | |
|---|---|
| Taxable Sales: | 51.26 |
| Sales Tax: | 3.20 |
| Non-Taxable: | 127.10 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **181.56** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 1/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10010580
Invoice Date: 01/29/2010
Due Date: 02/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  181.56**

Page 28



**IKON** Document Efficiency At Work™
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10010303 |
| Invoice Date: | 01/21/2010 |
| Due Date: | 01/31/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Review Scans | Riley | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1001-0383 | 01/19/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| | | Oversize Reduction | 30.00 | 1.0000 | 30.00 |
| | | DVD - Master | 1.00 | 50.0000 | 50.00 |
| | | OCR | 16,054.00 | 0.0300 | 481.62 |
| | | Image Capture E - Glasswork | 16,054.00 | 0.1700 | 2,729.18 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 3,290.80 |
| Sales Tax: | 205.68 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **3,496.48** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 1/25/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10010303**
Invoice Date: **01/21/2010**
Due Date: **01/31/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **3,496.48**



**Document Efficiency At Work**

A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10010572 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Nat'l ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Lotus Notes–IMA | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1001-0044 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | DVD - Master | 1.00 | 50.0000 | | | 50.00 |
| | | Technical Services (hr) | 1.00 | 125.0000 | | | 125.00 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 24,500.00 | 0.1000 | | | 2,450.00 |

CTRL 396049-429049

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 50.00 |
| | Sales Tax: | 3.13 |
| | Non-Taxable: | 2,575.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **2,628.13** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                                    Date: 1/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS10010572
Invoice Date: 01/29/2010
Due Date: 02/08/2010
Customer Code: BOS-FISH
Nat'l ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 2,628.13

**IKON** Document Efficiency
*At Work™*
*A IKON COMPANY*

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10010573 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Lotus Notes_ *JMA* | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1001-0044 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | DVD - Master | 1.00 | 50.0000 | | | 50.00 |
| | | Technical Services (hr) | 1.00 | 125.0000 | | | 125.00 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 29,281.00 | 0.1000 | | | 2,928.10 |

CTRL 429050-458331

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 50.00 |
| Sales Tax: | 3.13 |
| Non-Taxable: | 3,053.10 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **3,106.23** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 1/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10010573**
Invoice Date: **01/29/2010**
Due Date: **02/08/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $  3,106.23**



**IKON** Document Efficiency
*At Work*
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10010574 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA | | Nick Fidri |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1001-0044 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | DVD - Master | 2.00 | 50.0000 | | | 100.00 |
| | | Technical Services (hr) | 3.00 | 125.0000 | | | 375.00 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 15,406.00 | 0.1000 | | | 1,540.60 |
| | | OCR | 15,406.00 | 0.0500 | | | 770.30 |
| | | E-Labels Endorsement | 15,406.00 | 0.0100 | | | 154.06 |

IMA 107575-122980

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 1,024.36 |
| | Sales Tax: | 64.02 |
| Customer's duly authorized signature below is an agreement that the above described | Non-Taxable: | 1,915.60 |
| work has been received and accepted by Customer. Customer assures payment of this | Postage: | 0.00 |
| invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the | Delivery: | 0.00 |
| maximum legal rate will be charged on invoices not paid within 10 days. Customer | **PAY THIS** | |
| agrees to pay legal fees incurred in the collection of past due accounts. | **AMOUNT $** | **3,003.98** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 1/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10010574
Invoice Date: 01/29/2010
Due Date: 02/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT  $  3,003.98**

# INVOICE

| | |
|---|---|
| Invoice # | BOS10010575 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Nat'l ID: | 51564 |



**IKON Document Efficiency At Work.**
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: -- Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Account Manager
Nick Fiori

Price using: STANDARD Price

| Reference / Case # | | Reference 2 | Reference 3 | |
|---|---|---|---|---|
| 13720-006LL1 | | IMA | | Extension |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| | | JESSICA HANNON - FISH & RICHARDSON | | | 100.00 |
| SO-1001-0044 | 01/05/2010 | | 2.00 | 50.0000 | 375.00 |
| | | DVD - Master | 3.00 | 125.0000 | 2,169.80 |
| | | Technical Services (hr) | 21,698.00 | 0.1000 | 1,084.90 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 21,698.00 | 0.0500 | 216.98 |
| | | OCR | 21,698.00 | 0.0100 | |
| | | E-Labels Endorsement | | | |

IMA 122981-144678

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,401.8 |
| Sales Tax: | 87.6 |
| Non-Taxable: | 2,544.8 |
| Postage: | 0.0 |
| Delivery: | 0.0 |
| **PAY THIS AMOUNT** | **$ 4,034.3** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 1/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**
$ _____

| | |
|---|---|
| Invoice: | BOS10010575 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Customer Code: | BOS-FISH |
| Nat'l ID: | 51564 |

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT**    $ 4,034.30

**IKON** Document Efficiency At Work*
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS10010576 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RTK | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1001-0044 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| | | CD - Master(s) | 4.00 | 25.0000 | | 100.00 |
| | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 16,757.00 | 0.1000 | | 1,675.70 |
| | | E-Labels Endorsement | 16,757.00 | 0.0100 | | 167.57 |
| | | OCR | 16,757.00 | 0.0500 | | 837.85 |

RTK 006 RTK 012699-013401
RTK 007 RTK 013402-029455

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 1,105.42 |
| Sales Tax: | 69.09 |
| Non-Taxable: | 1,925.70 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **3,100.21** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 1/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10010576
Invoice Date: 01/29/2010
Due Date: 02/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  3,100.21**



