# Exhibit 9



**Questel**
*DIGIPAT*

1725 Duke Street, Suite 625
Alexandria, VA 22314 USA
P: (703) 519-1820/ F: (703) 519-1821

| DATE | INVOICE # |
|---|---|
| 9/29/2009 | W46689 |

| CLIENT |
|---|
| Monica Hait<br>FISH & RICHARDSON<br>225 Franklin Street<br>Boston, MA 02110-2804<br>USA |

| YOUR REFERENCE NO. | TERMS | CLIENT CODE |
|---|---|---|
| 13720.0006LL1 Tang | Due on receipt | FAR-MAS |

| DESCRIPTION OF SERVICES | AMOUNT |
|---|---|
| Obtaining and forwarding a searchable copy of the File History for 5,831,966 | 283.75 |
| Client discount | -161.25 |

*US patent file history*

| Visit Our Web Site at www.digipat.com | **Total** | **$122.50** |
|---|---|---|

BANK WIRE INFORMATION
Redacted

*MC, Visa & American Express Accepted*

Page 1

## MicroPatent, LLC

7/5/09

**Invoice Date:** 20090605
**Invoice Number:** 250078098      **Order Date:** 20090604-0954
**Customer#:** W85005              **Docket:** Dillon- ~~new Ritek~~

### Billing Info
**Attn:** Monica Hait  FISH & RICHARDSON PC

13720-000644/

225 Franklin Street
Boston, TX 02110
United States

150 2 patent
file histories

**Phone#:** 617-956-5921    **Ext:**    **Fax#:** 617-542-8906
**Email:** hait@fr.com

### Shipping Info
**Attn:** Monica Hait  FISH & RICHARDSON PC

225 Franklin Street
Boston, MA 02110
United States

**Phone#:** 617-956-5921    **Ext:**    **Fax#:**
**Email:** hait@fr.com

**Customer Instructions (about this order):**
**Order Summary (notes to the customer):**
2 file histories w/o refs - email

**BillType:** M    **ShipType:** E    **Order Status:** D

| SvcType | Desc    | Qty | Pgs | Cost | Total  |
|---------|---------|-----|-----|------|--------|
| E3268   | 5708651 | 1   | 142 | 0.68 | 96.56  |
| E3268   | 5892751 | 1   | 289 | 0.68 | 196.52 |

**Subtotal:** 293.08    **Tax:** 0.00    **Shipping/Handling:** 0.00

## Item Total: $293.08 (Plus Applicable Tax)

Please forward this document to your accounting department. Payments should be made as follows:

**Payments by check:**           **Payments by wire transfer:**

MicroPatent LLC                  Redacted
39441 Treasury Center
Chicago, IL 60694-9400

If you have any questions about this order, call (800) 445-9760 or (703) 916-1500

7/17/09

# MicroPatent, LLC

**Invoice Date:** 20090617

**Invoice Number:** 250078843    **Order Date:** 20090616-0954

**Customer#:** W85005    **Docket:** Marshall- ~~new Ritek~~

13720-0006LL1

## Billing Info

**Attn: Monica Hait FISH & RICHARDSON PC**

225 Franklin Street
Boston, TX 02110
United States

ISO 2 patent file histories

**Phone#:** 617-956-5921    **Ext:**    **Fax#:** 617-542-8906
**Email:** hait@fr.com

## Shipping Info

**Attn: Monica Hait FISH & RICHARDSON PC**

225 Franklin Street
Boston, MA 02110
United States

**Phone#:** 617-956-5921    **Ext:**    **Fax#:**
**Email:** hait@fr.com

**Customer Instructions (about this order):**
**Order Summary (notes to the customer):**
2 file histories w/o refs - email

**BillType:** M    **ShipType:** E    **Order Status:** D

| SvcType | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| E3268 | 5459712 | 1 | 143 | 0.68 | 97.24 |
| E3268 | 5592464 | 1 | 141 | 0.68 | 95.88 |

**Subtotal:** 193.12    **Tax:** 0.00    **Shipping/Handling:** 0.00

## Item Total: $193.12 (Plus Applicable Tax)

Please forward this document to your accounting department. Payments should be made as follows:

**Payments by check:**         **Payments by wire transfer:**

MicroPatent LLC                Redacted
39441 Treasury Center
Chicago, IL 60694-9400

If you have any questions about this order, call (800) 445-9760 or (703) 916-1500

# MicroPatent, LLC

**Invoice Date:** 20090805
**Invoice Number:** 250081604          **Order Date:** 20090805-0948
**Customer#:** W85005                  **Docket:** 13720/0006LL1 Marshall

## Billing Info
**Attn:** Monica Hait  FISH & RICHARDSON PC
225 Franklin Street
Boston, MA 02110
United States

**Phone#:** 617-956-5921    **Ext:**        **Fax#:** 617-542-8906
**Email:** hait@fr.com

*150 patent file history* (handwritten)

## Shipping Info
**Attn:** Monica Hait  FISH & RICHARDSON PC
225 Franklin Street
Boston, MA 02110
United States

**Phone#:** 617-956-5921    **Ext:**        **Fax#:**
**Email:** hait@fr.com

**Order Summary (notes to the customer):**
1 file history w/o refs- download

**BillType:** M     **ShipType:** E     **Order Status:** D

| SvcType | Desc    | Qty | Pgs | Cost | Total  |
|---------|---------|-----|-----|------|--------|
| E3268   | 5696756 | 1   | 399 | 0.68 | 271.32 |

**Subtotal:** 271.32      **Tax:** 0.00        **Shipping/Handling:** 0.00

## Item Total: $271.32 (Plus Applicable Tax)

Please forward this document to your accounting department. Payments should be made as follows:

**Payments by check:**           **Payments by wire transfer:**

MicroPatent LLC                  Redacted
39441 Treasury Center
Chicago, IL 60694-9400

If you have any questions about this order, call (800) 445-9760 or (703) 916-1500

# MicroPatent, LLC

**Invoice Date:** 20091203
**Invoice Number:** 250088284  **Order Date:** 20091202-1532
**Customer#:** W85005  **Docket:** 13720/0006LL1 Hannon

## Billing Info

**Attn: Monica Hait FISH & RICHARDSON PC**
225 Franklin Street
Boston, MA 02110
United States

**Phone#:** 617-956-5921  **Ext:**  **Fax#:** 617-542-8906
**Email:** hait@fr.com

*ISD patent file history*

## Shipping Info

**Attn: Monica Hait FISH & RICHARDSON PC**
225 Franklin Street
Boston, MA 02110
United States

**Phone#:** 617-956-5921  **Ext: Fax#:**
**Email:**
hait@fr.com, ts.cm-fhservice@thomsonreuters.com

**Order Summary (notes to the customer):**
1 file history w/o refs - email

**BillType:** M  **ShipType:** E  **Order Status:** D

| SvcType | Desc | Qty | Pgs | Cost | Total |
|---|---|---|---|---|---|
| E3268 | 5636200 | 1 | 373 | 0.68 | 253.64 |

**Subtotal:** 253.64  **Tax:** 0.00  **Shipping/Handling:** 0.00

## Item Total: $253.64 (Plus Applicable Tax)

Please forward this document to your accounting department. Payments should be made as follows:

**Payments by check:**          **Payments by wire transfer:**

MicroPatent LLC                  Redacted
39441 Treasury Center
Chicago, IL 60694-9400

If you have any questions about this order, call (800) 445-9760 or (703) 916-1500