# Exhibit 10

**The BERO Group**
N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

# Invoice

Invoice #: 6-0205
Invoice Date: 11/2/2010
Due Date: 12/2/2010
Case:
P.O. Number:

**Bill To:**
Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
225 Franklin Street
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Redacted | | | |

Imation Corporation

Total
Payments/Credits
Balance Due

Page 1

**The BERO Group**
N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

# Invoice

Invoice #: 6-0205
Invoice Date: 11/2/2010
Due Date: 12/2/2010
Case:
P.O. Number:

**Bill To:**

Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
225 Franklin Street
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Redacted | | | |

Imation Corporation

Total
Payments/Credits
Balance Due

**The BERO Group**
N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

# Invoice

Invoice #: 6-0205
Invoice Date: 11/2/2010
Due Date: 12/2/2010
Case:
P.O. Number:

**Bill To:**

Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
225 Franklin Street
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Redacted | | | |

Imation Corporation

Total

Payments/Credits

Balance Due

**The BERO Group**
N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

# Invoice

Invoice #: 6-0205
Invoice Date: 11/2/2010
Due Date: 12/2/2010
Case:
P.O. Number:

**Bill To:**
Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
225 Franklin Street
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Redacted | | | |
| Expenses: | | | |
| Ivize of Milwaukee, LLC copying charges - 31,121 @ .15 for Imation files | | 4,929.57 | 4,929.57 |
| In-house copy charges - 12,836 @ .10 | 1 | 1,283.60 | 1,283.60 |

Imation Corporation

Total
Payments/Credits
Balance Due

Page 4

**The BERO Group**
N16 W23217 Stone Ridge Drive
Suite 250
Waukesha, WI 53188

# Invoice

Invoice #: 6-0205
Invoice Date: 11/2/2010
Due Date: 12/2/2010
Case:
P.O. Number:

**Bill To:**

Toshiba Defendants
c/o Fish & Richardson P.C. (Alan Smith)
225 Franklin Street
Boston, MA 02110-2804

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Please remit payment to: The BERO Group, N16 W23217 Stone Ridge Drive, Suite 250, Waukesha, WI 53188. If you have any questions concerning this invoice, contact Beth Bergman at (262) 522-7931. Tax Id. No. Redacted. Thank you for your business! | | | Redacted |

Imation Corporation

Total

Payments/Credits $0.00
Redacted

Balance Due