# Exhibit 11

# DEBIT NOTE

## Joseph (Feng-hsiang) Tseng
Redacted

**Tel: 886-2-29240270**
**Fax: 886-29240795**
**E-mail: jt102333@gmail.com**

June 30, 2010

Name of Client: Fish & Richardson P. C.

Re: Interpretation Services for CMC in Taipei, Taiwan

| Date | Translator | Description | Fee | Remarks |
|---|---|---|---|---|
| June 7, 2010 | Joseph Tseng | Check Interpreter for Deposition of CMC's Witness Sam Chong | US$740 | US$500 (1:37 pm to 4:37 pm) + US$120x2 (4:37 pm to 6:24pm) |
| June 8, 2010 | Joseph Tseng | Check Interpreter for Deposition of CMC's Witness Sam Chong | US$1160 | US$500 (9:30 am to 12:30 pm) + US$120x5.5 (1:30 pm to 6:44pm) |
| June 9, 2010 | Joseph Tseng | Check Interpreter for Deposition of CMC's Witness Chiu | US$620 | US$500 (9:00 am to 12:00 pm) + US$120x1 (12:00 pm to 1:07pm) |
| | | Total: | US$2520 | |

Note: Please wire payment to the following bank account:

Redacted

Joseph Tseng

# DEBIT NOTE

## Joseph (Feng-hsiang) Tseng
Redacted

**Tel: 886-2-29240270**
**Fax: 886-29240795**
**E-mail: jt102333@gmail.com**

June 30, 2010

Name of Client: Fish & Richardson P. C.

Re: Interpretation Services for CMC in Taipei, Taiwan

| Date | Translator | Description | Fee | Remarks |
|---|---|---|---|---|
| June 6, 2010 | Joseph Tseng | Witness Preparation at Grand Hyatt | US$980 | US$500 (9:00 am to 12:00 pm) + US$120x4 (1:00 pm to 5:00pm) |
| June 7, 2010 | Joseph Tseng | Check Interpreter for Deposition of Ritek's Witnesses Eddie Lee and Sam Chang | US$1100 | US$500 (9:00 am to 12:00 pm) + US$120x5 (1:00 pm to 6:06pm) |
| June 8, 2010 | Joseph Tseng | Check Interpreter for Deposition of Ritek's Witnesses Sam Chang and Wayne Wang | US$1100 | US$500 (9:00 am to 12:00 pm) + US$120x5 (1:00 pm to 6:06pm) |
| June 9, 2010 | Joseph Tseng | Check Interpreter for Deposition of Ritek's Witness Wayne Wang | US$1280 | US$500 (9:00 am to 12:00 pm) + US$120x6.5 (1:00 pm to 7:15pm) |
|  |  | Total: | US$4460 |  |

Note: Please wire payment to the following bank account:

Redacted

Joseph Tseng

**Manako Ihava**
Redacted

manako@ihaya.org
1 (949) 334-7407

## INVOICE

| Bill To: |
|---|
| **Fish & Richardson P.C.** |
| 225 Franklin St. |
| Boston MA 02110 |
| United States |
| Phone: (617) 542-5070 |

| Invoice# | 1099 |
|---|---|
| Invoice Date | Nov 5, 2010 |
| Terms | NET 30 |
| Due Date | Dec 5, 2010 |
| Purchase order # | |

| Description | Volume | Rate | Adjustments | Amount (USD) |
|---|---|---|---|---|
| Travel-day fee between LAX and NRT (1/2 charge due to splitting the cost with another client) | 2 day(s) | 1,000.00 | 50% discount | 1,000.00 |
| Deposition on Nov. 1, 2, 3 and 4 at the US Embassy in Tokyo | 4 day(s) | 1,000.00 | | 4,000.00 |
| Per-diem for travel to/from and the stay in Tokyo | 6 day(s) | 80.00 | | 480.00 |
| 1/2 airfare between LAX and NRT on Singapore Airlines (1/2 charge due to splitting the cost with another client) | flat rate | 908.00 | 50% discount | 454.00 |
| One-way mileage between LAX and Lake Forest (1/2 charge due to splitting the cost with another client) | 57 miles | 0.50 | 50% discount | 14.25 |
| ANA InterContinental stay for 5 nights in Tokyo | flat rate | 1,539.00 | | 1,539.00 |
| One-way train from NRT to Tokyo plus taxi to hotel (1/2 charge due to splitting the cost with another client) | flat rate | 53.00 | 50% discount | 26.50 |
| One-way train fare from Tokyo to NRT (1/2 charge due to splitting the cost with another client) | flat rate | 41.67 | 50% discount | 20.84 |
| One-way taxi fare from LAX to Lake Forest (1/2 charge due to splitting the cost with another client) | flat rate | 106.00 | 50% discount | 53.00 |

