**EXHIBIT BB**

**Breakdown of Charges on Invoices listed in Ex. 8 to Defendants' Bill of Costs**

| | CD Master Burn | DVD Master Burn | DVD Duplication | CD Duplication | E-Labels | OCR | Oversize Reduction | Image Capture | Color Imaging | Image Conversion | Data Conversion | B&W Copies | Color Copies | External Hard Drive Upload | Native Conversion | Technical Services | Pkg: Native/Meta/ Text TIFF Full (GB) | 50 Ritek Ridata Dual Layer 8.5GB 4Z DVD-R DL | Sales Tax | Total Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page 1 | 35.00 | | | | 52.43 | 262.15 | | 1310.75 | | | | | | | | | | | 103.77 | $1,764.10 |
| Page 2 | 25.00 | 100.00 | | | 169.77 | 848.85 | | | | 1697.70 | | | | | | 500.00 | | | 208.83 | $3,550.15 |
| Page 3 | 35.00 | | | | | 87.96 | | 260.55 | 462.00 | | | | | | | | | | 52.84 | $898.35 |
| Page 4 | 25.00 | | | | | 73.45 | | 220.35 | | | | | | | | | | | 19.93 | $338.73 |
| Page 5 | | | | | | 931.08 | | | | 931.08 | | | | | | | | | 116.39 | $1,978.55 |
| Page 6 | | | | | 479.58 | 959.16 | | | | 2877.48 | | | | | | 375.00 | | | 293.20 | $4,984.42 |
| Page 7 | | | | | 205.24 | 615.72 | | | | 2052.40 | | | | | | 375.00 | | | 203.02 | $3,451.38 |
| Page 8 | | | | | 1.60 | 4.80 | | | | 16.00 | | | | | | 375.00 | | | 24.84 | $422.24 |
| Page 9 | | | | | 66.03 | 198.09 | | | | 660.30 | | | | | | 375.00 | | | 81.21 | $1,380.63 |
| Page 10 | | | | | 112.10 | 336.30 | | | | 1121.00 | | | | | | 375.00 | | | 121.53 | $2,065.93 |
| Page 11 | | 50.00 | | | 8.33 | 33.32 | | | | | | | | | | 125.00 | | | 13.54 | $230.19 |
| Page 12 | 50.00 | 35.00 | | | | 817.90 | | | | | | | | | | 250.00 | | | 72.06 | $1,224.96 |
| Page 13 | | | | | | 47.16 | | | | 3960.00 | | | | 150.00 | | | | | 259.82 | $4,416.98 |
| Page 14 | 25.00 | | | | | 201.30 | | | | | | | | | | 250.00 | | | 29.77 | $506.07 |
| Page 15 | | 50.00 | | | 179.41 | 717.64 | | | | 1680.00 | | | | | | 500.00 | | | 195.44 | $3,322.49 |
| Page 16 | 25.00 | | | | | 247.85 | | | | 99.14 | | | | | | 125.00 | | | 31.06 | $528.05 |
| Page 17 | 35.00 | | | | | 16.40 | | | | | | 46.50 | 18.00 | | | | | | 7.24 | $123.14 |
| Page 18 | | | | | | | | | | | | | | | | 250.00 | | | 15.63 | $265.63 |
| Page 19 | | | | | | | | | | | | | | | | 250.00 | | | 15.63 | $265.63 |
| Page 20 | | | | | | | | | | | | | | | | 250.00 | | | 15.63 | $265.63 |
| Page 21 | | | | | | | | | | | | | | | 4253.40 | | | | 265.84 | $4,519.24 |
| Page 22 | | 200.00 | | | 425.34 | 1276.02 | | | | | | | | | | 875.00 | | | 173.52 | $2,949.88 |
| Page 23 | | | | | | 315.35 | | | | | | | | 150.00 | | 125.00 | 3600.00 | | 261.90 | $4,452.25 |
| Page 24 | | | | | | | | | | | | | | | | | 4500.00 | | 281.25 | $4,781.25 |
| Page 25 | 100.00 | | 375.00 | | 35.80 | 179.00 | | | | 358.00 | | | | | | 375.00 | | | 43.11 | $1,465.91 |
| Page 26 | | | | | | | | | | | | | | | | | 4380.00 | | 273.75 | $4,653.75 |
| Page 27 | 25.00 | | | | | 24.55 | | 60.75 | 86.00 | | | | | | | | | | 12.27 | $208.57 |
