# EXHIBIT A

# alphagraphics



# invoice

BILLING ADDRESS:  Phone.608.294.8000
221 King Street  Fax.608.294.8380
Madison, Wisconsin 53703  Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI 53703
Phone: 257-3911

**No.** 76884
**Date** 1/30/2013
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 3,950 | Ref#001307.0001 (ordered 1/22/13 and 1/23/13), 2 sets of 1,975 copies @ $.08, 8.5 x 11 White 20# Report Xerographic Bond (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 316.00 |
| 294 | 2 sets of 147 color copies @ $1.00, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 294.00 |
| 206 | 2 sets of 103 numeric tabs @ $.35 | 72.10 |
| 22 | 2 sets of 11 custom tabs @ $1.00 | 22.00 |
| 4 | 4 3" black D-ring binders @ $14.00 | 56.00 |

**SPECIAL INSTRUCTIONS**
Sales Rep: JRB
Taken by: James

| | |
|---|---|
| SUB | 760.10 |
| TAX | 41.81 |
| SHIPPING | |
| TOTAL | 801.91 |
| NET DUE | 801.91 |

**Please pay from this invoice - Net 30 Days**
"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____ Print Name_____ Date_____
Job Received and Accepted By