# EXHIBIT B

# Transaction Detail by Date/Time

(Copier Data, 7/23/12 to 12/31/13 (Transaction Date), Matter Number equals '001307-0001')

| Date/Time | User | Matter | Disbursement | Duration | Qty* | Currency | Charge |
|---|---|---|---|---|---|---|---|
| 01/18/2013 16:14 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 120 | USD | 18.00 |
| 01/21/2013 15:25 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 133 | USD | 19.95 |
| 01/21/2013 16:12 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |
| 01/21/2013 16:45 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 1 | USD | 0.15 |
| 01/22/2013 10:46 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 2 | USD | 0.30 |
| 01/23/2013 11:08 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |
| 01/23/2013 13:45 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 2 | USD | 0.30 |
| 01/23/2013 13:49 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |
| 01/23/2013 13:55 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 2 | USD | 0.30 |
| 01/23/2013 15:48 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |
| 01/23/2013 15:50 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 7 | USD | 1.05 |
| 01/24/2013 10:35 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |
| 02/05/2013 11:08 | SCHLUMPF, JESSICA | 001307-0001 | Photocopying: Black & White | | 318 | USD | 47.70 |
| 02/05/2013 12:14 | SCHLUMPF, JESSICA | 001307-0001 | Photocopying: Black & White | | 864 | USD | 129.60 |
| 02/05/2013 12:51 | SCHLUMPF, JESSICA | 001307-0001 | Photocopying: Black & White | | 6 | USD | 0.90 |
| 02/05/2013 15:10 | SCHLUMPF, JESSICA | 001307-0001 | Photocopying: Black & White | | 3 | USD | 0.45 |
| 02/06/2013 15:41 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 102 | USD | 15.30 |
| 03/07/2013 16:22 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 14 | USD | 2.10 |
| 03/18/2013 16:22 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 94 | USD | 14.10 |

# Transaction Detail by Date/Time

(Copier Data, 7/23/12 to 12/31/13 (Transaction Date), Matter Number equals '001307-0001')

| Date/Time | User | Matter | Disbursement | Duration | Qty* | Currency | Charge |
|---|---|---|---|---|---|---|---|
| 03/21/2013 22:29 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 606 | USD | 90.90 |
| 03/22/2013 13:32 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 266 | USD | 39.90 |
| 03/22/2013 13:43 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 78 | USD | 11.70 |
| 03/22/2013 16:31 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 156 | USD | 23.40 |
| 03/26/2013 17:09 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 58 | USD | 8.70 |
| 03/27/2013 15:13 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 37 | USD | 5.55 |
| 03/28/2013 11:05 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 1,748 | USD | 262.20 |
| 03/28/2013 11:39 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 93 | USD | 13.95 |
| 03/28/2013 11:48 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 61 | USD | 9.15 |
| 03/28/2013 11:53 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 51 | USD | 7.65 |
| 03/28/2013 12:35 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 8 | USD | 1.20 |
| 03/28/2013 14:26 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 2 | USD | 0.30 |
| 03/28/2013 16:05 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 1,456 | USD | 218.40 |
| 03/28/2013 16:47 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 88 | USD | 13.20 |
| 03/28/2013 16:52 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 57 | USD | 8.55 |
| 03/29/2013 10:05 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |
| 04/04/2013 12:43 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 87 | USD | 13.05 |
| 04/04/2013 13:20 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 8 | USD | 1.20 |
| 04/04/2013 13:26 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |

# Transaction Detail by Date/Time

(Copier Data, 7/23/12 to 12/31/13 (Transaction Date), Matter Number equals '001307-0001')

| Date/Time | User | Matter | Disbursement | Duration | Qty* | Currency | Charge |
|---|---|---|---|---|---|---|---|
| 04/05/2013 13:58 | BRADSHAW, REBECCA (JILL) | 001307-0001 | Photocopying: Black & White | | 342 | USD | 51.30 |
| 04/05/2013 14:13 | BRADSHAW, REBECCA (JILL) | 001307-0001 | Photocopying: Black & White | | 19 | USD | 2.85 |
| 04/05/2013 14:50 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 9 | USD | 1.35 |
| 04/05/2013 15:04 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 3 | USD | 0.45 |
| 04/05/2013 15:54 | BRADSHAW, REBECCA (JILL) | 001307-0001 | Photocopying: Black & White | | 9 | USD | 1.35 |
| 04/05/2013 16:44 | BRADSHAW, REBECCA (JILL) | 001307-0001 | Photocopying: Black & White | | 125 | USD | 18.75 |
| 04/05/2013 17:08 | WILSON, SUSAN | 001307-0001 | Photocopying: Black & White | | 105 | USD | 15.75 |
| 04/05/2013 17:31 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 30 | USD | 4.50 |
| 04/05/2013 19:54 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 245 | USD | 36.75 |
| 04/05/2013 22:40 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 11 | USD | 1.65 |
| 04/06/2013 00:28 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 2 | USD | 0.30 |
| 04/06/2013 01:40 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 22 | USD | 3.30 |
| 04/06/2013 02:49 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 1,972 | USD | 295.80 |
| 04/06/2013 04:57 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 18 | USD | 2.70 |
| 04/06/2013 05:21 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 120 | USD | 18.00 |
| 04/06/2013 06:20 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 18 | USD | 2.70 |
| 04/06/2013 06:44 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 40 | USD | 6.00 |
| 04/06/2013 06:50 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 60 | USD | 9.00 |
| 04/06/2013 13:31 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 5 | USD | 0.75 |

# Transaction Detail by Date/Time

(Copier Data, 7/23/12 to 12/31/13 (Transaction Date), Matter Number equals '001307-0001')

| Date/Time | User | Matter | Disbursement | Duration | Qty* | Currency | Charge |
|---|---|---|---|---|---|---|---|
| 04/06/2013 13:42 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 4 | USD | 0.60 |
| 04/06/2013 14:43 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 12 | USD | 1.80 |
| 04/07/2013 15:44 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 138 | USD | 20.70 |
| 04/07/2013 17:09 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 389 | USD | 58.35 |
| 04/07/2013 19:52 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 192 | USD | 28.80 |
| 04/07/2013 20:10 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 5 | USD | 0.75 |
| 04/08/2013 07:05 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 64 | USD | 9.60 |
| 04/08/2013 21:10 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 263 | USD | 39.45 |
| 04/08/2013 21:42 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 9 | USD | 1.35 |
| 04/09/2013 07:18 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 58 | USD | 8.70 |
| 04/10/2013 06:42 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 136 | USD | 20.40 |
| 04/10/2013 19:25 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 239 | USD | 35.85 |
| 04/11/2013 19:31 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 153 | USD | 22.95 |
| 04/12/2013 07:22 | TALBOTT SETTLE, NICOLE E. | 001307-0001 | Photocopying: Black & White | | 156 | USD | 23.40 |
| 04/12/2013 11:37 | SCHLUMPF, JESSICA | 001307-0001 | Photocopying: Black & White | | 1 | USD | 0.15 |

**Grand Totals:** USD 1,729.50

* For some of the transactions, the quantity may be represented as 'x/y' where 'x' denotes the number of pages assigned as billable and 'y' denotes the total number of pages.