# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1253<br>Call Number: |
|---|---|
| TO: lepore@fr.com | MAKE CHECK PAYABLE TO:<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | Daily | Daily |

In the matter of Toshiba v. Imation et al.   09-CV-305-SLC

Stenographic transcript of jury trial held before the Honorable Stephen L. Crocker

| | | |
|---|---|---|
| 4-8-13  pm session | 117 pgs x $3.05 | (rough) |
| | 124 pgs x $5.15 | (Final 14-day delivery divided by 2) |
| 4-9-13  am session | 136 pgs x $3.05 | (rough) |
| | 143 pgs x $5.15 | (Final) |
| 4-10-13 am session | 125 pgs x $3.05 | (rough) |
| | 131 pgs x $5.15 | (Final) |
| 4-11-13 pm session | 156 pgs x $3.05 | (rough) |
| | 166 pgs x $5.15 | (Final) |
| 4-12-13 am/pm | 126 pgs x $3.05 | (rough) |
| | 133 pgs x $5.15 | (Final) |

| | |
|---|---|
| 660 pgs. Rough | $ 2,013.00 |
| 697 pgs. Final divided between parties | 1,794.77 |

TOTAL:   $3,807.77

## CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

___/s/_____  Date: ___4-26-13_____
Lynette Swenson

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| INVOICE | NUMBER 65009 |
|---|---|

| TO: Nancy Lepore<br>Fish & Richardson P.C.<br>~~XXXXXXXXXXXXXXXXXXXXXX~~<br>225 Franklin Street<br>Boston, Massachusetts 02110-2804<br><br>PHONE: (617) 542-5070<br>FAX: | MAKE CHECK PAYABLE TO:<br>Cheryl A. Seeman<br>120 North Henry Street, Room 520<br>Madison, Wisconsin 53703<br><br>PHONE: (608) 255-3821 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL | ☑ CIVIL | DATE ORDERED 04/08/2013 | DATE DELIVERED 04/15/2013 |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
TOSHIBA CORPORATION v. IMATION, et al.    CASE NO. 09-CV-305-SLC

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 169 | 1.83 | 309.27 | 169 | 0.45 | 76.05 | | | 0.00 | 385.32 |
| 14-Day | 531 | 2.13 | 1,131.0 | 531 | 0.45 | 238.95 | | | 0.00 | 1,369.98 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | 655 | 2.10 | 1,375.50 | | | 0.00 | | | | 1,375.50 |

| For proceedings on (Date): 4/8/2013 through 4/15/2013 | TOTAL | 3,130.80 |
|---|---|---|
| Jury Trial Transcripts: Volumes 1-A, 2-P, 3-P, 4-A, 5-A, and 6 | LESS DISCOUNT FOR LATE DELIVERY | |
| (1/2 Cost) | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 3,130.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/    Cheryl A. Seeman, RMR, CRR | DATE<br>05/01/2013 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR