# EXHIBIT 4




Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



STEPHEN MARSHALL ,ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

## Invoice # JD222583

| Invoice Date | 12/30/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 01/29/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/13/2010 | TOSHIBA vs. IMATION, ET AL. | 192479 | 12/29/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 12/13/2010, LAMBERTUS HESSELINK (PALO ALTO, CA) | |
|     MEDICAL TECHNICAL ORIGINAL TRANSCRIPT PACKAGE | $ 2,134.88 |
|     EXHIBITS | $ 188.00 |
|     VIDEO | $ 1,413.00 |
|     ADMINISTRATIVE FEE | $ 20.00 |
|     ROUGH DRAFT | $ 278.40 |
| | $ 4,034.28 |
| | |
|     DELIVERY - OTHER | $ 26.13 |
| | $ 26.13 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/13/2011** | **$ 4,060.41** |
| Amount Due After 02/13/2011 | $ 4,466.45 |

Redacted

--------

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



STEPHEN MARSHALL ,ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

| | |
|---|---|
| Invoice #: | JD222583 |
| Payment Due: | 01/29/2011 |
| **Amount Due On/Before 02/13/2011** | **$ 4,060.41** |
| Amount Due After 02/13/2011 | $ 4,466.45 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000222583 12302010 1 000406041 4 01292011 02132011 0 000446645 44

2011010700014150

Page 1

ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # JD211856

| Invoice Date | 11/23/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 12/23/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

*Maria Gilli* (signature)

CHRISTOPHER DILLON ,ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/28/2010 | TOSHIBA vs. IMATION, ET AL. | 179466 | 11/18/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 10/28/2010, LAMBERTUS HESSELINK (PALO ALTO, CA) | |
|    MEDICAL TECHNICAL ORIGINAL TRANSCRIPT PACKAGE | $ 1,282.00 |
|    EXHIBITS | $ 182.95 |
|    VIDEO | $ 1,413.00 |
|    ADMINISTRATIVE FEE | $ 20.00 |
|    ROUGH DRAFT | $ 284.80 |
|    REALTIME SERVICE PROVIDED | $ 100.00 |
| | $ 3,282.75 |
|   | |
| DELIVERY - OTHER | $ 43.83 |
| | $ 43.83 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/07/2011** | **$ 3,326.58** |
| Amount Due After 01/07/2011 | $ 3,659.24 |

Redacted

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

| | |
|---|---|
| Invoice #: | JD211856 |
| Payment Due: | 12/23/2010 |
| **Amount Due On/Before 01/07/2011** | **$ 3,326.58** |
| Amount Due After 01/07/2011 | $ 3,659.24 |

ESQUIRE

CHRISTOPHER DILLON ,ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000211856 11232010 0 000332658 9 12232010 01072011 2 000365924 86

2011012100015179



ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*Maria Gillin*

CHRISTOPHER DILLON ,ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

## Invoice # JD211867

| Invoice Date | 11/23/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 12/23/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/29/2010 | TOSHIBA vs. IMATION, ET AL. | 179509 | 11/18/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 10/29/2010, LAMBERTUS HESSELINK (PALO ALTO, CA) | |
|    MEDICAL TECHNICAL ORIGINAL TRANSCRIPT PACKAGE | $ 1,326.80 |
|    EXHIBITS | $ 768.50 |
|    VIDEO | $ 1,568.00 |
|    APPEARANCE FEE AFTER HOURS | $ 55.00 |
|    ADMINISTRATIVE FEE | $ 20.00 |
|    REALTIME FEED | $ 340.40 |
|    REALTIME SERVICE PROVIDED | $ 100.00 |
| | $ 4,178.70 |
| DELIVERY - OTHER | $ 155.75 |
| | $ 155.75 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/07/2011** | **$ 4,334.45** |
| Amount Due After 01/07/2011 | $ 4,767.89 |

Redacted

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

ESQUIRE
an Alexander Gallo Company

 

| | |
|---|---|
| Invoice #: | JD211867 |
| Payment Due: | 12/23/2010 |
| **Amount Due On/Before 01/07/2011** | **$ 4,334.45** |
| Amount Due After 01/07/2011 | $ 4,767.89 |

CHRISTOPHER DILLON ,ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000211867 11232010 1 000433445 4 12232010 01072011 2 000476789 75




Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



## Invoice # JD226078

| | |
|---|---|
| Invoice Date | 01/12/2011 |
| Terms | NET 45 |
| Payment Due | 02/11/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

Nancy Firicano
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/22/2010 | TOSHIBA vs. IMATION, ET AL. | 192480 | 01/04/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 12/22/2010, PAUL CARMICHAEL (WASHINGTON, DC) | |
|    MEDICAL TECHNICAL ORIGINAL TRANSCRIPT PACKAGE | $ 1,161.40 |
|    EXHIBITS | $ 132.40 |
|    VIDEO | $ 1,218.00 |
|    ADMINISTRATIVE FEE | $ 20.00 |
|    REALTIME FEED | $ 321.90 |
| | $ 2,853.70 |
| | |
|    DELIVERY - OTHER | $ 27.00 |
|    PARKING-VIDEOGRAPHER | $ 16.00 |
| | $ 43.00 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/26/2011** | **$ 2,896.70** |
| Amount Due After 02/26/2011 | $ 3,186.37 |

