# EXHIBIT 6



**Boston Litigation Solutions**

Voice: 617-933-9780
Fax: 617-938-3259
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37305 |
| Invoice Date: | Oct 8, 2012 |
| Due Date: | Oct 18, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

**Bill To:**
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
ATTN: Jessica Hannon

**Ship to:**
Jessica Hannon
One Marina Park Drive
Boston, MA 02210

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 1, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Toshiba-Ritek | | |
| | BLS# 20121001 11 | | |
| | DEF001: | | |
| | Bates Range: DEF 020437 - DEF 024541 | | |
| 0.25 | Native/Meta/Text/Images | 625.00 | 156.25 |
| 1.50 | Technical Hourly Time - OCR/Endorse, Production and Relativity Exports | 125.00 | 187.50 |

**PLEASE REMIT PAYMENT TO:**

Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 343.75 |
| Sales Tax | 9.77 |
| Total Invoice Amount | 353.52 |
| **PAY THIS AMOUNT** | **353.52** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37378 |
| Invoice Date: | Oct 15, 2012 |
| Due Date: | Oct 25, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship To: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Rich Xiong | Rich Xiong<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 10, 2012 | Rich Xiong | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2.56 | Toshiba-Ritek<br>BLS# 2012 10 10 07<br>RTK_20121010<br>Starting Bates: RTK 042259<br>TIFF Conversion GB "OUT" - OCR, Endorse, Production and Relativity Exports | 625.00 | 1,600.00 |

PLEASE REMIT PAYMENT TO:
**Boston Litigation Solutions**
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 1,600.00 |
| Sales Tax | 100.00 |
| Total Invoice Amount | 1,700.00 |
| **PAY THIS AMOUNT** | **1,700.00** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3259
Website: www.bostonlt.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlt.com

| | |
|---|---|
| Invoice Number: | 37403 |
| Invoice Date: | Oct 16, 2012 |
| Due Date: | Oct 26, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship to: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Jessica Hannon | Jessica Hannon<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 3, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Toshiba Ritek | | |
| 271.00 | Litigation Scanning - Glass Work | 0.21 | 56.91 |
| 0.50 | Technical Hourly Time - Relativity and Production Exports | 125.00 | 62.50 |

**PLEASE REMIT PAYMENT TO:**
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 119.41 |
| Sales Tax | 3.56 |
| Total Invoice Amount | 122.97 |
| **PAY THIS AMOUNT** | **122.97** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

**TERMS: Net 10 Days**

| | |
|---|---|
| Invoice Number: | 37411 |
| Invoice Date: | Oct 16, 2012 |
| Due Date: | Oct 26, 2012 |
| Customer ID: | FISHRICHARDSON |

| Bill To: | Ship to: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Rich Mathney | Rich Mathney<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 12, 2012 | Rich Mathney | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Toshiba-Ritek<br>BLS# 2012 10 12 01<br>Production Volume: RTK_20121012<br>Technical Hourly Time - OCR, Endorse, Production and Relativity Exports | 125.00 | 125.00 |

| | |
|---|---|
| Subtotal | 125.00 |
| Sales Tax | |
| Total Invoice Amount | 125.00 |
| **PAY THIS AMOUNT** | **125.00** |

**PLEASE REMIT PAYMENT TO:**
**Boston Litigation Solutions**
**P.O. Box 146628**
**Boston, MA 02114**

Redacted

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____  Date: _____



**Boston Litigation Solutions**

Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37511 |
| Invoice Date: | Oct 22, 2012 |
| Due Date: | Nov 1, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

**Bill To**
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
ATTN: Tara Conway

**Ship To**
Tara Conway
One Marina Park Drive
Boston, MA 02210

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 18, 2012 | Tara Conway | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 0.50 | Toshiba-Ritek<br>BLS# 2012101801<br>IMA_CTRL20121018<br>Project Management Time - De-Dupe, TIFF Conversion, Relativity Export | 125.00 | 62.50 |

PLEASE REMIT PAYMENT TO:
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 62.50 |
| Sales Tax | |
| Total Invoice Amount | 62.50 |
| **PAY THIS AMOUNT** | **62.50** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37522 |
| Invoice Date: | Oct 22, 2012 |
| Due Date: | Nov 1, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

**Bill To**
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
ATTN: XXXXXXXX Nancy Lepore

**Ship To**
Jessica Hannon
One Marina Park Drive
Boston, MA 02210

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 17, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Toshiba-Ritek | | |
| | BLS# 20121017 06 | | |
| | IMA_CTRL20121017 | | |
| 3.33 | Native/Meta/Text/Images | 450.00 | 1,498.50 |
| 1.50 | Project Management Time - TIFF, OCR, Native Review Export | 125.00 | 187.50 |

