# EXHIBIT 7



us470@alphagraphics.com   www.madison470.alphagraphics.com
221 King Street, Madison, Wisconsin 53703
Ph. 608.294.8000   Legal Ph. 608.442.1414   Fax. 608.294.8380

**Invoice**

follow us on:
 

Jessica Hannon
Fish & Richardson
One Marina Park Drive
Boston MA  02210-1878

No. **78381**
Date  4/19/2013
P.O.

| Quantity | Description of Services | Price |
|---|---|---|
| 9,254 | Ref: Toshiba v. Imation, 9,254 copies @ $.12 (copies of US & Japanese Patents ordered 4/7 by K. Rubens), 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%) | 1,110.48 |
| 3,597 | 3 sets of 1,199 copies @ $.12 (copies of patents grouped in custom folders ordered 4/14 by J. Hannon), 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%) | 431.64 |
| 46 | 46 custom folders @ $2.00 | 92.00 |

SPECIAL INSTRUCTIONS   Only items marked as such on this document are FSC certified

Sales Rep: JRB

Payment is due as noted on this Invoice. Acceptance of goods or services provided states materials meet customer expectations and specifications. If collection services are required, any additional fees required to collect this will be added to this invoice.


SCS-COC-001503

| | |
|---|---|
| Sub Total: | 1,634.12 |
| Tax: | 89.88 |
| Shipping: | |
| Total: | 1,724.00 |
| Deposit: | |
| Amount Due: | 1,724.00 |

2013042300084719

Page 1

amazon.com

amazon.com

www.amazon.com/
your-account

For detailed information about this and
other orders, please visit Your Account.
You can also print invoices, change your
e-mail address and payment settings,
alter your communication preferences,
and much more - 24 hours a day - at
http://www.amazon.com/your-account.

**Your order of March 20, 2013 (Order ID 103-3493110-8495446)**

| Qty. | Item | Item Price | Total |
|---|---|---|---|
| 1 | **Beethoven: Symphony No. 9 ~ Karajan**<br>Beethoven, Ludwig van --- Audio CD<br>(** B-6 **) B000001GJR<br>028943900621 | $12.99 | $12.99 |
| 1 | **Brave**<br>Kelly MacDonald --- DVD<br>(** B-6 **) B008YWY0HK<br>786936813111 | $17.79 | $17.79 |

|  |  |
|---|---|
| Subtotal | $30.78 |
| Shipping & Handling | $3.97 |
| Order Total | $34.75 |
| Paid via credit/debit | $34.75 |
| Balance due | $0.00 |

### Returns Are Easy!

Most items can be refunded, exchanged,
or replaced when returned in original
and unopened condition. Visit http://
www.amazon.com/returns to start your
return, or http://www.amazon.com/help
for more information on return policies.

This shipment completes your order.

Have feedback on how we packaged your order? Tell us at www.amazon.com/packaging.



Gift Cards
Millions of Items. No expiration.
www.amazon.com/giftcards



Get Amazon Mobile
Fast, easy and free access
to shopping, order tracking
and more.
www.amazon.com/app

30/D56JJzvMR/-2 of 2-//SMARTMAIL/std-n-us/3824895/0320-21:00/0320-14:01 Pack Type : V3

SwayLaw LLC
666 South El Monte Avenue, #25
Los Altos, CA 94022

(650)492-4837
howard.loo@swaylaw.com

# SwayLaw LLC
## Invoice

| Date | Invoice # |
|---|---|
| 04/08/2013 | 1404 |
| Terms | Due Date |
| Net 30 | 05/08/2013 |

**Bill To**

Fish & Richardson P.C.
225 Franklin Street
Boston, MA 20110-2804

| Matter | Tax ID # |
|---|---|
| 13720-0006LL1 | 65-1300178 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Stickering of PDF trial exhibits with electronic exhibit stickers (95 cents per exhibit) | 707 | 0.95 | 671.65 |
| • Page-by-page placing and adjusting of trial exhibit stickers to ensure that stickers do not cover up information on exhibit page; checking location and display of finalized sticker ($95 per hour) | 1.3 | 95.00 | 123.50 |
| • Correcting rotation (landscape v. portrait) of select trial exhibit pages ($95 per hour) | 3.4 | 95.00 | 323.00 |
| • Creating compact, text-searchable PDFs (includes: cleaning PDFs, optimizing PDFs, and OCRing PDFs) (3 cents per page) | 30996 | 0.03 | 929.88 |
| • Identifying anomalies in exhibit set ($95 per hour) [including comparing exhibit list to exhibit set to identify inconsistencies] | 2.6 | 95.00 | 247.00 |
| • Removing access restrictions from secured PDFs ($95 per hour) | 0.1 | 95.00 | 9.50 |
| • Reconciling updates to exhibit set (replacements, removals, and additions) ($95 per hour) | 0.4 | 95.00 | 38.00 |
| • Identifying missing exhibits ($95 per hour) | 0.3 | 95.00 | 28.50 |
| • Removing cover sheets ($95 per hour) | 0.5 | 95.00 | 47.50 |
| • Removing blank pages ($95 per hour) | 0.8 | 95.00 | 76.00 |
| Make checks payable to SwayLaw LLC. | | Total | $2,494.53 |

Payment is due 30 days from date of invoice. If payment is not received within 60 days of date of invoice, a $50 late fee will be assessed, with additional $50 late fees assessed each month that the invoice remains unpaid.