# EXHIBIT 8



Invoice Date: 1/11/2014
Invoice Number: 2014jcg
Client Number: 13720

Toshiba Corp. v. Imation Corp. et al.
Civil Action No. 09-cv-305 (W.D. Wisc.)

# Summary of Charges
# Photocopying and Courier Charges
for the period covering 07/23/2012 thru 12/31/2013

**Matter Number: 13720.0006LL1**
**Toshiba**

| Sum of Amount | | | |
|---|---|---|---|
| | **Narrative** | | **Total** |
| | Photocopying | 832 Copies @ .20 per page | 166.40 |
| Total | | | 166.40 |
| | Photocopying (Color) | Copies 61 @ 1.00 per page | 61.00 |
| Total | | | 61.00 |
| | Courier Charges (127 units) (E.g. FedEx, UPS, DHL) | | 4,635.51 |
| Total | | | 4,635.51 |
| **Total** | | | **4,862.91** |

This summary of selected internal costs from the litigation matter identified above was compiled using data from Fish & Richardson P.C.'s accounting and billing systems. I am familiar with these systems and the procedures by which the information therein is entered and maintained.

*Julia Gaan*
Billing Manager
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878

| Remittance Information | Checks | Wire Transfers | ACH Transfers |
|---|---|---|---|
| **REDACTED** | **Standard delivery** Fish & Richardson P C P O Box 3295 Boston, MA 02241-3295 **Overnight delivery** Fish & Richardson P C 225 Franklin Street Boston, MA 02110 | **REDACTED** | **REDACTED** |
| Telephone 617-542-5070 Fax 617-542-8906 | | | |

Page 1