# EXHIBIT 9

# Fulcrum Legal Graphics
Invoice[1]

April 19, 2013

**Nancy Lepore**
~~xxxxxxxxxxxxxxx~~.
Fish & Richardson
One Marina Park Drive
Boston, MA 02210

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
125 E. Sir Francis Drake Blvd. Ste 301
Larkspur, CA 94939
(415) 490-3540
Redacted

Re: <u>Toshiba Corp. v. Imation Corp et al.</u>
Fulcrum File Number: 1062.045

Invoice Period: March 16 to April 15, 2013          Invoice Number: 3784

**Professional Services:** *

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| Jeffrey Sayres | Senior Trial Technician | $ 220.00 | 157.00 | 0.00 | 157.00 | $ 34,540.00 |
| * Total Tax on Labor: $0.00 | | | | | | |

## Total Charges:

Please see itemized bill for details

Professional Services:  $  34,540.00
Equipment Rental:  $   1,800.00
Expenses:  $   1,250.57

**TOTAL:** $  37,590.57

---

[1]Terms: Net 30 Days. Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
Itemized Charges

**Professional Services**        Regular    Taxable

Jeffrey Sayres
*Senior Trial Technician*

# Redacted

|  | Total Hours: | 157.00 | 0.00 |

**Equipment Rental**      tax

| 4/5 - 4/15/13 | 2 - TrialDirector Laptop Work Station *(6 days @ $150 per day)* | $ | 1,800.00 |
| | Total Equipment Rental: | $ | **1,800.00** |

**Expenses**      tax

| 4/3 - 4/18/13 | Airline/ taxis/ working meals - J. Sayres | $ | 1,250.57 |
| | Total Expenses: | $ | **1,250.57** |



# INVOICE

Connect Litigation LLC
PO Box 1133
Lakeville, MN 55044

INVOICE 20241
DATE April 23, 2013
CUSTOMER ID FR001

TO
**Nancy Lepore**
Fish & Richardson
~~XXXXXXXXXXXXXXXX~~
One Marina Park Drive
Boston, MA 02210-1878

| PROJECT MANAGER | PROJECT NAME/LOCATION | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| T. Johnson | **Madison, WI** | 15 days | 5/7/13 |

| DESCRIPTION | | LINE TOTAL |
|---|---|---|
| **TECHNOLOGY/PRESENTATION** | | $ 1,513.25 |
| Courtroom equipment rental | $ 1,513.25 | |
| Splitting the cost of the display with Morrison & Foerster LLP (-50%) | | $ (756.63) |

Redacted

| | |
|---|---|
| SUBTOTAL | $756.62 |
| SALES TAX | |
| TOTAL | $756.62 |

Please make all checks payable to CONNECT LITIGATION
PO BOX 1133, Lakeville, MN 55044
THANK YOU FOR YOUR BUSINESS!



# COURTROOM DISPLAY

| COURTROOM RENTAL EQUIPMENT | | | |
|---|---|---|---|
| Quantity | EQUIPMENT DESCRIPTION | Unit Cost | Line Total |
| | Courtroom | | |
| 1 | Large LCD w/ floor stand (third party) | $ 965.00 | $ 965.00 |
| | > Delivery fee | | $ 500.00 |
| | > Tax | | $ 48.25 |
| | | TOTAL | $ 1,513.25 |

# RENTFUSION

**INVOICE**

Rentfusion Corporation
1131 W. Blackhawk
Chicago, IL 60642
p: 312-846-5100  f: 312-475-5047
www.rentfusion.com

**PAID**
Date Paid: 04/04/2013

| | |
|---|---|
| Invoice #: | 84998 |
| Contract #: | 41478-0 |
| Sales Rep ID: | KMA |
| Invoice Period: | 04/05/2013 - 04/24/2013 |
| Invoice Date: | 04/08/2013 |

