# EXHIBIT 10

| Invoice | Due Date | Amount Due |
|---|---|---|
| 34858 | 05/23/13 | $11,674.50 |



**GEOTEXT**
Translations, Inc.

**Nancy Lepore**
~~Joestock Hurkux~~
**Fish & Richardson P.C.**
**One Marina Park Drive**
**Boston, Massachusetts 02210**
**United States of America**

Please make check payable to:

Geotext Translations, Inc.
259 West 30th Street, 17th Floor
New York, NY 10001
Telephone: +1 (212) 631 7432

To ensure proper credit, please return this stub with your payment and include the invoice number on the check.

Federal ID: 13-3960036    Invoice Number: 34858    Invoice Date: 04/23/13

### Job Information | Job Location

**266-12 Mandarin Trial Interpreting**

Location:
Hyatt Place Madison/Downtown
333 West Washington Avenue
Madison, WI 53703

Interpreting from Mandarin into English
and from English into Mandarin

Reimbursement is for travel time and expenses:
300 miles round trip at $0.565/mile = $169.50
$37.50 per hour x 6 hours travel time = $225

Reimbursement: $394.50

**Translator / Interpreter**     **Date(s)**              **Days**
Chun-yen Stillman                04/07/13 - 04/11/13       5

Daily Rate: $1,920.00    Total Days Billed: 5    Overtime Rate: $240.00    Overtime Hours: 7

Interpreting Total: $11,280.00

Invoice Total:    $11,674.50

## Thank you for choosing Geotext Translations.

If you have any questions please e-mail accounts@geotext.com.

2013050100085335    **Page 1**