# EXHIBIT B

# PAYMENT REQUEST FORM

## MORRISON & FOERSTER LLP

| | |
|---|---|
| ☐ Include attached document(s) | REQUESTED BY: Sue Sedgwick |
| ☒ Special delivery instructions: | EXTENSION: |
| | OFFICE: Washington - 53 |
| Please deliver check to Sue Sedgwick by noon | PAY BY (DATE): 2/2/2011 |

| DATE | DISB. CODE | G/L ACCOUNT | PERSONNEL NUMBER | OFFICE | NUMBER | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | CLIENT | MATTER | |
| 2/1/2011 | | | 277 | | 8941 | 123 | 455.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | 455.00 |

**NARRATIVE:**
(IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL.)
PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

Filing fee

| | PERS # (IF EMP) | FOR ACCOUNTING USE ONLY |
|---|---|---|
| PAYMENT TO: | | |
| Clerk, U.S. District Court | | VENDOR NO. |
| STREET ADDRESS | | VOUCHER NO. |
| 120 North Henry Street, Room 320 | | |
| CITY | STATE | ZIP CODE | TAX ID# |
| Madison | WI | 53703 | |
| APPROVAL SIGNATURE | | TITLE | PERS # |
| B. Brown Busey (signature) | | | 277 |

**MORRISON | FOERSTER**

2000 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20006-1888

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 2, 2011

Writer's Direct Contact
202.887.1504
GBusey@mofo.com

*Via Overnight Delivery*

Clerk of the Court
U.S. District Court for the
  Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Re: *Toshiba Corporation v. Imation Corp.*,
Case No. 3:09-cv-00305-slc

Dear Clerk of the Court:

Toshiba Corporation is filing its Notice of Appeal today via ECF. Per our conversation with Kris Jacobson of the Clerk's Office, we are sending by overnight delivery the required filing fee of $455.00.

Thank you for your assistance with this matter.

Sincerely,

G. Brian Busey

Enclosure