**IKON** Document Efficiency
At Work.
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10010577 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LLI | MBI | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1001-0044 | 01/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| | | CD - Master(s) | 2.00 | 25.0000 | | | 50.00 |
| | | Technical Services (hr) | 1.00 | 125.0000 | | | 125.00 |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 404.00 | 0.1000 | | | 40.40 |
| | | E-Labels Endorsement | 404.00 | 0.0100 | | | 4.04 |
| | | OCR | 404.00 | 0.0500 | | | 20.20 |

MBI 004 MBI 00277-11630

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 74.24 |
| | Sales Tax: | 4.64 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 165.40 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **244.28** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 1/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10010577
Invoice Date: 01/29/2010
Due Date: 02/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT $ 244.28**



**Document Efficiency At Work®**
A IKON COMPANY

# INVOICE

IKON Office Solutions – Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10020560 |
| Invoice Date: | 02/26/2010 |
| Due Date: | 03/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC | 00141328-00214225 | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1002-0052 | 02/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| *727 | Technical Services (hr) | | 2.00 | 125.0000 | | | 250.00 |
| 735 | DVD - Master | | 2.00 | 50.0000 | | | 100.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 100.00 |
| Sales Tax: | 6.25 |
| * Non-Taxable: | 250.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 356.25 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 2/26/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS10020560
Invoice Date: 02/26/2010
Due Date: 03/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 356.25

**IKON** Document Efficiency At Work®
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10020559 |
| Invoice Date: | 02/26/2010 |
| Due Date: | 03/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RITEK | 013402-029455 | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1002-0052 | 02/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 16,054.00 | 0.1000 | | | 1,605.40 |
| 717 | | OCR | 16,054.00 | 0.0300 | | | 481.62 |
| 716 | | E-Labels Endorsement | 16,054.00 | 0.0100 | | | 160.54 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | | 250.00 |
| 735 | | DVD - Master | 2.00 | 50.0000 | | | 100.00 |

| **Please Pay From This Invoice** | |
|---|---|
| Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 742.16 |
| Sales Tax: | 46.39 |
| * Non-Taxable: | 1,855.40 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **2,643.95** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 2/26/10

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10020559
Invoice Date: 02/26/2010
Due Date: 03/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

Please Remit To:
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  2,643.95**



**Document Efficiency At Work.**
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS10030511 |
| Invoice Date: | 03/26/2010 |
| Due Date: | 04/25/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300      Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Imation | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1003-0043 | 03/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *806 | Data Conversion (per GB) | | 4.00 | 300.0000 | | 1,200.00 |
| 716 | E-Labels Endorsement | | 440.00 | 0.0300 | | 13.20 |
| 717 | OCR | | 440.00 | 0.0500 | | 22.00 |
| 721 | CD - Master(s) | | 1.00 | 35.0000 | | 35.00 |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | | 125.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: 70.20 |
| | Sales Tax: 4.39 |
| | * Non-Taxable: 1,325.00 |
| | Postage: 0.00 |
| | Delivery: 0.00 |
| | **PAY THIS AMOUNT** $ 1,399.59 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____      Date: 3/30/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS10030511
Invoice Date: 03/26/2010
Due Date: 04/25/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,399.59

**IKON** Document Efficiency At Work.®
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300      Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10020558 |
| Invoice Date: | 02/26/2010 |
| Due Date: | 03/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC3 | 003581-004571 | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0052 | 02/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 991.00 | 0.1000 | | 99.10 |
| 717 | | OCR | 991.00 | 0.0300 | | 29.73 |
| 716 | | E-Labels Endorsement | 991.00 | 0.0100 | | 9.91 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| 721 | | CD - Master(s) | 4.00 | 25.0000 | | 100.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 139.64 |
| Sales Tax: | 8.73 |
| * Non-Taxable: | 349.10 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **497.47** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____      Date: 2/26/10

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10020558**
Invoice Date: 02/26/2010
Due Date: 03/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT   $  497.47**



**IKON** Document Efficiency
*At Work.*
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10020561 |
| Invoice Date: | 02/26/2010 |
| Due Date: | 03/08/2010 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMATION | 144679-165339 | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1002-0052 | 02/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| 721 | | CD - Master(s) | 2.00 | 25.0000 | | | 50.00 |
| 735 | | DVD - Master | 2.00 | 50.0000 | | | 100.00 |
| 716 | | E-Labels Endorsement | 20,660.00 | 0.0100 | | | 206.60 |
| 717 | | OCR | 20,660.00 | 0.0300 | | | 619.80 |
| *727 | | Technical Services (hr) | 5.00 | 125.0000 | | | 625.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 20,660.00 | 0.1000 | | | 2,066.00 |

---

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 976.40 |
| Sales Tax: | 61.03 |
| * Non-Taxable: | 2,691.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **3,728.43** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 2/26/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10020561
Invoice Date: 02/26/2010
Due Date: 03/08/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 3,728.43



**IKON** Document Efficiency
*At Work.*
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10030549 |
| Invoice Date: | 03/29/2010 |
| Due Date: | 04/28/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RTK MBI GLY | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1003-0143 | 03/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| 716 | | E-Labels Endorsement | 1,483.00 | 0.0100 | | 14.83 |
| 717 | | OCR | 1,483.00 | 0.0300 | | 44.49 |
| 722 | | CD - Duplication(s) | 4.00 | 20.0000 | | 80.00 |
| 721 | | CD - Master(s) | 4.00 | 25.0000 | | 100.00 |
| *727 | | Technical Services (hr) | 4.00 | 125.0000 | | 500.00 |
| *4000 | | Image Conversion (Basic PDF/TIFF per GB) | 2.50 | 300.0000 | | 750.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 239.32 |
| Sales Tax: | 14.96 |
| * Non-Taxable: | 1,250.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,504.28** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                          Date: 3/30/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10030549
Invoice Date: 03/29/2010
Due Date: 04/28/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,504.28