**Notes:**
$1600 advanced payment check received Oct. 19, 2010

Subtotal: 7,587.59
**Total:** 7,587.59
Payment Made: (1,600.00)
**Balance Due (USD):** 5,987.59

Page 3



INVOICE

Ms Manako Ihaya

| | | |
|---|---|---|
| | ご到着 /Arrival | : 10-31-10 |
| | ご出発 /Departure | : 11-04-10 |
| | 人数 /No. of guest | : 1 |
| | 客室番号 /Room No. | : 2330 |
| 会社名 /Company : | メンバー番号 /Priority Club No. | : 547350886 |
| エージェント名 /Agent : | 明細番号 /Folio No. | : 548148 |
| 売掛番号 /AR No. : | 担当 /Cashier | : (Front 1-2) |
| 備考 /Remarks : | ページ /Page No. | : 1 of 1 |

| 日付 Date | 摘要 Description | 備考 Reference | ご利用 Debit | お預かり Credit |
|---|---|---|---|---|
| 10-31-10 | Room Charge | | 28,000 | |
| 10-31-10 | Accommodation Tax | | 200 | |
| 11-01-10 | Room Charge | | 32,000 | |
| 11-01-10 | Accommodation Tax | | 200 | |
| 11-02-10 | In Room Bar | | 315 | |
| 11-02-10 | Room Charge | | 32,000 | |
| 11-02-10 | Accommodation Tax | | 200 | |
| 11-03-10 | Room Charge | | 28,000 | |
| 11-03-10 | Accommodation Tax | | 200 | |
| 11-04-10 | American Express | | | 121,115 |
| | 合計/Total | | 121,115 | 121,115 |
| | ご利用金額/Total Amount | | | 121,115 |
| | (内消費税/Consumption Tax | | | 5,727 ) |
| | (内宿泊税/Accommodation Tax | | | 800 ) |

私はこの請求書の支払い責任が放棄されないことに同意し、かつ、上記個人、会社、団体などが本請求の一部、もしくは全額を滞納する場合、私自身が責任を負うことに同意します。

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

印紙税申告納付につき麻布税務署承認済

ご署名
Signature



Manako Ihaya <manako@ihaya.org>

# Order receipt from LAXTransport.com ($106.00)

Google Checkout <noreply@checkout.google.com>  Fri, Nov 5, 2010 at 4:47 PM
To: manako@ihaya.org

### Google checkout

Hello Manako Ihaya,

Thanks for buying from LAXTransport.com using Google Checkout!
LAXTransport.com will charge and ship your order soon.

**How do I check on this order?**
Get up-to-date information about order #138741990653125

**Problems with this order?**
Contact LAXTransport.com

**Shop confidently**

- Continue shopping at LAXTransport.com.
- Search for products using Google Product Search.
- Visit our Deals Page for coupons, promotions, and more.



Order date: **Nov 5, 2010 4:47 PM PDT**
Google order number: 138741990653125

| Shipping Status | Qty | Item | Price |
|---|---|---|---|
| Not yet shipped | 1 | Payment request from LAXTransport.com - Car Service | $106.00 |
| | | Tax (CA) : | $0.00 |
| | | **Total:** | **$106.00** |

**Paid with:** AMEX xxx-1007
**Ship to:**
Manako Ihaya
    Redacted

Ask LAXTransport.com to change this address

---

Need help? Visit the Google Checkout help center. Please do not reply to this message.

©2010 Google



Manako Ihaya <manako@ihaya.org>

# E-ticket confirmation

Manako Ihaya <manako@ihaya.org>  
To: plans <Plans@tripit.com>

Wed, Oct 20, 2010 at 4:17 PM

========================= E-Ticket Confirmation =========================

### E-TICKET NUMBER ** 6187854725367 **

Date: 10/20/2010  
Record Locator: KWD70W

For:  
**IHAYA, MANAKO MS**  
Frequent Flyer Numbers:  
United 03176636830

Address: MS MANAKO IHAYA, :         Redacted         )

Deliver: H.I.S INTERNATIONAL TOURS, 150 PAULARINO AVE D-193, COSTA MESA CA Z/92626

Phones  
Travel Agent (LAX) 714-668-1175--EMIKO

Itinerary:

1 Air  
SQ - Singapore Airl  
Flight 11  
Booking Code: H  
Date: Friday, October 22, 2010  
From: Los Angeles Intl Arpt, Los Angeles CA - U.S.  
To: Narita, Tokyo Japan  
Departs: 2:45 PM Arrives: 6:10 PM Next Day  
**AISLE SEAT CONFIRMED.**  
Status: confirmed

2 Air  
SQ - Singapore Airl  
Flight 12  
Booking Code: H  
Date: Friday, November 05, 2010  
From: Narita, Tokyo Japan  
To: Los Angeles Intl Arpt, Los Angeles CA - U.S.  
Departs: 6:30 PM Arrives: 12:15 PM  
**AISLE SEAT CONFIRMED.**  
Status: confirmed