| Page 28 | 50.00 | | | | 0.21 | 1.05 | | | | 2.10 | | | | | | 125.00 | | | 3.20 | $181.56 |
| Page 29 | | 50.00 | | | | 481.62 | 30.00 | 2729.18 | | | | | | | | | | | 205.68 | $3,496.48 |
| Page 30 | | 50.00 | | | | | | | | 2450.00 | | | | | | 125.00 | | | 3.13 | $2,628.13 |
| Page 31 | | 50.00 | | | | | | | | 2928.10 | | | | | | 125.00 | | | 3.13 | $3,106.23 |
| Page 32 | | 100.00 | | | 154.06 | 770.30 | | | | 1540.60 | | | | | | 375.00 | | | 64.02 | $3,003.98 |
| Page 33 | | 100.00 | | | 216.98 | 1084.90 | | | | 2169.80 | | | | | | 375.00 | | | 87.62 | $4,034.30 |
| Page 34 | 100.00 | | | | 167.57 | 837.85 | | | | 1675.70 | | | | | | 250.00 | | | 69.09 | $3,100.21 |
| Page 35 | 50.00 | | | | 4.04 | 20.20 | | | | 40.40 | | | | | | 125.00 | | | 4.64 | $244.28 |
| Page 36 | | 100.00 | | | | | | | | | | | | | | 250.00 | | | 6.25 | $356.25 |
| Page 37 | | 100.00 | | | 160.54 | 481.62 | | | | 1605.40 | | | | | | 250.00 | | | 46.39 | $2,643.95 |
| Page 38 | 35.00 | | | | 13.20 | 22.00 | | | | | 1200.00 | | | | | 125.00 | | | 4.39 | $1,399.59 |
| Page 39 | 100.00 | | | | 9.91 | 29.73 | | | | 99.10 | | | | | | 250.00 | | | 8.73 | $497.47 |
| Page 40 | 50.00 | 100.00 | | | 206.60 | 619.80 | | | | 2066.00 | | | | | | 625.00 | | | 61.03 | $3,728.43 |
| Page 41 | 100.00 | | | 80.00 | 14.83 | 44.49 | | | | 750.00 | | | | | | 500.00 | | | 14.96 | $1,504.28 |
| Page 42 | | | | | | | | | | | | | | | | 375.00 | | | | $375.00 |
| Page 43 | | | | | 757.46 | 2272.38 | | | | 363.00 | | | | | 300.00 | 1125.00 | | | | $4,817.84 |
| Page 44 | 50.00 | | | | 1.84 | 7.36 | | | | 18.40 | | | | | | 250.00 | | | | $327.60 |
| Page 45 | 100.00 | | | | 2.17 | 10.85 | | | | 21.70 | | | | | | 375.00 | | | | $509.72 |
| Page 46 | | | | | | | | | | | | | | | | 125.00 | | | | $125.00 |

| | CD Master Burn | DVD Master Burn | DVD Duplication | CD Duplication | E-Labels | OCR | Oversize Reduction | Image Capture | Color Imaging | Image Conversion | Data Conversion | B&W Copies | Color Copies | External Hard Drive Upload | Native Conversion | Technical Services | Pkg: Native/Meta/Text TIFF Full (GB) | 50 Ritek Ridata Dual Layer 8.5GB 4Z DVD-R DL | Sales Tax | Total Invoice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page 47 | 50.00 | | | | | | | | | | | | | | | 250.00 | | | | $300.00 |
| Page 48 | | 200.00 | | | 403.36 | 1210.08 | | | | 1106.72 | | | | | | 1375.00 | | | | $4,295.16 |
| Page 49 | | 100.00 | | | 253.44 | 760.32 | | | | 806.88 | | | | | | 1125.00 | | | | $3,045.64 |
| Page 50 | 25.00 | 50.00 | | | | | | | | | | | | | | 500.00 | | | | $575.00 |
| Page 51 | 25.00 | 50.00 | | | | | | | | 3000.00 | | | | | | | | | | $3,075.00 |
| Page 52 | 50.00 | | | | 16.34 | 81.70 | | | | | | | | | | 125.00 | | | | $273.04 |
| Page 53 | 25.00 | | | | | 38.90 | | | | | | | | | | 125.00 | | | | $188.90 |
| Page 54 | 200.00 | | | | 9.92 | 49.60 | | | | 99.20 | | | | | | 750.00 | | | | $1,108.72 |
| Page 55 | | 100.00 | | | 288.80 | 1155.20 | | | | | | | | | | 625.00 | | | | $2,169.00 |