Redacted

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



| | |
|---|---|
| Invoice #: | JD226078 |
| Payment Due: | 02/11/2011 |
| **Amount Due On/Before 02/26/2011** | **$ 2,896.70** |
| Amount Due After 02/26/2011 | $ 3,186.37 |

SAMUEL SHERRY
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000226078 01122011 9 000289670 2 02112011 02262011 4 000318637 56



**ESQUIRE**
Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

*Maria Gilli* (signature)

CHRISTOPHER DILLON, ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Invoice # JD220300**

| | |
|---|---|
| | 12/21/2010 |
| | NET 45 |
| | 01/20/2011 |
| | |
| | |
| | |
| | |

| 12/08/2010 | TOSHIBA vs. IMATION, ET AL. | 192471 | 12/21/2010 | UPS |
|---|---|---|---|---|

Services Provided on 12/08/2010, JOHN JAROSZ (WASHINGTON, DC)

| | |
|---|---:|
| ORIGINAL TRANSCRIPT PACKAGE | $ 832.88 |
| EXHIBITS | $ 161.20 |
| VIDEO | $ 828.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 161.60 |
| | $ 2,003.68 |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 6-DAY EXPEDITED RATE.
VIDEO SURCHARGE APPLIED

ETRAN ONLY

| | |
|---|---:|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/04/2011** | **$ 2,003.68** |
| Amount Due After 02/04/2011 | $ 2,204.05 |

Redacted

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

CHRISTOPHER DILLON, ESQ.
FISH & RICHARDSON, PC - BOSTON
ONE MARINA PARK DRIVE
BOSTON, MA 02110-2804

| | |
|---|---:|
| Invoice #: | JD220300 |
| Payment Due: | 01/20/2011 |
| **Amount Due On/Before 02/04/2011** | **$ 2,003.68** |
| Amount Due After 02/04/2011 | $ 2,204.05 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000220300 12212010 4 000200368 3 01202011 02042011 0 000220405 02

2011030200018074

Page 5

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049698 | 01/13/2013 | 1205-90188 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/14/2012 | LSF | 09cv305 |

| CASE CAPTION |
|---|
| Toshiba v. Imation, et al. |
| TERMS |
| Immediate, sold FOB Merrill facility |

Nancy Lepore
Fish & Richardson
1 Marina Park Drive Suite 1700
Boston, MA 02210

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    LAMBERTUS HESSELINK, Ph.D.                                    1,094.50

                                    TOTAL    DUE    >>>>         1,094.50

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

ORDERED BY: Christopher Dillon, Esq
            Fish & Richardson
            1 Marina Park Drive Suite 1700
            Boston, MA 02210
```

Redacted                                    (617) 542-5070   Fax (617) 542-8906

*Please detach bottom portion and return with payment.*

Nancy Lepore
Fish & Richardson
1 Marina Park Drive Suite 1700
Boston, MA 02210

```
Invoice No.:  12049698
Date       :  01/13/2013
TOTAL DUE  :    1,094.50


Job No.    :  1205-90188
Case No.   :  09cv305
Toshiba v. Imation, et al.
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

2013012300077941

# MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12049849 | 01/30/2013 | 1206-90191 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/15/2013 | LSF | 09cv305 |

### CASE CAPTION

Toshiba v. Imation, et al.

### TERMS

Immediate, sold FOB Merrill facility

Nancy Lepore
Fish & Richardson
1 Marina Park Drive Suite 1700
Boston, MA 02210

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Lambertus Hesselink (VIDEO)
      Set-up & First Hour                                              285.00
      Additional Deposition Hr    7.50 Hours @    95.00/Hour           712.50
      LegaLink Viewer             7.00 Hours @    95.00/Hour           665.00
      Tape Stock - Digital        4.00 Tapes @    45.00/Tape           180.00
      Shipping & Handling                                               25.00

                                  TOTAL   DUE   >>>>                 1,867.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

Redacted                                                   (617) 542-5070   Fax (617) 542-8906

*Please detach bottom portion and return with payment.*

Nancy Lepore
Fish & Richardson
1 Marina Park Drive Suite 1700
Boston, MA 02210

```
Invoice No. :  12049849
Date        :  01/30/2013
TOTAL DUE   :  1,867.50

Job No.     :  1206-90191
Case No.    :  09cv305
Toshiba v. Imation, et al.
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

2013021300079822

**Page 7**

# MERRILL CORPORATION
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049741 | 02/02/2013 | 1205-90189 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/15/2013 | LSF | 09cv305 |

| CASE CAPTION |
|---|
| Toshiba v. Imation, et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Christopher Dillon, Esq
Fish & Richardson
1 Marina Park Drive Suite 1700
Boston, MA 02210