PLEASE REMIT PAYMENT TO:
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 1,686.00 |
| Sales Tax | 93.66 |
| Total Invoice Amount | 1,779.66 |
| **PAY THIS AMOUNT** | **1,779.66** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

TERMS: Net 10 Days

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37532 |
| Invoice Date: | Oct 22, 2012 |
| Due Date: | Nov 1, 2012 |
| Customer ID: | FISHRICHARDSON |

| Bill To: | Ship To: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Tara Conway | Tara Conway<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 21, 2012 | Tara Conway | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 6.00 | Toshiba-Ritek Website Captures<br>BLS# 2012 10 21 02<br>www.memorex.com<br>www.tdkperformance.com<br>Advanced Technical Hourly Time - Web Capture & TIFF Review Set | 225.00 | 1,350.00 |

PLEASE REMIT PAYMENT TO:
**Boston Litigation Solutions**
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 1,350.00 |
| Sales Tax | |
| Total Invoice Amount | 1,350.00 |
| **PAY THIS AMOUNT** | **1,350.00** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**

Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37592 |
| Invoice Date: | Oct 25, 2012 |
| Due Date: | Nov 4, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship To: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: ~~Jessica Hannon~~ Nancy Lepore | Jessica Hannon<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 11, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Toshiba-Ritek Web Captures | | |
| | BLS# 2012 10 11 10 | | |
| | RTK_20121015 | | |
| | AMI_20121015 | | |
| | CMCSUPP_20121015 | | |
| | HOT_20121015 | | |
| | IMA_20121015 | | |
| | MBI_20121015 | | |
| 1.00 | Six Toshiba-Ritek Website Capture - Special Pricing | 1,000.00 | 1,000.00 |
| 13,379.00 | TIFF Conversion | 0.10 | 1,337.90 |
| 12.00 | Technical Hourly Time | 125.00 | 1,500.00 |

PLEASE REMIT PAYMENT TO:
**Boston Litigation Solutions**
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 3,837.90 |
| Sales Tax | 83.62 |
| Total Invoice Amount | 3,921.52 |
| **PAY THIS AMOUNT** | **3,921.52** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37608 |
| Invoice Date: | Oct 26, 2012 |
| Due Date: | Nov 5, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To | Ship To |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: XXXXXXXXX Nancy Lepore | Jessica Hannon<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 24, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 6.00 | Toshiba-Ritek Webcapture<br>BLS# 2012 10 24 04<br>Advanced Technical Hourly Time - Website Re-Capture (www.memorex.com) & (www.tdkperformance.com) | 225.00 | 1,350.00 |

PLEASE REMIT PAYMENT TO:
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 1,350.00 |
| Sales Tax | |
| Total Invoice Amount | 1,350.00 |
| **PAY THIS AMOUNT** | **1,350.00** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37723 |
| Invoice Date: | Oct 30, 2012 |
| Due Date: | Nov 9, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

**Bill To:**
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
ATTN: ~~Jessxxxxxxxx~~ Nancy Lepore

**Ship To:**
Jessica Hannon
One Marina Park Drive
Boston, MA 02210

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 30, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Toshiba | | |
| | BLS# 2012 10 30 03 | | |
| 1.00 | Project Management Time - IMA Production | 125.00 | 125.00 |
| 1.00 | Project Management Time - MBI Production | 125.00 | 125.00 |

PLEASE REMIT PAYMENT TO:
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

| | |
|---|---|
| Subtotal | 250.00 |
| Sales Tax | |
| Total Invoice Amount | 250.00 |
| **PAY THIS AMOUNT** | **250.00** |

1.5% finance charge added per month for past due balances

Redacted

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37718 |
| Invoice Date: | Oct 30, 2012 |
| Due Date: | Nov 9, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship To: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Rich Mathney | Rich Mathney<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 10, 2012 | Rich Mathney | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.14 | TunnelVision Load for Text Extraction - GB "IN" | 175.00 | 724.50 |

PLEASE REMIT PAYMENT TO:
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 724.50 |
| Sales Tax | |
| Total Invoice Amount | 724.50 |
| **PAY THIS AMOUNT** | **724.50** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**

Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37733 |
| Invoice Date: | Oct 30, 2012 |
| Due Date: | Nov 9, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship To: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: ~~Jessica Hannon~~ Nancy Lepore | Jessica Hannon<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 30, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.00 | Toshiba<br>BLS# 2012 10 30 14<br>IMA_20121030<br>Project Management Time - Re-Produce all IMA Prefix Documents | 125.00 | 500.00 |

**PLEASE REMIT PAYMENT TO:**
**Boston Litigation Solutions**
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 500.00 |
| Sales Tax | |
| Total Invoice Amount | 500.00 |
| **PAY THIS AMOUNT** | **500.00** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37730 |
| Invoice Date: | Oct 30, 2012 |
| Due Date: | Nov 9, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

**Bill To:**
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
ATTN: XXXXXXXX Nancy Lepore

**Ship To:**
Jessica Hannon
One Marina Park Drive
Boston, MA 02210

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 26, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 0.10 | Native/Meta/Text/Images "OUT" | 625.00 | 62.50 |
| 1.00 | Project Management Time - Production & Relativity Export | 125.00 | 125.00 |

| | |
|---|---|
| Subtotal | 187.50 |
| Sales Tax | 3.91 |
| Total Invoice Amount | 191.41 |
| **PAY THIS AMOUNT** | **191.41** |

**PLEASE REMIT PAYMENT TO:**
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3859
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 37750 |
| Invoice Date: | Oct 31, 2012 |
| Due Date: | Nov 10, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

**Bill To:**
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02210
ATTN: ~~Jessica Hannon~~ Nancy Lepore

**Ship To:**
Jessica Hannon
One Marina Park Drive
Boston, MA 02210

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Oct 31, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Toshiba-Ritek<br>BLS# 2012 10 31 02<br>CMCSUPP_20121031<br>Project Management Time - Endorse, Production and Relativity Exports | 125.00 | 125.00 |

PLEASE REMIT PAYMENT TO:
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

**Redacted**

| | |
|---|---|
| Subtotal | 125.00 |
| Sales Tax | |
| Total Invoice Amount | 125.00 |
| **PAY THIS AMOUNT** | **125.00** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____  Date: _____



**Boston Litigation Solutions**

Voice: 617-933-9780
Fax: 617-938-3259
Website: www.bostonlt.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlt.com

| | |
|---|---|
| Invoice Number: | 37798 |
| Invoice Date: | Nov 6, 2012 |
| Due Date: | Nov 16, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship to: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Jessica Hannon | Jessica Hannon<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Nov 1, 2012 | Jessica Hannon | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Toshiba-Sitek IMA Production | | |
| | BLS# 20121101-05 | | |
| | IMA_20121101 | | |
| 0.90 | Native/Meta/Text/Images GB "OUT" | 625.00 | 562.50 |
| 1.50 | Project Management Time - OCR, Endorse, Production and Relativity Exports | 125.00 | 187.50 |

**PLEASE REMIT PAYMENT TO:**
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

| | |
|---|---|
| Subtotal | 750.00 |
| Sales Tax | 35.16 |
| Total Invoice Amount | 785.16 |
| **PAY THIS AMOUNT** | **785.16** |

1.5% finance charge added per month for past due balances

Redacted

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**

Voice: 617-933-9780
Fax: 617-938-3259
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 38321 |
| Invoice Date: | Nov 30, 2012 |
| Due Date: | Dec 10, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship To: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Rich Mattney | Rich Mattney<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Nov 30, 2012 | Rich Mattney | 13720-0006LL1 | Jefferey T. Stevens |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 9.40 | Toshiba-Ritek<br>BLS# 20121130.06<br>Text Extraction of PDFs through TunnelVision | 175.00 | 1,645.00 |

**PLEASE REMIT PAYMENT TO:**
Boston Litigation Solutions
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 1,645.00 |
| Sales Tax | 102.81 |
| Total Invoice Amount | 1,747.81 |
| **PAY THIS AMOUNT** | **1,747.81** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____



**Boston Litigation Solutions**
Voice: 617-933-9780
Fax: 617-938-3259
Website: www.bostonlit.com

# INVOICE

For any billing questions
phone: (617) 933-9780
email: billing@bostonlit.com

| | |
|---|---|
| Invoice Number: | 38429 |
| Invoice Date: | Dec 19, 2012 |
| Due Date: | Dec 29, 2012 |
| Customer ID: | FISHRICHARDSON |