**Customer**
Connect Litigation
1101 Ivyhill Road
Philadelphia, PA 19150
Mr Thor Johnson
866-851-4977

**Ship to**
United States District Court
120 N. Henry Street Room #250
Madison, WI 53703
Mr Thor Johnson
760-532-2568

PO:    Payment Term:    Credit Card

| Qty | Description | Per Unit | Total |
|---|---|---|---|
| 1 | Sharp 60" 1080P HDMI LCD Display; Internal Sound; Wall Mount; Remote | $800.00 | $800.00 |
| 1 | Premier PSD-TS84 - 84" Dual Pole Floor Stand | $125.00 | $125.00 |
| 1 | Premier PSD-SHA/SHB Shelf for Dual Pole Stands | $40.00 | $40.00 |
| 1 | 6FT VGA Cable | $0.00 | $0.00 |

*Other Charges:

| | |
|---|---|
| Sub Total: | $965.00 |
| Tax: | $48.25 |
| Return Shipping: | $0.00 |
| Delivery & Pickup: | $500.00 |
| Outbound Shipping: | $0.00 |
| Setup Charges: | $0.00 |
| Other Charges: | $0.00 |
| **Total:** | **$1,513.25** |

**Assets**



# INVOICE

Connect Litigation LLC
PO Box 1133
Lakeville, MN 55044

TO
**Nancy Lepore**
Fish & Richardson
XXxxXxxxixxxxxxxxx
One Marina Park Drive
Boston, MA 02210-1878

INVOICE 20240
DATE April 22, 2013
CUSTOMER ID FR001

| PROJECT MANAGER | PROJECT NAME/LOCATION | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| T. Johnson | **Madison, WI** | 15 days | 5/6/13 |

| DESCRIPTION | | LINE TOTAL |
|---|---|---|
| **CONNECT LITIGATION - Project Management** | | $ 18,303.75 |
| Redacted | | |
| **OUTSIDE TRIAL EXPENSES** | | $ 5,513.24 |
| Redacted | | |
| **TECHNOLOGY/PRESENTATION** | | $ 11,137.51 |
| Redacted | | |
| Courtroom equipment rental | $ 325.00 | |
| Redacted | | |
| | SUBTOTAL | $34,954.50 |
| | SALES TAX | |
| | TOTAL | **$34,954.50** |

Please make all checks payable to CONNECT LITIGATION
PO BOX 1133, Lakeville, MN 55044
THANK YOU FOR YOUR BUSINESS!



| ONSITE/TRIAL - Technician Time ($125/hr) - T. Johnson | | | |
|---|---|---|---|
| **DATE** | **HOURS** | **DESCRIPTION** | **HOURS** |

Redacted

| | | **TOTAL FOR THOR JOHNSON - CONSULTING** | **$ 13,303.75** |



# TRIAL EXPENSES

| Date | Payee | Description | Amount | Total |
|---|---|---|---|---|
| **FEES/SERVICES** | | | | $ 1,425.00 |

Redacted

| **TRAVEL** | | | | $ 2,674.71 |
|---|---|---|---|---|
| | Delta | Airfare | $ 1,595.60 | |
| | Delta | Bag Fee | $ 60.00 | |
| | Smart Park | Airport parking | $ 147.56 | |
| | Hertz | Rental Car | $ 871.55 | |
| | | | | |



TECHNOLOGY ETC.
WAR ROOM

# Redacted



# TECHNOLOGY ETC.
## COURTROOM

| COURTROOM RENTAL EQUIPMENT | | | |
|---|---|---|---|
| Quantity | EQUIPMENT DESCRIPTION | Unit Cost | Line Total |
| | **Courtroom** | | |
| 1 | HP 17" monitor (for our tech) | $ 40.00 | $ 40.00 |
| 1 | Tech table w/skirt | $ 50.00 | $ 50.00 |
| 1 | 1x2 VGA DA | $ 55.00 | $ 55.00 |
| 1 | 6x1 VGA Switch | $ 75.00 | $ 75.00 |
| 1 | 1x6 VGA DA | $ 75.00 | $ 75.00 |
| | **Service Fee** | | |
| 1 | Equipment prep, cabling, packaging materials | | $ 30.00 |
| | | **TOTAL** | **$ 325.00** |