# INVOICE

| | |
|---|---|
| Invoice # | BOS10030464 |
| Invoice Date: | 03/24/2010 |
| Due Date: | 04/23/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: DANNI TANG

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| IMATION | Japanese | OCR | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1003-0607 | 03/23/2010 | DANNI TANG - FISH & RICHARDSON | | | | |
| *727 | Technical Services (hr) | | 3.00 | 125.0000 | | 375.00 |

---

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 375.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **375.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: 2/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10030464
Invoice Date: 03/24/2010
Due Date: 04/23/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 375.00



**Document Efficiency At Work.®**
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10040516 |
| Invoice Date: | 04/27/2010 |
| Due Date: | 05/27/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 165791 - IMA 241536 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1004-0391 | 04/15/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4068 | | External Hard Drive Upload (p/media) | 2.00 | 150.0000 | | 300.00 |
| *4000 | | Image Conversion (Basic PDF/TIFF per GB) | 1.21 | 300.0000 | | 363.00 |
| *4070 | | E-Label Endorsement | 75,746.00 | 0.0100 | | 757.46 |
| *727 | | Technical Services (hr) | 9.00 | 125.0000 | | 1,125.00 |
| *4071 | | Convert to Searchable PDFs | 75,746.00 | 0.0300 | | 2,272.38 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 4,817.84 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | 4,817.84 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                          Date: 4/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS10040516
Invoice Date: **04/27/2010**
Due Date: **05/27/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ 4,817.84

**IKON** Document Efficiency At Work®
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10040658 |
| Invoice Date: | 04/30/2010 |
| Due Date: | 05/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | MBI | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1004-0670 | 04/27/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4070 | | E-Label Endorsement | 184.00 | 0.0100 | | 1.84 |
| *4071 | | E-OCR | 184.00 | 0.0400 | | 7.36 |
| *4002 | | Image Conversion (MS Office, etc. per Unit) | 184.00 | 0.1000 | | 18.40 |
| *4009 | | CD - Master Burn | 2.00 | 25.0000 | | 50.00 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 327.60 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **327.60** |

Received and Accepted by: _____    Date: 4/30/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS10040658
Invoice Date: 04/30/2010
Due Date: 05/30/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  327.60**

# INVOICE

**IKON Office Solutions - Boston, MA**
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10040684 |
| Invoice Date: | 04/30/2010 |
| Due Date: | 05/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 165779 - 165790 | IMA 241537 - 241742 | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1004-0128 | 04/06/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4070 | E-Label Endorsement | | 217.00 | 0.0100 | | 2.17 |
| *4071 | E-OCR | | 217.00 | 0.0500 | | 10.85 |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 217.00 | 0.1000 | | 21.70 |
| *727 | Technical Services (hr) | | 3.00 | 125.0000 | | 375.00 |
| *4009 | CD - Master Burn | | 4.00 | 25.0000 | | 100.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 509.72 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **509.72** |

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**

$ _____

**Invoice:** BOS10040684
Invoice Date: 04/30/2010
Due Date: 05/30/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 509.72



**Document Efficiency**
**At Work®**
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10040686 |
| Invoice Date: | 04/30/2010 |
| Due Date: | 05/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | AMI | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1004-0128 | 04/06/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | | 125.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 0.00 |
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Sales Tax: | 0.00 |
| | * Non-Taxable: | 125.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **125.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 4/30/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10040686
Invoice Date: 04/30/2010
Due Date: 05/30/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $  125.00**



**Document Efficiency At Work®**
A IKON COMPANY

**INVOICE**

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10040685 |
| Invoice Date: | 04/30/2010 |
| Due Date: | 05/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

BILL TO:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

SHIP TO:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC3 - 004572 - 004577 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1004-0128 | 04/06/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| *4009 | CD - Master Burn | | 2.00 | 25.0000 | | | 50.00 |
| *727 | Technical Services (hr) | | 2.00 | 125.0000 | | | 250.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 300.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **300.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                          Date: 4/30/10

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10040685
Invoice Date: 04/30/2010
Due Date: 05/30/2010
Customer Code: BOS-FISH
Natl ID: 51564

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS
AMOUNT $ 300.00



**IKON** Document Efficiency
At Work*
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10050224 |
| Invoice Date: | 05/14/2010 |
| Due Date: | 06/13/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 267087 - IMA 307422 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1005-0047 | 05/04/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4017 | | DVD - Master Burn | 4.00 | 50.0000 | | 200.00 |
| *4000 | | Image Conversion (Basic PDF/TIFF per GB) | 1.00 | 300.0000 | | 300.00 |
| *4070 | | E-Label Endorsement | 40,336.00 | 0.0100 | | 403.36 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 40,336.00 | 0.0200 | | 806.72 |
| *4071 | | E-OCR | 40,336.00 | 0.0300 | | 1,210.08 |
| *727 | | Technical Services (hr) | 11.00 | 125.0000 | | 1,375.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 4,295.16 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **4,295.16** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 5/20/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS10050224**
Invoice Date: **05/14/2010**
Due Date: **06/13/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT** $ 4,295.16



**Document Efficiency At Work**
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10050223 |
| Invoice Date: | 05/14/2010 |
| Due Date: | 06/13/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 241743 - IMA 267086 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1005-0047 | 05/04/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *4070 | E-Label Endorsement | | 25,344.00 | 0.0100 | 253.44 |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 25,344.00 | 0.0200 | 506.88 |
| *4071 | E-OCR | | 25,344.00 | 0.0300 | 760.32 |
| *4000 | Image Conversion (Basic PDF/TIFF per GB) | | 1.00 | 300.0000 | 300.00 |
| *727 | Technical Services (hr) | | 9.00 | 125.0000 | 1,125.00 |
| *4017 | DVD - Master Burn | | 2.00 | 50.0000 | 100.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 3,045.64 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 3,045.64 |