**Remarks:**
BE SURE YOU HOLD APPROPRIATE VISA/PASSPORT/TRAVEL DOCUMENT
**AIR/$660 TAX/$248.00 TOTAL/$908.00**
YOUR RESERVATION NUMBER IS *-*-* J3WHM8 *-*-*

DEPARTURE DATE IS FIXED.
MIN STAY: 3 DAYS MAX STAY: 6 MONTHS
RETURN DATE CHANGE FEE: PERMITTED WITH FARE DIFFERENCE
* ADDITIONAL FEE/$75.00 BETWEEN 01JAN11 AND 08JAN11
* ONLY CHANGEABLE AFTER DEPARTURE
* AND BEFORE THE ORIGINAL RETURN DATE
CANCELLATION PENALTY BEFORE DEPARTURE: $350.00.
---------------- AFTER DEPARTURE: NON-REFUNDABLE
SINGAPORE AIRLINES PHONE NUMBER: 1-800-742-3333 (USA)
SINGAPORE AIRLINES PHONE NUMBER: 03-3213-3431 (JAPAN)

E-TICKET NUMBER ** 6187854725367 **

```
お客様控   クレジットカードご利用票/CREDIT CARD SALES SLIP    R001
                                                          有XX-XX
会社名・会員番号    AMEX-XXXXXXXXXXXX1007
取引内容:お買上   支払区分:一括                    ¥2,940
商品名: 指 定 券              1枚(用)
10月23日 成田エクスプレス48号 成田空港→東京 乗車券込み
払戻しはJR東日本の取扱箇所のみでいたします。
変更や払戻しの方法等に制限があります。
この控は大切に保存してください。        Narita to Tokyo
22.10.23 40767-03              成田空港駅A1発行
```

```
お客様控   クレジットカードご利用票/CREDIT CARD SALES SLIP    R001
                                                          有XX-XX
会社名・会員番号    AMEX-XXXXXXXXXXXX1007
取引内容:お買上   支払区分:一括                    ¥3,280
商品名: (一括発券)乗車券類            2枚(用)
11月 5日 成田エクスプレス35号 品川→成田空港 他
払戻しはJR東日本の取扱箇所のみでいたします。
変更や払戻しの方法等に制限があります。
この控は大切に保存してください。        Tokyo to Narita
22.11.-5 20212-04              川崎駅@2発行
```

```
         領 収 書
現・チ・ク・割引  No.2826
日付 '10年10月23日
車番   002774      00
基本運賃        ¥1250円
合計         ¥1250円
上記の通り領収致しました
通行料、他          円
上記金額正に領収致しました.
     山岸タクシー
     ドア番号:056
お忘れ物は下記所属団体へ
東京都個人タクシー協同組合
新宿支部  TEL 3360-0369
お問合せは
(社) 東京都個人タクシー協会
       TEL 3947-1461
ご要望は
(財) 東京タクシーセンター
       TEL 3648-0300
Taxi from Tokyo stn
to hotel
```

**INVOICE**
**TERESA Y. WONG**
**TONELEE LINGUISTIC CONSULTING**
**COURT CERTIFIED CANTONESE INTERPRETER #300501**
**COURT CERTIFIED MANDARIN INTERPRETER #300501**
PHONE (925) 943-6892 or (415) 837-0770, FAX (925) 932-1736

To: Christopher Dillon, Attorney at Law
225 Franklin Street
Boston, MA 02110

Statement Date:
09/16/10

| DATE | JOB NUMBER | PROFESSIONAL SERVICES DESCRIPTION | NUMBER OF HRS | HRLY RATE | AMOUNT DUE |
|---|---|---|---|---|---|
| | | **Mandarin Interpreting.**<br>**9/15 & 16/2010 in Palo Alto MoFo Office**<br>**Toshiba v. Imation, Depositions of**<br>**Hogan and Khypemedia**<br>**Check-Interpreter** | | | |
| 9/15/2010 | | From 10:00 am to 6:47 pm<br>Regular 8 hours from 10 am to 6 pm. | 8.0 | $180 | $1,440.00 |
| | | OT rate: From 6 pm to 7 pm, 1.00 rs | 1.0 | $200 | $200.00 |
| | | Travel Time of 1 hour for roundtrip travel. | 1.0 | $180 | $180.00 |
| 9/16/2010 | | Day 2 was canceled at 5 pm on Sept 15.<br>6 hours minimum charge for full-day booking. | 6.0 | $180 | $1,080.00 |

**Amount due and payable in 20 days by Oct 13, 2010:** $2,900.00

Please make check payable to:
**EIN:** Redacted
**Teresa Yu Hung Kung Wong**
Redacted
Please direct all billing inquires to (925) 943-6892

Page 9