| Page 56 | 50.00 | 100.00 | | | 132.83 | 531.32 | | | | 1328.30 | | | | | | 500.00 | | | | $2,642.45 |
| Page 57 | 50.00 | | | | 7.87 | 39.35 | | | | 78.70 | | | | | | 125.00 | | | | $300.92 |
| Page 58 | 100.00 | | | | 11.39 | 56.95 | | | | 113.90 | | | | | | 250.00 | | | | $532.24 |
| Page 59 | 50.00 | | | | 0.39 | 1.95 | | | | 3.90 | | | | | | 125.00 | | | | $181.24 |
| Page 60 | 50.00 | | | | 47.15 | 235.75 | | | | 471.50 | | | | | | 125.00 | | | | $929.40 |
| Page 61 | | 100.00 | | | 288.79 | 866.37 | | | | | | | | | | 500.00 | | | | $1,755.16 |
| Page 62 | 100.00 | | | | 14.30 | 71.50 | | | | 143.00 | | | | | | 250.00 | | | | $578.80 |
| Page 63 | | 50.00 | | | | 928.65 | | | | 619.10 | | | | | | | | | 58.04 | $1,655.79 |
| Page 64 | 50.00 | | | | 14.72 | 73.60 | | | | 147.20 | | | | | | 250.00 | | | | $535.52 |
| Page 65 | 25.00 | | | | | 130.95 | | | | | | | | | | 125.00 | | | | $280.95 |
| Page 66 | | | | | | | | | | | | | | | | 250.00 | | | | $250.00 |
| Page 67 | | | | | | | | | | | | | | | | 250.00 | | | | $250.00 |
| Page 68 | 50.00 | | | | | | | | | | | | | | | 250.00 | | | 3.13 | $303.13 |
| Page 69 | 50.00 | | | | | | | | | | | | | | | 250.00 | | | 3.13 | $303.13 |
| Page 70 | 250.00 | | | | | | | | | | | | | | | 750.00 | | | 15.63 | $1,015.63 |
| Page 71 | | | | | | | | | | | | | | | | 125.00 | | | | $125.00 |
| Page 72 | 50.00 | | | | 24.66 | 123.30 | | | | | | | | | | 125.00 | | | 3.13 | $326.09 |
| Page 73 | 25.00 | | | | | | | | | | | | | | | 125.00 | | | 1.56 | $151.56 |
| Page 74 | 100.00 | | | | 0.48 | 2.40 | | | | 4.80 | | | | | | 250.00 | | | 6.25 | $363.93 |
| Page 75 | 50.00 | | | | | | | | | | | | | | | 125.00 | | | 3.13 | $178.13 |
| Page 76 | 50.00 | | | | 0.47 | 2.35 | | | | 4.70 | | | | | | 125.00 | | | 3.13 | $185.65 |
| Page 77 | 150.00 | | | | 11.65 | 58.25 | | | | 50.60 | | | | | | 375.00 | | | 9.38 | $654.88 |
| Page 78 | 50.00 | | | | 0.13 | 0.65 | | | | 1.30 | | | | | | 125.00 | | | 3.13 | $180.21 |
| Page 79 | 300.00 | | | | | | | | | | | | | | | 875.00 | | | 18.75 | $1,193.75 |
| Page 80 | 50.00 | | | | 14.15 | 70.75 | | | | 141.50 | | | | | | 250.00 | | | 3.13 | $529.53 |
| Page 81 | 50.00 | | | | 10.83 | 54.15 | | | | 108.30 | | | | | | 125.00 | | | 3.13 | $351.41 |
| Page 82 | 50.00 | | | | | | | | | | | | | | | 125.00 | | | 3.13 | $178.13 |
| Page 83 | 50.00 | | | | | | | | | | | | | | | 125.00 | | | 3.13 | $178.13 |
| Page 84 | 50.00 | | | | | | | | | | | | | | | 125.00 | | | 3.13 | $178.13 |
| Page 85 | 50.00 | | | | | | | | | | | | | | | 125.00 | | | 3.13 | $178.13 |
| Page 86 | 100.00 | | | | | | | | | | | | | | | 250.00 | | | 6.25 | $356.25 |
| Page 87 | 150.00 | | | | | 249.65 | | | | 99.86 | | | | | | 750.00 | | | 9.38 | $1,258.89 |
| Page 88 | | | | | | | | | | | | | | | | | | 55.98 | | $55.98 |
| | $3,540.00 | $1,835.00 | $375.00 | $80.00 | $4,996.71 | $21,671.89 | $30.00 | $4,581.58 | $548.00 | $39,512.86 | $1,200.00 | $46.50 | $18.00 | $600.00 | $4,253.40 | $24,500.00 | $12,480.00 | $55.98 | $3,938.08 | $124,263.00 |