```
ORIGINAL AND COPY WITH WORD INDEX:
    LAMBERTUS HESSELINK, PH.D.                                    2,580.40

                                           TOTAL   DUE  >>>>      2,580.40

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA
```

Redacted

(617) 542-5070   Fax (617) 542-8906

*Please detach bottom portion and return with payment.*

Christopher Dillon, Esq
Fish & Richardson
1 Marina Park Drive Suite 1700
Boston, MA 02210

```
Invoice No.:  12049741
Date       :  02/02/2013
TOTAL DUE  :    2,580.40


Job No.    :  1205-90189
Case No.   :  09cv305
Toshiba v. Imation, et al.
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

2013021200079745

Page 8



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/28/2010
**INVOICE #** 121710-73387
**CLIENT MATTER #** 13720-0006LL1

**Bill To:** Samuel Sherry Esq.
Fish & Richardson
One Marina Park Drive
Boston, MA 02210

**CASE:** Toshiba v. Imation
**DEPOSITION:** Liesegang, Robert
**DATE:** 12/17/2010
**CITY:** Boston
**STATE:** Massachusetts

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 165 | $3.25 | $536.25 |
| Certified Transcript - Daily Delivery | 165 | $3.25 | $536.25 |
| Interactive Real-time | 165 | $1.50 | $247.50 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 309 | $0.30 | $92.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,457.70 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,487.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      Redacted

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/30/2010
**INVOICE #** 111410-89348
**CLIENT MATTER #** 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**CASE:** Toshiba v. Imation
**DEPOSITION:** Mansuripur, Masud
**DATE:** 11/14/2010
**CITY:** Boston
**STATE:** Massachusetts

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 228 | $3.25 | $741.00 |
| Certified Transcript - Weekend Pages | 228 | $1.25 | $285.00 |
| Certified Transcript - Evening Pages | 6 | $1.25 | $7.50 |
| Rough ASCII | 228 | $1.50 | $342.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1065 | $0.30 | $319.50 |
| Exhibits - Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,743.00 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,773.00 |

Please make all checks payable to: **TSG Reporting, Inc.**          Redacted

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/30/2010
**INVOICE #** 111510-89351
**CLIENT MATTER #** 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**CASE:** Toshiba v. Imation
**DEPOSITION:** Mansuripur, Masud
**DATE:** 11/15/2010
**CITY:** Boston
**STATE:** Massachusetts

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 144 | $3.25 | $468.00 |
| Rough ASCII | 144 | $1.50 | $216.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 1220 | $0.30 | $366.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,095.00 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,125.00 |

Please make all checks payable to: **TSG Reporting, Inc.**   Redacted

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2010
**INVOICE #** 121510-73614
**CLIENT MATTER #** 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**CASE:** Toshiba v. Imation
**DEPOSITION:** Bero, Richard
**DATE:** 12/15/2010
**CITY:** Boston
**STATE:** Massachusetts

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 210 | $3.25 | $682.50 |
| Certified Transcript - Expedited Delivery | 210 | $2.00 | $420.00 |
| Rough ASCII | 210 | $1.50 | $315.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked | 862 | $0.30 | $258.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,721.10 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,751.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     Redacted

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/23/2013
**INVOICE #** 010913-400739
**CLIENT MATTER #** 13720-0006LL1

**Bill To:** Christopher Dillon Esq.
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210

**CASE:** Toshiba v. Imation
**WITNESS:** Dr. Kornelis Immink - cont w/ page 236 (we did not cover vol 1)
**DATE:** 1/9/2013
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 158 | $3.25 | $513.50 |
| Certified Transcript - 6-7 Day Delivery | 158 | $1.50 | $237.00 |
| Rough ASCII | 158 | $1.50 | $237.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 349 | $0.20 | $69.80 |
| Exhibits - Scanned & Hyperlinked - Color | 188 | $1.50 | $282.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,339.30 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,369.30 |

Please make all checks payable to: **TSG Reporting, Inc.**          Redacted

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 1/23/2013
INVOICE # 010713-400736
CLIENT MATTER # 13720-0006LL1

**Bill To:** Alan D. Smith Esq.
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02110

**CASE:** Toshiba v. Imation
**WITNESS:** Dr. Masud Mansuripur con w/ page 373
**DATE:** 1/7/2013
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 163 | $3.25 | $529.75 |
| Certified Transcript - 6-7 Day Delivery | 163 | $1.50 | $244.50 |
| Interactive Real-time | 163 | $1.75 | $285.25 |
| Rough ASCII | 163 | $1.50 | $244.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 955 | $0.20 | $191.00 |
| Exhibits - Scanned & Hyperlinked - Color | 140 | $1.50 | $210.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,705.00 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,735.00 |

Redacted

Please make all checks payable to: TSG Reporting, Inc.
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

2013013100078704