**TERMS: Net 10 Days**

| Bill To: | Ship to: |
|---|---|
| Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02210<br>ATTN: Jessica Hannon | Jessica Hannon<br>One Marina Park Drive<br>Boston, MA 02210 |

| Order Date | Ordered By | Client Matter Number | Account Executive |
|---|---|---|---|
| Dec 12, 2012 | Jessica Hannon | 13720-0006LL1 | Nick Fiox |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Toshiba Rtek<br>Three volumes referenced in line items<br>BLS #: 20121215 | | |
| 0.50 | Project Management Time - OCR, Endorse, Production and Relativity Set Export - CMCSUPP_20121214 | 125.00 | 62.50 |
| 0.50 | Project Management Time - OCR, Endorse, Production and Relativity Exports - MBI_20121214 | 125.00 | 62.50 |
| 0.50 | Project Management Time - OCR, Endorse, Production and Relativity Exports - RTK_20121214 | 125.00 | 62.50 |

**PLEASE REMIT PAYMENT TO:**
**Boston Litigation Solutions**
P.O. Box 146628
Boston, MA 02114

Redacted

| | |
|---|---|
| Subtotal | 187.50 |
| Sales Tax | |
| Total Invoice Amount | 187.50 |
| **PAY THIS AMOUNT** | **187.50** |

1.5% finance charge added per month for past due balances

You have agreed, by signing below, that the work referenced above has been authorized and received. Thank you for your business!

Received and Accepted By: _____ Date: _____


*Nancy Finicano*

**IKON Document Efficiency At Work:**
A RICOH COMPANY

IKON Office Solutions, Inc. - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Redacted

# INVOICE

| | |
|---|---|
| Invoice # | BOS10080095 |
| Invoice Date: | 08/06/2010 |
| Due Date: | 09/05/2010 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**BILL TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**SHIP TO:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

Price using: STANDARD Price

Attn: JESSICA HANNON

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 13720-006LL1 | Imation Scans | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1008-0099 | 08/05/2010 | JESSICA HANNON - FISH & RICHARDSON | | | | |
| *716 | | E-Labels Endorsement | 77.00 | 0.0100 | | 0.77 |
| 737 | | Color Imaging (per page) | 2.00 | 1.0000 | | 2.00 |
| *717 | | OCR | 77.00 | 0.0500 | | 3.85 |
| 713 | | Image Capture D - Heavy | 75.00 | 0.1500 | | 11.25 |
| 721 | | CD - Master(s) | 2.00 | 25.0000 | | 50.00 |

**Please Pay From This Invoice**
Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 63.25 |
| Sales Tax: | 3.95 |
| * Non-Taxable: | 4.62 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **71.82** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
FISH & RICHARDSON
225 FRANKLIN ST
BOSTON, MA 02108

**Amount Enclosed**
$

| | |
|---|---|
| Invoice: | BOS10080095 |
| Invoice Date: | 08/06/2010 |
| Due Date: | 09/05/2010 |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

**Please Remit To:**
IKON Office Solutions, Inc.
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 71.82

2011020300016086



**Document Efficiency At Work.**
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300  Fax: (617) 371-1310
**Redacted**

# INVOICE

| | |
|---|---|
| Invoice # | BOS10120533 |
| Invoice Date: | 12/29/2010 |
| Due Date: | 01/28/2011 |
| Terms: | Net 30 Days |
| Customer Code: | BOS-FISH |
| Natl ID: | 51564 |

BILL TO: Nancy Firicano
**FISH & RICHARDSON**
ONE MARINA PARK DRIVE
BOSTON, MA 02210

SHIP TO:
**FISH & RICHARDSON**
ONE MARINA PARK DRIVE
BOSTON, MA 02210

Price using: STANDARD Price

Attn: MAUREEN BRENNER

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Imation Productions | | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1012-0325 | 12/13/2010 | FISH & RICHARDSON | | | | |
| *716 | | E-Labels Endorsement | 2,178.00 | 0.0100 | | 21.78 |
| *717 | | OCR | 2,178.00 | 0.0500 | | 108.90 |
| *806 | | Image Conversion (Basic PDF/TIFF per Unit) | 2,178.00 | 0.1000 | | 217.80 |
| *727 | | Technical Services (hr) | 6.00 | 125.0000 | | 750.00 |

**Please Pay From This Invoice**
Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 1,098.48 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **1,098.48** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____  Date: 1/6/11

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
FISH & RICHARDSON
ONE MARINA PARK DRIVE
BOSTON, MA 02210

| Amount Enclosed |
|---|
| $ |

Invoice: BOS10120533
Invoice Date: 12/29/2010
Due Date: 01/28/2011
Customer Code: BOS-FISH
Natl ID: 51564

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $ 1,098.48**

2011020700016212