Received and Accepted by: _____ Date: 5/20/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10050223
Invoice Date: 05/14/2010
Due Date: 06/13/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 3,045.64

# INVOICE

| | |
|---|---|
| Invoice # | BOS10050310 |
| Invoice Date: | 05/20/2010 |
| Due Date: | 06/19/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**IKON** Document Efficiency At Work.*
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA Update | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1005-0321 | 05/17/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4009 | CD - Master Burn | | 1.00 | 25.0000 | | 25.00 |
| *4017 | DVD - Master Burn | | 1.00 | 50.0000 | | 50.00 |
| *727 | Technical Services (hr) | | 4.00 | 125.0000 | | 500.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 0.00 |
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely.  Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Sales Tax: | 0.00 |
| | * Non-Taxable: | 575.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **575.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 5/20/10

Please pay from this copy.  The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice:  **BOS10050310**
Invoice Date:  **05/20/2010**
Due Date:  **06/19/2010**
Customer Code:  **BOS-FISH**
Natl ID:  **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  575.00**


**Document Efficiency At Work**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10050316 |
| Invoice Date: | 05/20/2010 |
| Due Date: | 06/19/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Hotan | Kypermedia | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1005-0184 | 05/10/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4009 | | CD - Master Burn | 1.00 | 25.0000 | | 25.00 |
| *4017 | | DVD - Master Burn | 1.00 | 50.0000 | | 50.00 |
| *4000 | | Image Conversion (Native/Meta/Text/TIFF per GB) | 2.00 | 1,500.0000 | | 3,000.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connecion of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 3,075.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **3,075.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 5/26/10

Please pay from this copy  The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10050316**
Invoice Date: **05/20/2010**
Due Date: **06/19/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT $  3,075.00**



**Document Efficiency At Work®**
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10060016 |
| Invoice Date: | 06/02/2010 |
| Due Date: | 07/02/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | KHY | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1006-0005 | 06/01/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *4070 | E-Label Endorsement | | 1,634.00 | 0.0100 | 16.34 |
| *4009 | CD - Master Burn | | 2.00 | 25.0000 | 50.00 |
| *4071 | E-OCR | | 1,634.00 | 0.0500 | 81.70 |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | 125.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 273.04 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **273.04** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/16/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10060016**
Invoice Date: **06/02/2010**
Due Date: **07/02/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **273.04**



**IKON** Document Efficiency
At Work.
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10050391 |
| Invoice Date: | 05/25/2010 |
| Due Date: | 06/24/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1005-0207 | 05/11/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *4009 | CD - Master Burn | | 1.00 | 25.0000 | 25.00 |
| *4071 | E-OCR | | 778.00 | 0.0500 | 38.90 |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | 125.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 188.90 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **188.90** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 5/26/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10050391

Invoice Date: **05/25/2010**
Due Date: **06/24/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  188.90**



**IKON Document Efficiency At Work**
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10050499 |
| Invoice Date: | 05/27/2010 |
| Due Date: | 06/26/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA | 307423-308415 | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1005-0182 | 05/10/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4070 | | E-Label Endorsement | 992.00 | 0.0100 | | 9.92 |
| *4071 | | E-OCR | 992.00 | 0.0500 | | 49.60 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 992.00 | 0.1000 | | 99.20 |
| *4009 | | CD - Master Burn | 8.00 | 25.0000 | | 200.00 |
| *727 | | Technical Services (hr) | 6.00 | 125.0000 | | 750.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 1,108.72 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **1,108.72** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 5/28/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS10050499**
Invoice Date: **05/27/2010**
Due Date: **06/26/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,108.72



**Document Efficiency At Work®**

A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10060132 |
| Invoice Date: | 06/07/2010 |
| Due Date: | 07/07/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Hotan | Production | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1006-0058 | 06/03/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *4017 | DVD - Master Burn | | 2.00 | 50.0000 | 100.00 |
| *727 | Technical Services (hr) | | 5.00 | 125.0000 | 625.00 |
| *4070 | E-Label Endorsement | | 28,880.00 | 0.0100 | 288.80 |
| *4071 | E-OCR | | 28,880.00 | 0.0400 | 1,155.20 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 2,169.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **2,169.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 6/16/10

Please pay from this copy.  The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**
$ _____

Invoice: **BOS10060132**
Invoice Date: **06/07/2010**
Due Date: **07/07/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

Please Remit To:
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $ 2,169.00**



**Document Efficiency At Work.®**
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| Invoice # | BOS10050545 |
|---|---|
| Invoice Date: | 05/28/2010 |
| Due Date: | 06/27/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | *Pitek* | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1005-0176 | 05/10/2010 | **JESSICA HANNON - FISH & RICHARDSON** | | | | |
| *4009 | CD - Master Burn | | 2.00 | 25.0000 | | 50.00 |
| *4017 | DVD - Master Burn | | 2.00 | 50.0000 | | 100.00 |
| *4070 | E-Label Endorsement | | 13,283.00 | 0.0100 | | 132.83 |
| *727 | Technical Services (hr) | | 4.00 | 125.0000 | | 500.00 |
| *4071 | E-OCR | | 13,283.00 | 0.0400 | | 531.32 |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 13,283.00 | 0.1000 | | 1,328.30 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 2,642.45 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **2,642.45** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 5/28/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS10050545**
Invoice Date: **05/28/2010**
Due Date: **06/27/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $  2,642.45**



**IKON** Document Efficiency At Work™
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10060156 |
| Invoice Date: | 06/08/2010 |
| Due Date: | 07/08/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | DEF | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1006-0134 | 06/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| *4071 | | E-OCR | 787.00 | 0.0500 | | | 39.35 |
| *4070 | | E-Label Endorsement | 787.00 | 0.0100 | | | 7.87 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 787.00 | 0.1000 | | | 78.70 |
| *4009 | | CD - Master Burn | 2.00 | 25.0000 | | | 50.00 |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | | | 125.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | Non-Taxable: | 300.92 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **300.92** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/16/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10060156**
Invoice Date: **06/08/2010**
Due Date: **07/08/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **300.92**

 **Document Efficiency At Work** *A RICOH COMPANY*

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10060568 |
| Invoice Date: | 06/29/2010 |
| Due Date: | 07/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | DEF 17942-19081 | production | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1005-0633 | 05/28/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 1,139.00 | 0.1000 | | 113.90 |
| *4071 | | E-OCR | 1,139.00 | 0.0500 | | 56.95 |
| *4070 | | E-Label Endorsement | 1,139.00 | 0.0100 | | 11.39 |
| *4009 | | CD - Master Burn | 4.00 | 25.0000 | | 100.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 532.24 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **532.24** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 6/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**

$ _____

Invoice: **BOS10060568**
Invoice Date: **06/29/2010**
Due Date: **07/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  532.24**

**IKON** Document Efficiency At Work®
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10060566 |
| Invoice Date: | 06/29/2010 |
| Due Date: | 07/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | MBI 011919-011958 | Production | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1006-0204 | 06/09/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | 125.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 39.00 | 0.1000 | 3.90 |
| *4071 | | E-OCR | 39.00 | 0.0500 | 1.95 |
| *4070 | | E-Label Endorsement | 39.00 | 0.0100 | 0.39 |
| *4009 | | CD - Master Burn | 2.00 | 25.0000 | 50.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 181.24 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **181.24** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/24/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**
$

Invoice: **BOS10060566**
Invoice Date: **06/29/2010**
Due Date: **07/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **181.24**



Document Efficiency
At Work.

A RICON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10060592 |
| Invoice Date: | 06/29/2010 |
| Due Date: | 07/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RTK 035064-039779 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1006-0091 | 06/04/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | 125.00 |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 4,715.00 | 0.1000 | 471.50 |
| *4071 | E-OCR | | 4,715.00 | 0.0500 | 235.75 |
| *4070 | E-Label Endorsement | | 4,715.00 | 0.0100 | 47.15 |
| *4009 | CD - Master Burn | | 2.00 | 25.0000 | 50.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 929.40 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | 929.40 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10060592

Invoice Date: 06/29/2010
Due Date: 07/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 929.40**



**Document Efficiency**
**At Work.**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10060567 |
| Invoice Date: | 06/29/2010 |
| Due Date: | 07/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | HOT 000031-028910 | *production* | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1006-0204 | 06/09/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| *4017 | | DVD - Master Burn | 2.00 | 50.0000 | | | 100.00 |
| *4070 | | E-Label Endorsement | 28,879.00 | 0.0100 | | | 288.79 |
| *727 | | Technical Services (hr) | 4.00 | 125.0000 | | | 500.00 |
| *4071 | | E-OCR | 28,879.00 | 0.0300 | | | 866.37 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connecion of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 1,755.16 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **1,755.16** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/24/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS10060567**
Invoice Date: **06/29/2010**
Due Date: **07/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT  $  1,755.16**



**IKON Document Efficiency At Work®**
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS10060569 |
| Invoice Date: | 06/29/2010 |
| Due Date: | 07/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC-3004578-006008 | *production* | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1005-0633 | 05/28/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4070 | | E-Label Endorsement | 1,430.00 | 0.0100 | | 14.30 |
| *4071 | | E-OCR | 1,430.00 | 0.0500 | | 71.50 |
| *4009 | | CD - Master Burn | 4.00 | 25.0000 | | 100.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 1,430.00 | 0.1000 | | 143.00 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |

Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 578.80 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **578.80** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 6/29/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice: BOS10060569**
Invoice Date: 06/29/2010
Due Date: 07/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  578.80**



**IKON** Document Efficiency
At Work.™
A IKON COMPANY

**INVOICE**

| Invoice # | BOS10070301 |
|---|---|
| Invoice Date: | 07/21/2010 |
| Due Date: | 08/20/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | | | Nick Fiori |

| Sales Order | Order Date | Ordered By | | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1007-0221 | 07/13/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| *4017 | | DVD - Master Burn | | 1.00 | 50.0000 | | 50.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | | 30,955.00 | 0.0200 | | 619.10 |
| 717 | | OCR | | 30,955.00 | 0.0300 | | 928.65 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 928.65 |
| | Sales Tax: | 58.04 |
| | * Non-Taxable: | 669.10 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **1,655.79** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _Jan B_____    Date: _7-30-10_

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10070301
Invoice Date: 07/21/2010
Due Date: 08/20/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 1,655.79**



**IKON** Document Efficiency At Work®

A RICON COMPANY

**INVOICE**

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10060593 |
| Invoice Date: | 06/29/2010 |
| Due Date: | 07/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 308416-309888 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1006-0091 | 06/04/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *4070 | | E-Label Endorsement | 1,472.00 | 0.0100 | 14.72 |
| *4009 | | CD - Master Burn | 2.00 | 25.0000 | 50.00 |
| *4071 | | E-OCR | 1,472.00 | 0.0500 | 73.60 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | 250.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 1,472.00 | 0.1000 | 147.20 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 0.00 |
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Sales Tax: | 0.00 |
| | * Non-Taxable: | 535.52 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **535.52** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 6/29/10

Please pay from this copy.  The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10060593

Invoice Date: 06/29/2010
Due Date: 07/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $  535.52



**IKON** Document Efficiency At Work.®
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10070251 |
| Invoice Date: | 07/19/2010 |
| Due Date: | 08/18/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1007-0222 | 07/13/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4009 | | CD - Master Burn | 1.00 | 25.0000 | | 25.00 |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | | 125.00 |
| *4071 | | E-OCR | 4,365.00 | 0.0300 | | 130.95 |

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 280.95 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **280.95** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10070251
Invoice Date: **07/19/2010**
Due Date: **08/18/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT  $  280.95**

# INVOICE

| | |
|---|---|
| Invoice # | BOS10070551 |
| Invoice Date: | 07/30/2010 |
| Due Date: | 08/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**IKON** Document Efficiency At Work®
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC3 - 006009-006023 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1007-0016 | 07/01/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | Technical Services (hr) | | 2.00 | 125.0000 | | 250.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 250.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **250.00** |

Received and Accepted by: _____ Date: 8/5/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**
$

Invoice: BOS10070551
Invoice Date: 07/30/2010
Due Date: 08/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 250.00


**Document Efficiency
At Work.**
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS10070550 |
| Invoice Date: | 07/30/2010 |
| Due Date: | 08/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions – Boston, MA
Phone: (617) 371-1300      Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | MBI 011960-012011 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1007-0016 | 07/01/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | * Non-Taxable: | 250.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **250.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _8/5/10_

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS10070550**
Invoice Date: **07/30/2010**
Due Date: **08/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  250.00**



**IKON Document Efficiency At Work**
A IKON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10070553 |
| Invoice Date: | 07/30/2010 |
| Due Date: | 08/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

BILL TO:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

SHIP TO:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Price using: STANDARD Price

Attn: JESSICA HANNON

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 309889-309891 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1007-0016 | 07/01/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | | 50.00 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 50.00 |
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Sales Tax: | 3.13 |
| | * Non-Taxable: | 250.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **303.13** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 8/5/10

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10070553
Invoice Date: **07/30/2010**
Due Date: **08/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $ 303.13**


**Document Efficiency At Work.**
A RICON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10070549 |
| Invoice Date: | 07/30/2010 |
| Due Date: | 08/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LLI | RTK 039780-039784 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1007-0016 | 07/01/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | | 50.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 50.00 |
| | Sales Tax: | 3.13 |
| | * Non-Taxable: | 250.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **303.13** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 8/5/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10070549
Invoice Date: **07/30/2010**
Due Date: **08/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  303.13**



**Document Efficiency At Work**
A RICOH COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10070552 |
| Invoice Date: | 07/30/2010 |
| Due Date: | 08/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | DEF 019082-020380 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1007-0016 | 07/01/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| 4009 | CD - Master Burn | | | 10.00 | 25.0000 | | 250.00 |
| *727 | Technical Services (hr) | | | 6.00 | 125.0000 | | 750.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely.  Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 250.00 |
| | Sales Tax: | 15.63 |
| | * Non-Taxable: | 750.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **1,015.63** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 8/5/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10070552
Invoice Date: **07/30/2010**
Due Date: **08/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  1,015.63**



**Document Efficiency At Work.®**
*A IKON COMPANY*

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10080424 |
| Invoice Date: | 08/27/2010 |
| Due Date: | 09/26/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # 13720/ | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| IMA Reports 0006L L) | | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1008-0492 | 08/25/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | | 125.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 0.00 |
| Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Sales Tax: | 0.00 |
| | * Non-Taxable: | 125.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **125.00** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 8/31/10

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS10080424
Invoice Date: 08/27/2010
Due Date: 09/26/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT $ 125.00**



# INVOICE

| Invoice # | BOS10080551 |
|---|---|
| Invoice Date: | 08/31/2010 |
| Due Date: | 09/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RTK 039785-042250 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1008-0027 | 08/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | 125.00 |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | 50.00 |
| *4070 | | E-Label Endorsement | 2,466.00 | 0.0100 | 24.66 |
| *4071 | | E-OCR | 2,466.00 | 0.0500 | 123.30 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 50.00 |
| Sales Tax: | 3.13 |
| * Non-Taxable: | 272.96 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **326.09** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 9/2/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10080551
Invoice Date: 08/31/2010
Due Date: 09/30/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 326.09**

 **Document Efficiency
At Work.®**
*A RICOH COMPANY*

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300   Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10080552 |
| Invoice Date: | 08/31/2010 |
| Due Date: | 09/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC3-006024 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1008-0027 | 08/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | 125.00 |
| 4009 | CD - Master Burn | | 1.00 | 25.0000 | 25.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 25.00 |
| Sales Tax: | 1.56 |
| * Non-Taxable: | 125.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 151.56 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: 7/2/10

| Please pay from this copy. The party named on this bill is held responsible for payment |
|---|

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**Invoice:** BOS10080552

Invoice Date: 08/31/2010
Due Date: 09/30/2010
Customer Code: BOS-FISH
Natl ID: 51564

**PAY THIS
AMOUNT** $ 151.56



IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10080553 |
| Invoice Date: | 08/31/2010 |
| Due Date: | 09/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

BILL TO:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

SHIP TO:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | MBI 012012-012060 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1008-0027 | 08/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | 250.00 |
| 4009 | | CD - Master Burn | 4.00 | 25.0000 | 100.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 48.00 | 0.1000 | 4.80 |
| *4070 | | E-Label Endorsement | 48.00 | 0.0100 | 0.48 |
| *4071 | | E-OCR | 48.00 | 0.0500 | 2.40 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 100.00 |
| Sales Tax: | 6.25 |
| * Non-Taxable: | 257.68 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

**PAY THIS AMOUNT $ 363.93**

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____  Date: 9/2/10

Please pay from this copy.  The party named on this bill is held responsible for payment

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

Invoice: **BOS10080553**

Invoice Date: **08/31/2010**
Due Date: **09/30/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**PAY THIS AMOUNT $ 363.93**



**IKON** Document Efficiency *At Work.*
A RICOH COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | BOS10080549 |
| Invoice Date: | 08/31/2010 |
| Due Date: | 09/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | GL4 000178-000179 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1008-0027 | 08/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | | |
| *727 | | Technical Services (hr) | | 1.00 | 125.0000 | | 125.00 |
| 4009 | | CD - Master Burn | | 2.00 | 25.0000 | | 50.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 50.00 |
| Sales Tax: | 3.13 |
| * Non-Taxable: | 125.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 178.13 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 9/2/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS10080549**
Invoice Date: **08/31/2010**
Due Date: **09/30/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 178.13


Document Efficiency
At Work®
A RICON COMPANY

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

| | |
|---|---|
| Invoice # | BOS10080554 |
| Invoice Date: | 08/31/2010 |
| Due Date: | 09/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | DEF 020381-020428 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1008-0027 | 08/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | | 125.00 |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | | 50.00 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 47.00 | 0.1000 | | 4.70 |
| *4070 | | E-Label Endorsement | 47.00 | 0.0100 | | 0.47 |
| *4071 | | E-OCR | 47.00 | 0.0500 | | 2.35 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 50.00 |
| | Sales Tax: | 3.13 |
| | * Non-Taxable: | 132.52 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **185.65** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 9/2/10

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10080554**
Invoice Date: **08/31/2010**
Due Date: **09/30/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $ **185.65**

IKON **Document Efficiency At Work.**
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10080550 |
| Invoice Date: | 08/31/2010 |
| Due Date: | 09/30/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 309890-311055 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1008-0027 | 08/02/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| | *727 | Technical Services (hr) | 3.00 | 125.0000 | 375.00 |
| | 4009 | CD - Master Burn | 6.00 | 25.0000 | 150.00 |
| | *806 | Image Conversion (Basic PDF/TIFF per Unit) | 506.00 | 0.1000 | 50.60 |
| | *4070 | E-Label Endorsement | 1,165.00 | 0.0100 | 11.65 |
| | *4071 | E-OCR | 1,165.00 | 0.0500 | 58.25 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 150.00 |
| | Sales Tax: | 9.38 |
| | * Non-Taxable: | 495.50 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **654.88** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS10080550**
Invoice Date: **08/31/2010**
Due Date: **09/30/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  654.88**



**IKON** Document Efficiency
*At Work.™*
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10090265 |
| Invoice Date: | 09/21/2010 |
| Due Date: | 10/21/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | HOT KUP | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1009-0308 | 09/16/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *4070 | | E-Label Endorsement | 13.00 | 0.0100 | 0.13 |
| *4071 | | E-OCR | 13.00 | 0.0500 | 0.65 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 13.00 | 0.1000 | 1.30 |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | 50.00 |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | 125.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 50.00 |
| Sales Tax: | 3.13 |
| * Non-Taxable: | 127.08 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **180.21** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 10/11/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10090265
Invoice Date: 09/21/2010
Due Date: 10/21/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 180.21



**Document Efficiency At Work***
A RICOH COMPANY

**INVOICE**

| | |
|---|---|
| Invoice # | BOS10090446 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | HOT 028911-029602 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1009-0223 | 09/13/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| 4009 | | CD - Master Burn | 12.00 | 25.0000 | | 300.00 |
| *727 | | Technical Services (hr) | 7.00 | 125.0000 | | 875.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connecion of past due accounts. | Taxable Sales: | 300.00 |
| | Sales Tax: | 18.75 |
| | * Non-Taxable: | 875.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | 1,193.75 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 10/4/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10090446
**Invoice Date:** 09/29/2010
**Due Date:** 10/29/2010
**Customer Code:** BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,193.75



**Document Efficiency At Work**

A RICON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10090439 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | KH4 001658-003073 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1009-0089 | 09/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *4070 | | E-Label Endorsement | 1,415.00 | 0.0100 | | 14.15 |
| *4071 | | E-OCR | 1,415.00 | 0.0500 | | 70.75 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 1,415.00 | 0.1000 | | 141.50 |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | | 50.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 50.00 |
| | Sales Tax: | 3.13 |
| | * Non-Taxable: | 476.40 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **529.53** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: 10/4/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOS10090439
Invoice Date: 09/29/2010
Due Date: 10/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 529.53



**Document Efficiency At Work**
A RICON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10090438 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | CMC3-006025-007108 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1009-0089 | 09/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 1,083.00 | 0.1000 | 108.30 |
| *4070 | | E-Label Endorsement | 1,083.00 | 0.0100 | 10.83 |
| *4071 | | E-OCR | 1,083.00 | 0.0500 | 54.15 |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | 125.00 |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | 50.00 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connecion of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 50.00 |
| Sales Tax: | 3.13 |
| * Non-Taxable: | 298.28 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **351.41** |

Received and Accepted by: _____    Date: 10/4/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10090438
Invoice Date: 09/29/2010
Due Date: 10/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 351.41



**Document Efficiency At Work**
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10090435 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | MBI 012061-012061 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1009-0089 | 09/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | | 125.00 |
| 4009 | CD - Master Burn | | 2.00 | 25.0000 | | 50.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 50.00 |
| Sales Tax: | 3.13 |
| * Non-Taxable: | 125.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **178.13** |

Received and Accepted by: _____     Date: 10/4/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10090435
Invoice Date: **09/29/2010**
Due Date: **10/29/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **178.13**



**Document Efficiency At Work.**
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10090437 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | AMI 000141-000141 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1009-0089 | 09/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | | 125.00 |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | | 50.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 50.00 |
| | Sales Tax: | 3.13 |
| | * Non-Taxable: | 125.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | 178.13 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by _____     Date: 10/4/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| **$** |

**Invoice:** BOS10090437
Invoice Date: 09/29/2010
Due Date: 10/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

Please Remit To:
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT $ 178.13**



**IKON** Document Efficiency
At Work™
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10090441 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RTK 042251-042251 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1009-0089 | 09/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| 4009 | | CD - Master Burn | 2.00 | 25.0000 | | 50.00 |
| *727 | | Technical Services (hr) | 1.00 | 125.0000 | | 125.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the abovedescribed work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 50.00 |
| | Sales Tax: | 3.13 |
| | * Non-Taxable: | 125.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | 178.13 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 10/11/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10090441
Invoice Date: 09/29/2010
Due Date: 10/29/2010
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $  178.13

Page 84



**Document Efficiency at Work**
A RICOH COMPANY

**INVOICE**

| | |
|---|---|
| Invoice # | BOS10090441 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | RTK 042251-042251 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1009-0089 | 09/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | |
| 4009 | CD - Master Burn | | 2.00 | 25.0000 | 50.00 |
| *727 | Technical Services (hr) | | 1.00 | 125.0000 | 125.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 50.00 |
| | Sales Tax: | 3.13 |
| | * Non-Taxable: | 125.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **178.13** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                              Date: 10/11/10

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10090441
Invoice Date: 09/29/2010
Due Date: 10/29/2010
Customer Code: **BOS-FISH**
Natl ID: 51564

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 178.13



**Document Efficiency
At Work.™**
A RICOH COMPANY

**IKON Office Solutions - Boston, MA**
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10090436 |
| Invoice Date: | 09/29/2010 |
| Due Date: | 10/29/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | IMA 311056-311057 | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1009-0089 | 09/07/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *727 | | Technical Services (hr) | 2.00 | 125.0000 | | 250.00 |
| 4009 | | CD - Master Burn | 4.00 | 25.0000 | | 100.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 100.00 |
| Sales Tax: | 6.25 |
| * Non-Taxable: | 250.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 356.25 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

| Please pay from this copy. The party named on this bill is held responsible for payment |
|---|

**Payment From:**
**FISH & RICHARDSON**
225 FRANKLIN ST
BOSTON, MA 02108

| Amount Enclosed |
|---|
| $ |

| | |
|---|---|
| Invoice: | **BOS10090436** |
| Invoice Date: | **09/29/2010** |
| Due Date: | **10/29/2010** |
| Customer Code: | **BOS-FISH** |
| Natl ID: | **51564** |

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $  356.25



IKON Document Efficiency At Work
A IKON COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax: (617) 371-1310
Federal ID: Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10100533 |
| Invoice Date: | 10/29/2010 |
| Due Date: | 11/28/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
**FISH & RICHARDSON**
ONE MARINA PARK DRIVE
BOSTON, MA 02210

**SHIP TO:**
**FISH & RICHARDSON**
ONE MARINA PARK DRIVE
BOSTON, MA 02210

Attn: JESSICA HANNON

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Toshiba / Ritek | 3rd Party | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1010-0295 | 10/14/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 4,993.00 | 0.0200 | | 99.86 |
| 4009 | | CD - Master Burn | 6.00 | 25.0000 | | 150.00 |
| *4071 | | E-OCR | 4,993.00 | 0.0500 | | 249.65 |
| *727 | | Technical Services (hr) | 6.00 | 125.0000 | | 750.00 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts. | Taxable Sales: | 150.00 |
| | Sales Tax: | 9.38 |
| | * Non-Taxable: | 1,099.51 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **1,258.89** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: 16/3/10

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**FISH & RICHARDSON**
ONE MARINA PARK DRIVE
BOSTON, MA 02210

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOS10100533
Invoice Date: **10/29/2010**
Due Date: **11/28/2010**
Customer Code: **BOS-FISH**
Natl ID: **51564**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT** $ **1,258.89**

**Jessica Hannon**

| | |
|---|---|
| **From:** | auto-confirm@amazon.com |
| **Sent:** | Wednesday, May 19, 2010 4:00 PM |
| **To:** | Jessica Hannon |
| **Subject:** | Your Order with Amazon.com |

# amazon.com

VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

## Thanks for your order, Jessica Hannon!

### Want to manage your order online?
If you need to check the status of your order or make changes, please visit our home page at Amazon.com and click on Your Account at the top of any page.

### Purchasing Information:

**E-mail Address:** hannon@fr.com

| **Billing Address:** | **Shipping Address:** |
|---|---|
| Jessica Hannon | Jessica Hannon |
| Fish & Richardson | Fish & Richardson |
| 225 Franklin St | 225 Franklin St |
| Boston, MA 02110-2809 | Boston, MA 02110-2809 |
| United States | United States |

### Order Grand Total: $55.98

Get the **Amazon.com Rewards Visa Card** and earn **3% rewards** on your Amazon.com orders.

### Order Summary:

### Shipping Details : genesysdtp

| | |
|---|---|
| **Order #:** | 002-0239938-1089068 |
| **Shipping Method:** | Standard Shipping |
| **Shipping Preference:** | Group my items into as few shipments as possible |
| Subtotal of Items: | $49.99 |
| Shipping & Handling: | $5.99 |
| | ------- |
| **Total for this Order:** | **$55.98** |

**Delivery estimate:** May 26, 2010 - June 11, 2010
**Shipping estimate for these items:** May 20, 2010 - May 21, 2010
   1 "50 Ritek Ridata Dual Layer 8.5GB 4X DVD-R DL Shiny Silver"
      $49.99

         Sold by: genesysdtp

5/19/2010