# EXHIBIT C

# URGENT PAYMENT REQUEST FORM

## MORRISON & FOERSTER LLP

Reason for urgent payment: This is a COD, transcripts will only be delivered if check is waiting.

**Payment Delivery Options:**

| | |
|---|---|
| x | Pay by check and remote print to requestor's office location |
| | Pay by check and mail directly to vendor by SF |
| | Pay by electronic fund transfer |
| | Pay by firm's credit card |

REQUESTED BY: Stephanie Lenkey

EXTENSION:

OFFICE: Washington - 53

PAY BY (DATE): ASAP

| DATE | NUMBER | | DISB. CODE | EMP/TK NUMBER | G/L ACCOUNT | OFFICE | PERSONNEL TYPE | DEPARTMENT/ PRACTICE GROUP | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | CLIENT | MATTER | click here for list | | click here for list | click here for list | click here for list | click here for list | |
| 6/24/2010 | 8941 | 123 | | | | | | | 13,738.45 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | TOTAL | 13,738.45 |

**NARRATIVE:**
(IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL.)
PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

American Realtime Court Reporters - Invoice number 2457

**PAYMENT TO:**
American Realtime Court Reporters

**STREET ADDRESS**
5046 Rosen Boulevard

**CITY**
Boynton Beach

| STATE | ZIP CODE | TAX ID# |
|---|---|---|
| FL | 33472-1272 | |

EMP/TK #

**FOR ACCOUNTING USE ONLY**

VENDOR NO.

VOUCHER NO.

**APPROVAL SIGNATURE**

TITLE: Partner

EMP/TK #: 277

# American Realtime Court Reporters
# 5046 Rosen Boulevard
# Boynton Beach, FL 33472-1272

Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
| --- | --- |
| 6/21/2010 | 2457 |

| Bill to: |
| --- |
| Morrison & Foerster<br>2000 Pennsylvania Ave, NW<br>Washington, DC 20006 |

| Rptr |
| --- |
| DG |

| Date | Description | Qty | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | Toshiba vs. Imation - Depositions in Taipei, Taiwan | | | |
| | Ref #08941-0000123 | | | |
| | COURT REPORTING SERVICES | | | |
| 6/7/2010 | Per Diem - Deposition of Yung-Chih Lee | 0.5 | 1,600.00 | 800.00 |
| 6/7/2010 | Per Diem - Deposition of Min-Chen Chang (Volume 1) | 0.5 | 1,600.00 | 800.00 |
| | Overtime (9 a.m. - 6:10 p.m.) | 2 | 90.00 | 180.00 |
| 6/8/2010 | Per Diem - Deposition of Min-Chen Chang (Volume 2) | 0.5 | 1,600.00 | 800.00 |
| 6/8/2010 | Per Diem - Deposition of Wei-Hsiang Wang (Volume 1) | 0.5 | 1,600.00 | 800.00 |
| | Overtime (9 a.m. - 6:07 p.m.) | 2 | 90.00 | 180.00 |
| 6/9/2010 | Per Diem - Deposition of Wei-Hsiang Wang (Volume 2) | 1 | 1,600.00 | 1,600.00 |
| | Overtime (9 a.m. - 7:14 p.m.) | 4 | 90.00 | 360.00 |
| 6/10/2010 | Per Diem - Deposition of Robert Tsai | 0.5 | 1,600.00 | 800.00 |
| 6/10/2010 | Per Diem - Deposition of Geeng Jieh Chong (Volume 1) | 0.5 | 1,600.00 | 800.00 |
| | Overtime (9 a.m. - 6:23 p.m.) | 3 | 90.00 | 270.00 |
| 6/11/2010 | Per Diem - Deposition of Geeng Jieh Chong (Volume 2) | 1 | 1,600.00 | 1,600.00 |
| | Overtime (9 a.m. - 6:44 p.m.) | 4 | 90.00 | 360.00 |
| 6/12/2010 | Per Diem - Deposition of Pai-Yi Chiu | 1 | 1,600.00 | 1,600.00 |
| | Saturday surcharge: | 1 | 300.00 | 300.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough | | | 0.00 |
| | ASCII, 0&1 certified transcript in condensed format, E-transcript & | | | |
| | word index.) | | | |
| 6/18/2010 | E-transcripts delivered | 2,753 | 0.65 | 1,789.45 |
| 6/18/2010 | Scanned exhibits delivered | 9 | 50.00 | 450.00 |
| 6/18/2010 | Exhibits hyperlinked to transcript/LEF delivered | | | |

| | |
| --- | --- |
| Subtotal | |
| Payment/Deposit | |
| **Balance Due** | |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. # ████████)
THANK YOU

**American Realtime Court Reporters**
**5046 Rosen Boulevard**
**Boynton Beach, FL 33472-1272**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/21/2010 | 2457 |

| Bill to: |
|----------|
| Morrison & Foerster<br>2000 Pennsylvania Ave, NW<br>Washington, DC 20006 |

| Rptr |
|------|
| DG |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | **COD Fedex:<br>Please notify us when a check is ready for pickup. FedEx will deliver package to your office, pick up check and return it to us. | 1 | 249.00 | 249.00 |

| | |
|---|---|
| Subtotal | $13,738.45 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $13,738.45 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. ███████)
THANK YOU

**American Realtime Court Reporters**
**5046 Rosen Boulevard**
**Boynton Beach, FL 33472-1272**

Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/21/2010 | 2459 |

| Bill to: |
|----------|
| Morrison & Foerster<br>2000 Pennsylvania Ave, NW<br>Washington, DC 20006 |

| Rptr |
|------|
| CH |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Toshiba vs. Imation - Depositions in Taipei, Taiwan | | | |
| | Ref #08941-0000123 | | | |
| | VIDEO SERVICES | | | |
| 6/7/2010 | Videographer per diem - Deposition of Yung-Chih Lee | 0.5 | 1,300.00 | 650.00 |
| 6/7/2010 | Videographer per diem - Deposition of Min-Chen Chang (Volume 1) | 0.5 | 1,300.00 | 650.00 |
| | Overtime (9 a.m. - 6:10 p.m.) | 2 | 90.00 | 180.00 |
| 6/8/2010 | Videographer per diem - Deposition of Min-Chen Chang (Volume 2) | 0.5 | 1,300.00 | 650.00 |
| 6/8/2010 | Videographer per diem - Deposition of Wei-Hsiang Wang (Volume 1) | 0.5 | 1,300.00 | 650.00 |
| | Overtime (9 a.m. - 6:07 p.m.) | 2 | 90.00 | 180.00 |
| 6/9/2010 | Videographer per diem - Deposition of Wei-Hsiang Wang (Volume 2) | 1 | 1,300.00 | 1,300.00 |
| | Overtime (9:00 - 7:14 p.m.) | 4 | 90.00 | 360.00 |
| 6/10/2010 | Videographer per diem - Deposition of Robert Tsai | 0.5 | 1,300.00 | 650.00 |
| 6/10/2010 | Videographer per diem - Deposition of Geeng Jieh Chong (Volume 1) | 0.5 | 1,300.00 | 650.00 |
| | Overtime (9 a.m. - 6:23 p.m.) | 3 | 90.00 | 270.00 |
| 6/11/2010 | Videographer per diem - Deposition of Geeng Jieh Chong (Volume 2) | 1 | 1,300.00 | 1,300.00 |
| | Overtime (9 a.m. - 6:44 p.m.) | 4 | 90.00 | 360.00 |
| 6/12/2010 | Videographer per diem - Deposition of Pai-Yi Chiu | 1 | 1,300.00 | 1,300.00 |
| | Saturday surcharge: | 1 | 300.00 | 300.00 |
| | ( NO MEDIA REQUESTED ) | | | |
| | ** PAYMENT IS DUE WITHIN 30 DAYS ** | | | |

| | |
|---|---|
| Subtotal | $9,450.00 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $9,450.00 |

PAYMENT REQUEST FORM                    RQ    100629162037

# MORRISON & FOERSTER LLP

Include attached document(s)

Special delivery instructions:

[x]  *Please deliver to Sue Sedgwick*

| | | | | | | | NUMBER | | |
| DATE | DISB. CODE | G/L ACCOUNT | PERSONNEL NUMBER | OFFICE | CLIENT | MATTER | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6/29/2010 | | | 7477 | | 8941 | 123 | | | 4,111.50 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | TOTAL | 4,111.50 |

REQUESTED BY: Sue Sedgwick

EXTENSION: ▮

OFFICE: Washington - 53

PAY BY (DATE): 6/30/2010

NARRATIVE:

NARRATIVE
(IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL.)
PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

C.O.D. for deposition transcripts

PAYMENT TO:                              PERS # (IF EMP)

American Realtime Court Reporters

STREET ADDRESS

5046 Rosen Boulevard

| CITY | STATE | ZIP CODE |
|---|---|---|
| Boynton Beach | FL | 33472 |

APPROVAL SIGNATURE                       TITLE

FOR ACCOUNTING USE ONLY

VENDOR NO. _____

VOUCHER NO. _____

TAX ID# ▮▮▮▮

PERS #

# American Realtime Court Reporters
**5046 Rosen Boulevard**
**Boynton Beach, FL 33472-1272**

Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2010 | 2467 |

| Bill to: |
|----------|
| Morrison & Foerster<br>2000 Pennsylvania Ave, NW<br>Washington, DC 20006 |

| Rptr |
|------|
| CH |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Toshiba vs. Imation - Depositions in Taipei, Taiwan | | | |
| | Ref #08941-0000123 | | | |
| | VIDEO SERVICES - Post production | | | |
| 6/7/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Yung-Chih Lee | 4.75 | 115.00 | 546.25 |
| 6/7/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Min-Chen Chang (Volume 1) | 2 | 115.00 | 230.00 |
| 6/8/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Min-Chen Chang (Volume 2) | 3 | 115.00 | 345.00 |
| 6/8/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Wei-Hsiang Wang (Volume 1) | 3.5 | 115.00 | 402.50 |
| 6/9/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Wei-Hsiang Wang (Volume 2) | 6.25 | 115.00 | 718.75 |
| 6/10/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Robert Tsai | 2.75 | 115.00 | 316.25 |
| 6/10/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Geeng Jieh Chong (Volume 1) | 4 | 115.00 | 460.00 |
| 6/11/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Geeng Jieh Chong (Volume 2) | 6 | 115.00 | 690.00 |
| 6/12/2010 | Digitize/sync transcript to MPEG 1 - Deposition of Pai-Yi Chiu | 3.25 | 115.00 | 373.75 |
| | **COD Fedex: | 1 | 29.00 | 29.00 |
| | Please notify us when a check is ready for pickup. FedEx will deliver package to your office, pick up check and return it to us. | | | |

| | |
|--|--|
| Subtotal | $4,111.50 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $4,111.50 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/30/2010
**INVOICE #** 051810-83572

**Bill To:**      Stephanie Lenkey
                  Morrison & Foerster LLP
                  2000 Pennsylvania Avenue, N.W.
                  Suite 6000
                  Washington, DC 20006-1888

| | |
|---|---|
| **CASE:** | Toshiba v. Imation |
| **DEPOSITION:** | Liu, Harvey |
| **DATE:** | 5/18/2010 |
| **CITY:** | Los Angeles |
| **STATE:** | California |

**Comments or Special Instructions:**      Original transcript sent to Chris Dillon (Fish) via FedEx on 5/28/2010.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Sue Sullivan | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 173 | $4.75 | $821.75 |
| Interactive Real-time | 173 | $1.50 | $259.50 |
| Rough ASCII | 173 | $1.50 | $259.50 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 1929 | $0.40 | $771.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 173 | -$0.50 | -$86.50 |
| | | SUBTOTAL | $2,115.85 |
| | | SHIPPING & HANDLING | $60.00 |
| | | **TOTAL** | $2,175.85 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID #** ▮▮▮▮▮▮▮

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

## Veritext San Diego Reporting Co.
## A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

Bill To: G. Brian Bussey, Esq.
Morrison & Foerster
2000 Pennsylvania Avenue
Washington, DC 20006

| | |
|---|---|
| Invoice #: | SD63472 |
| Invoice Date: | 07/02/2010 |
| Balance Due: | $ 3,828.83 |
| Ambassador # | 149,347 |

| | |
|---|---|
| Case: | Toshiba Corporation v. Imation Corporation |
| Job #: | 54261   \|  Job Date: 06/15/2010  \|  Delivery:   Expedited |
| Billing Atty: | G. Brian Bussey, Esq. |
| Location: | Oberoi New Delhi |
| | Dr. Zakir Hussain Marg \| New Delhi - 110003  India. |
| Sched Atty: | G. Brian Bussey, Esq. \| Morrison & Foerster LLP |

Client
Billing/Matte

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bhaskar Sharma | Expenses  - Travel/Air | 1 | 1.00 | $1,853.00 | $1,853.00 |
| 2 | | Expenses -hotel/food/Car | | 1.00 | $1,626.83 | $1,626.83 |
| 3 | | Expenses | | 1.00 | $349.00 | $349.00 |

Notes: Videographer's Expenses

| | |
|---|---|
| Invoice Total: | $3,828.83 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $3,828.83 |

Fed Tax ID: ███████████      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to:  Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                    Exp. Date
_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD63472 |
| Job #: | 54261 |
| Invoice Date: | 07/02/2010 |
| Balance: | $3,828.83 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

## Veritext San Diego Reporting Co.
## A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

Bill To: G. Brian Bussey, Esq.
Morrison & Foerster
2000 Pennsylvania Avenue
Washington, DC 20006

| | |
|---|---|
| Invoice #: | SD63471 |
| Invoice Date: | 07/02/2010 |
| Balance Due: | $ 3,868.36 |
| Ambassador # | 149,347 |

| | | |
|---|---|---|
| Case: | Toshiba Corporation v. Imation Corporation | Client |
| Job #: | 54261 | Job Date: 06/15/2010 | Delivery: Expedited | Billing/Matte |
| Billing Atty: | G. Brian Bussey, Esq. | |
| Location: | Oberoi New Delhi | |
| | Dr. Zakir Hussain Marg | New Delhi - 110003 India | |
| Sched Atty: | G. Brian Bussey, Esq. | Morrison & Foerster LLP | |

| Item | Witness | Description | Units | Qty. | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bhaskar Sharma | Expenses - Travel/Air | 1 | 1.00 | $1,853.00 | $1,853.00 |
| 2 | | Expenses -hotel/food/Car | | 1.00 | $1,666.36 | $1,666.36 |
| 3 | | Expenses | | 1.00 | $349.00 | $349.00 |

**Notes:** Reporter's Expenses

| | |
|---|---|
| Invoice Total: | $3,868.36 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $3,868.36 |

Fed Tax ID: ███████  Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

### Please tear off stub and return with payment.

---

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD63471 |
| Job #: | 54261 |
| Invoice Date: | 07/02/2010 |
| Balance : | $3,868.36 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

## Veritext San Diego Reporting Co.
## A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

Bill To: G. Brian Bussey, Esq.
Morrison & Foerster
2000 Pennsylvania Avenue
Washington, DC 20006

| | |
|---|---|
| Invoice #: | SD63665 |
| Invoice Date: | 07/07/2010 |
| Balance Due: | $4,486.40 |
| Ambassador # | 149,348 |

| | |
|---|---|
| Case: | Toshiba Corporation v. Imation Corporation |
| Job #: | 54262 | Job Date: 06/16/2010 | Delivery: Expedited |
| Billing Atty: | G. Brian Bussey, Esq. |
| Location: | Oberoi New Delhi |
| | Dr. Zakir Hussain Marg | New Delhi - 110003 India, |
| Sched Atty: | G. Brian Bussey, Esq. | Morrison & Foerster LLP |

Client
Billing/Matte

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Giriraj Nyati - Moser Baer - 3 | Original & 1 Certified Transcript | Page | 198.00 | $11.90 | $2,356.20 |
| 2 | | Per Diem | 1 | 1.00 | $200.00 | $200.00 |
| 3 | | Realtime | Per page | 198.00 | $1.75 | $346.50 |
| 4 | | Transcript - Rough ASCII | Page | 198.00 | $1.50 | $297.00 |
| 5 | | Exhibits | per page | 718.00 | $0.65 | $466.70 |
| 6 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 7 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 8 | | Shipping | Package | 1.00 | $25.00 | $25.00 |
| 9 | | Travel | | 2.00 | $350.00 | $700.00 |

Notes: Travel - 6/17-18/2010

This invoice replaces Invoice SD63362.

| | |
|---|---|
| Invoice Total: | $4,486.40 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $4,486.40 |

| Fed. Tax ID: ███ | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 39 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SD63665 |
| Job #: | 54262 |
| Invoice Date: | 07/07/2010 |
| Balance : | $4,486.40 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

## Veritext San Diego Reporting Co.
### A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

| Bill To: | G. Brian Bussey, Esq. | | |
|---|---|---|---|
| | Morrison & Foerster | **Invoice #:** | SD63666 |
| | 2000 Pennsylvania Avenue | **Invoice Date:** | 07/07/2010 |
| | Washington, DC 20006 | **Balance Due:** | $2,225.00 |
| | | **Ambassador #** | 149,348 |

| | | |
|---|---|---|
| **Case:** | Toshiba Corporation v. Imation Corporation | **Client** |
| **Job #:** | 54262 \| Job Date: 06/16/2010 \| Delivery: Normal | Billing/Matte |
| **Billing Atty:** | G. Brian Bussey, Esq. | |
| **Location:** | Oberoi New Delhi | |
| | Dr. Zakir Hussain Marg \| New Delhi - 110003 India, | |
| **Sched Atty:** | G. Brian Bussey, Esq. \| Morrison & Foerster LLP | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Giriraj Nyati - Moser Baer - 3 | Video Services | Hour | 1.00 | $1,500.00 | $1,500.00 |
| 2 | | Travel | | 2.00 | $350.00 | $700.00 |
| 3 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

| | |
|---|---|
| | **Invoice Total:** $2,225.00 |
| **Notes:** Travel - 6/17-18/2010 | **Payment:** |
| This Invoice replaces Invoice SD63366. | **Credit:** |
| | **Interest:** $0.00 |
| Fed. Tax ID: ▓▓▓▓▓ | **Balance Due:** $2,225.00 |
| | Term: Net 30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 39 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

| Make check payable to: **Veritext** | | **Invoice #:** | SD63666 |
|---|---|---|---|
| | | **Job #:** | 54262 |
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | | **Invoice Date:** | 07/07/2010 |
| | | **Balance :** | $2,225.00 |

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

## Veritext San Diego Reporting Co.
### A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

| Bill To: | G. Brian Bussey, Esq. | | Invoice #: | SD63663 |
|---|---|---|---|---|
| | Morrison & Foerster | | Invoice Date: | 07/07/2010 |
| | 2000 Pennsylvania Avenue | | Balance Due: | $5,922.90 |
| | Washington, DC 20006 | | Ambassador #: | 149,347 |

| Case: | Toshiba Corporation v. Imation Corporation | Client |
|---|---|---|
| Job #: | 54261 | Job Date: 06/15/2010 | Delivery: Expedited | Billing/Matte |
| Billing Atty: | G. Brian Bussey, Esq. | |
| Location: | Oberoi New Delhi | |
| | Dr. Zakir Hussain Marg | New Delhi - 110003 India, | |
| Sched Atty: | G. Brian Bussey, Esq. | Morrison & Foerster LLP | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bhaskar Sharma | Original & 1 Certified Transcript | Page | 255.00 | $11.90 | $3,034.50 |
| 2 | | Per Diem | 1 | 1.00 | $200.00 | $200.00 |
| 3 | | Realtime | Per page | 255.00 | $1.75 | $446.25 |
| 4 | | Transcript - Rough ASCII | Page | 255.00 | $1.50 | $382.50 |
| 5 | | Exhibits | per page | 1,061.00 | $0.65 | $689.65 |
| 6 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 7 | | Travel | | 3.00 | $350.00 | $1,050.00 |
| 8 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 9 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:** Travel & Non Working Days - 6/12, 13, 14/2010

This invoice replaces Invoice SD63350.

| | |
|---|---|
| Invoice Total: | $5,922.90 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $5,922.90 |

| Fed. Tax ID: | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 39 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| Make check payable to: | Veritext |
|---|---|

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| Invoice #: | SD63663 |
|---|---|
| Job #: | 54261 |
| Invoice Date: | 07/07/2010 |
| Balance : | $5,922.90 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

**Veritext San Diego Reporting Co.**

**A Veritext Company**

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062 Fax. 213-623-5007

| | |
|---|---|
| Bill To: G. Brian Bussey, Esq.<br>Morrison & Foerster<br>2000 Pennsylvania Avenue<br>Washington, DC 20006 | Invoice #:       SD63667<br>Invoice Date:    07/07/2010<br>Balance Due:    $2,825.00<br>Ambassador #    149,347 |

| | | |
|---|---|---|
| **Case:** | Toshiba Corporation v. Imation Corporation | Client<br>Billing/Matte |
| **Job #:** | 54261   \|   Job Date: 06/15/2010   \|   Delivery:   Normal | |
| **Billing Atty:** | G. Brian Bussey, Esq. | |
| **Location:** | Oberoi New Delhi<br>Dr. Zakir Hussain Marg \| New Delhi - 110003 India, | |
| **Sched Atty:** | G. Brian Bussey, Esq. \| Morrison & Foerster LLP | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Bhaskar Sharma | Video Services | Hour | 1.00 | $1,500.00 | $1,500.00 |
| 2 | | Attendance - Night | 1 | 1.00 | $250.00 | $250.00 |
| 3 | | Travel | | 3.00 | $350.00 | $1,050.00 |
| 4 | | Shipping | Package | 1.00 | $25.00 | $25.00 |
| | | | | | **Invoice Total:** | $2,825.00 |
| | **Notes:** Travel & Non Working Days - 6/12, 13, 14/2010 | | | | **Payment:** | |
| | This invoice replaces Invoice SD63359. | | | | **Credit:** | |
| | | | | | **Interest:** | $0.00 |
| | Fed. Tax ID:  ████████ | | | Term: Net 30 | **Balance Due:** | $2,825.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 39 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

| | |
|---|---|
| Make check payable to:    **Veritext**<br><br>☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box<br><br>_____    _____<br>Credit Card #                         Exp. Date<br>      SIGNATURE (AS IT APPEARS ON CREDIT CARD)<br><br>_____<br>      PRINT NAME (AS IT APPEARS ON CREDIT CARD) | **Invoice #:**      SD63667<br>**Job #:**          54261<br>**Invoice Date:**    07/07/2010<br>**Balance :**      $2,825.00<br><br>Please remit payment to:<br>3090 Bristol Street, Suite 190<br>Costa Mesa, California 92626 |



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/14/2010
**INVOICE #** 051210-84468

RECEIVED

JUL 2 6 2010

MORRISON I FOERSTER

**Bill To:**  G. Brian Busey Esq.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC  20006-1888

**CASE:** Toshiba v. Imation
**DEPOSITION:** Bartizal, David
**DATE:** 5/12/2010
**CITY:** Minneapolis
**STATE:** Minnesota

**Comments or Special Instructions:**   Original transcript sent to Chris Dillon (Fish) via FedEx on 5/24/2010.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kelly Herrick | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 264 | $4.00 | $1,056.00 |
| Original Transcript - Expedited Delivery | 264 | $2.50 | $660.00 |
| Original Transcript - Evening Pages | 3 | $2.00 | $6.00 |
| Interactive Real-time | 264 | $1.50 | $396.00 |
| Rough ASCII | 264 | $1.50 | $396.00 |
| Reporter Appearance Fee / Hour | 9 | $45.00 | $405.00 |
| Reporter Appearance Fee / Evening Hour | 0.5 | $67.50 | $33.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 917 | $0.40 | $366.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 264 | -$0.50 | -$132.00 |
| | | SUBTOTAL | $3,187.55 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $3,247.55 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID #** ▓▓▓▓▓▓

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/14/2010
**INVOICE #** 051310-84470

**Bill To:**
G. Brian Busey Esq.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006-1888

| | |
|---|---|
| **CASE:** | Toshiba v. Imation |
| **DEPOSITION:** | Conti, Craig |
| **DATE:** | 5/13/2010 |
| **CITY:** | Minneapolis |
| **STATE:** | Minnesota |

**Comments or Special Instructions:** Original transcript sent to Chris Dillon (Fish) via FedEx on 5/25/2010.
Exhibits shipped separately via FedEx Overnight on 5/20/2010.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kelly Herrick | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 219 | $4.00 | $876.00 |
| Original Transcript - Expedited Delivery | 219 | $2.50 | $547.50 |
| Interactive Real-time | 219 | $1.50 | $328.50 |
| Rough ASCII | 219 | $1.50 | $328.50 |
| Reporter Appearance Fee / Hour | 7.5 | $45.00 | $337.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 1252 | $0.40 | $500.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 219 | -$0.50 | -$109.50 |
| | | SUBTOTAL | $2,809.30 |
| | | SHIPPING & HANDLING | $90.00 |
| | | TOTAL | $2,899.30 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID #** ▓▓▓▓▓▓▓

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the

| INVOICE | NUMBER<br>64640 |
|---|---|

| TO: Catherine Cetrangolo<br>Boardman, Suhr, Curry & Field<br>One South Pinckney Street, 4th Floor<br>Madison, WI 53701<br><br>PHONE: (608) 257-9521<br><br>FAX: _____ | MAKE CHECK PAYABLE TO:<br><br>Cheryl A. Seeman<br>120 North Henry Street, Room 520<br>Madison, Wisconsin 53703<br><br>PHONE: (608) 255-3821 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED<br>08/09/2010 | DATE DELIVERED<br>08/12/2010 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

TOSHIBA CORP. v. IMATION CORP., et al.        Case No. 09-CV-305-SLC

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | 53 | 4.85 | 257.05 | | | 0.00 | | | 0.00 | 257.05 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): 8/5/10 | TOTAL | 257.05 |
|---|---|---|
| Telephonic Motion Hearing | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 257.05 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/       Cheryl A. Seeman, RMR, CRR | DATE<br>08/12/2010 |
|---|---|

DISTRIBUTION:     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/16/2010
**INVOICE #** 071510-94829

**Bill To:**

Stephanie Lenkey
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006-1888

**CASE:** Toshiba v. Imation
**DEPOSITION:** Bassett, Cindy / Dobosenski, Jim
**DATE:** 7/15/2010
**CITY:** Minneapolis
**STATE:** Minnesota

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kelly Herrick | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 170 | $4.00 | $680.00 |
| Interactive Real-time | 170 | $1.50 | $255.00 |
| Rough ASCII | 170 | $1.50 | $255.00 |
| Reporter Appearance Fee / Hour | 7 | $45.00 | $315.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 59 | $0.40 | $23.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 170 | -$0.50 | -$85.00 |

| | |
|---|---|
| SUBTOTAL | $1,443.60 |
| SHIPPING & HANDLING | $30.00 |
| **TOTAL** | $1,473.60 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID #** ████████

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number:723<br>Call number: |
|---|---|
| TO: Boardman Suhr Curry<br>    ccetrangolog@boardmanlawfirm.com | **MAKE CHECK PAYABLE TO:**<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

### TRANSCRIPTS:

| Case Type: | Date Requested | ) | Date Delivered: |
|---|---|---|---|
| Civil | **8-20-10** | | 8-26-10 |

Toshiba vs. Imation, et al.,   09-CV-305

**Stenographic transcript of telephonic hearing held before Magistrate Stephen L. Crocker**

**27 pgs. @ $4.25**                                        $ 114.75

                          **TOTAL       $114.75**

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.


 _/s/_____          Date: ___8-26-10_____
Lynette Swenson



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/23/2010
INVOICE # 091610-87014

**Bill To:**
Stephanie Lenkey
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006-1888

| | |
|---|---|
| **CASE:** | Toshiba v. Imation |
| **DEPOSITION:** | Hsieh, Tom |
| **DATE:** | 9/16/2010 |
| **CITY:** | Palo Alto |
| **STATE:** | California |

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | | | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Real-time Reporter Bust / Scheduling Fee | 1 | $250.00 | $250.00 |
| | SUBTOTAL | | $250.00 |
| | SHIPPING & HANDLING | | $0.00 |
| | TOTAL | | $250.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # ▮▮▮▮▮**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/23/2010
**INVOICE #** 091510-86998

**Bill To:**
Stephanie Lenkey
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006-1888

**CASE:** Toshiba v. Imation
**DEPOSITION:** Hsieh, Tom 30(b)(6) - Hotan / Hsieh, Tom 30(b)(6) - Khypermedia
**DATE:** 9/15/2010
**CITY:** Palo Alto
**STATE:** California

**Comments or Special Instructions:** Exhibits shipped separately via FedEx on 9/17/2010.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 178 | $4.75 | $845.50 |
| Original Transcript - Daily Delivery | 178 | $4.75 | $845.50 |
| Original Transcript - Evening Pages | 17 | $2.00 | $34.00 |
| Interactive Real-time | 178 | $1.50 | $267.00 |
| Rough ASCII | 178 | $1.50 | $267.00 |
| Reporter Appearance Fee / Session | 2 | $40.00 | $80.00 |
| Reporter Appearance Fee / Evening Session | 1 | $60.00 | $60.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 677 | $0.25 | $169.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 178 | -$0.50 | -$89.00 |
| | | SUBTOTAL | $2,479.25 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $2,539.25 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID #** ▮▮▮▮▮▮▮

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# PAYMENT REQUEST FORM

## MORRISON & FOERSTER LLP

RQ    101122114337

Include attached document(s)

[X] Special delivery instructions:

Please deliver check to Sue Sedgwick by 3:00pm

REQUESTED BY: Sue Sedgwick

EXTENSION:

OFFICE: Washington - 53

PAY BY (DATE): 11/22/2010

| DATE | DISB. CODE | G/L ACCOUNT | PERSONNEL NUMBER | OFFICE | NUMBER | | AMOUNT |
|------|------------|-------------|------------------|--------|--------|--------|--------|
| | | | | | CLIENT | MATTER | |
| 11/22/2010 | | | | | 8941 | 123 | 6,396.80 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | 6,396.80 |

NARRATIVE
(IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL.)
PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

NARRATIVE:

Mukuge Depo Transcripts

PAYMENT TO:

American Realtime Court Reporters

STREET ADDRESS

5046 Rosen Boulevard

| CITY | PERS # (IF EMP) | STATE | | |
|------|-----------------|-------|--|--|
| Boynton Beach | | FL | | |

ZIP CODE  33472-1272

TAX ID#

FOR ACCOUNTING USE ONLY

VENDOR NO. _____

VOUCHER NO. _____

APPROVAL SIGNATURE _[signature]_

TITLE

PERS #  277

# American Realtime Court Reporters
## 5046 Rosen Boulevard
## Boynton Beach, FL 33472-1272
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/17/2010 | 2542 |

| Bill to: |
|----------|
| Morrison & Foerster<br>2000 Pennsylvania Ave, NW<br>Washington, DC 20006 |

| Rptr |
|------|
| DG |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Toshiba vs. Imation - Depositions in Tokyo, Japan | | | |
| | Ref #8941-123 | | | |
| | COURT REPORTING SERVICES | | | |
| 11/1/2010 | Certified Copy - Deposition of Masatsugu Mukuge - Volume 1 | 1 | 850.00 | 850.00 |
| 11/2/2010 | Certified Copy - Deposition of Masatsugu Mukuge - Volume 2 | 1 | 850.00 | 850.00 |
| 11/3/2010 | Certified Copy - Deposition of Masatsugu Mukuge - Volume 3 | 1 | 850.00 | 850.00 |
| 11/4/2010 | Certified Copy - Deposition of Naoto Tsushima | 1 | 850.00 | 850.00 |
| | (Certified copy charge includes certified transcript in condensed format, one realtime hookup, rough ASCII, E-transcript & word index.) | | | 0.00 |
| | Second realtime hookup (4 days) | 4 | 200.00 | 800.00 |
| | Etranscripts delivered | | | |
| | Photocopies- B&W | 1,549 | 0.50 | 774.50 |
| | Searchable .pdf - OCR | 1,549 | 0.70 | 1,084.30 |
| | Exhibits hyperlinked to transcript | 4 | 50.00 | 200.00 |
| | **COD Fedex: | 1 | 138.00 | 138.00 |
| | Please notify us when a check is ready for pickup.  FedEx will deliver package to your office, pick up check and return it to us. | | | |

| | |
|------|------|
| Subtotal | $6,396.80 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $6,396.80 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. ███████████)
THANK YOU



**☰ ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



KARL KRAMER ,ESQ.
MORRISON & FOERSTER, LLP - PALO ALTO
755 PAGE MILL ROAD
PALO ALTO, CA 94304

### Invoice # JD211871

| Invoice Date | 11/23/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 12/23/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/29/2010 | TOSHIBA vs. RITEK, ET AL. | 179509 | 11/18/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 10/29/2010, LAMBERTUS HESSELINK (PALO ALTO, CA) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (228 Pages) | $ 855.00 |
| EXHIBITS | $ 768.95 |
| VIDEO | $ 540.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 294.40 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 50.00 |
| | $ 2,578.35 |
| DELIVERY - OTHER | $ 127.21 |
| | $ 127.21 |

RECEIVED

DEC - 2 2010

MORRISON & FOERSTER, LLP

**OK TO PAY**

*VIDEO SURCHARGE APPLIED*

( 8941 /123

4407 RJK 2

| | | |
|---|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/07/2011** | **$ 2,705.56** |
| Amount Due After 01/07/2011 | $ 2,976.12 |

Tax Number: ▮▮▮▮▮

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  ☰  DISCOVER  AMERICAN EXPRESS

**☰ ESQUIRE**

KARL KRAMER ,ESQ.
MORRISON & FOERSTER, LLP - PALO ALTO
755 PAGE MILL ROAD
PALO ALTO, CA 94304

| | |
|---|---|
| Invoice #: | JD211871 |
| Payment Due: | 12/23/2010 |

**Amount Due On/Before 01/07/2011**   **$ 2,705.56**

Amount Due After 01/07/2011    $ 2,976.12

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



KARL KRAMER ,ESQ.
MORRISON & FOERSTER, LLP - PALO ALTO
755 PAGE MILL ROAD
PALO ALTO, CA 94304

## Invoice # JD211858

| Invoice Date | 11/23/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 12/23/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/28/2010 | TOSHIBA vs. RITEK, ET AL. | 179466 | 11/18/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 10/28/2010, LAMBERTUS HESSELINK (PALO ALTO, CA) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (220 Pages) | $ 825.00 |
| EXHIBITS | $ 182.95 |
| VIDEO | $ 480.00 |
| ROUGH DRAFT | $ 284.80 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 50.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| | $ 1,692.75 |
| DELIVERY - OTHER | $ 42.03 |
| | $ 42.03 |

RECEIVED

DEC - 2 2010

MORRISON & FOERSTER, LLP

**VIDEO SURCHARGE APPLIED**

 OK TO PAY 

08941/123

4407 RJK

| | | |
|---|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/07/2011** | **$ 1,934.78** |
| Amount Due After 01/07/2011 | $ 2,128.26 |

Tax Number: ▮▮▮▮

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**ESQUIRE**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| Invoice #: | JD211858 |
|---|---|
| Payment Due: | 12/23/2010 |
| **Amount Due On/Before 01/07/2011** | **$ 1,934.78** |
| Amount Due After 01/07/2011 | $ 2,128.26 |

KARL KRAMER ,ESQ.
MORRISON & FOERSTER, LLP - PALO ALTO
755 PAGE MILL ROAD
PALO ALTO, CA 94304

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/30/2010
**INVOICE #** 111510-89350

**Bill To:**  Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

**RECEIVED**

DEC - 9 2010

MORRISON & FOERSTER, LLP

**CASE:**  Toshiba v. Imation
**DEPOSITION:**  Mansuripur, Masud
**DATE:**  11/15/2010
**CITY:**  Boston
**STATE:**  Massachusetts

**Comments or Special Instructions:**

OK TO PAY

08941/123

4407 KJK2

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Each Additional Hour | 5 | $100.00 | $500.00 |
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,200.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,240.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID #** ▮▮▮▮▮

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/30/2010
**INVOICE #** 111410-89347

## RECEIVED

DEC - 9 2010

MORRISON & FOERSTER, LLP

**Bill To:** Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

| | |
|---|---|
| **CASE:** | Toshiba v. Imation |
| **DEPOSITION:** | Mansuripur, Masud |
| **DATE:** | 11/14/2010 |
| **CITY:** | Boston |
| **STATE:** | Massachusetts |

OK TO PAY

08941/123
4407 KJK2

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours - Weekend Rate | 1 | $487.50 | $487.50 |
| Videographer - Each Additional Hour - Weekend Rate | 8 | $150.00 | $1,200.00 |
| Videographer - Each Additional Weekend Hour - Evening Rate | 0.5 | $225.00 | $112.50 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,300.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $2,340.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID #** █████████

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York. NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/30/2010
**INVOICE #** 111510-89349

**Bill To:**   Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

## RECEIVED

DEC − 9 2010

MORRISON & FOERSTER, LLP

**CASE:**   Toshiba v. Imation
**DEPOSITION:**   Mansuripur, Masud
**DATE:**   11/15/2010
**CITY:**   Boston
**STATE:**   Massachusetts

**Comments or Special Instructions:**

OK TO PAY

*E 8941 / 123*
*4407 KJK2*

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 144 | $4.75 | $684.00 |
| Original Transcript - 2-Day Delivery | 144 | $4.25 | $612.00 |
| Interactive Real-time | 144 | $1.50 | $216.00 |
| Rough ASCII | 144 | $1.50 | $216.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 1220 | $0.40 | $488.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 144 | -S0.50 | -$72.00 |
| | | SUBTOTAL | $2,274.00 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $2,359.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID #** ■■■■■■

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/30/2010
**INVOICE #** 111410-89346

## RECEIVED

DEC – 9 2010

MORRISON & FOERSTER, LLP

**Bill To:**
Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

**CASE:** Toshiba v. Imation
**DEPOSITION:** Mansuripur, Masud
**DATE:** 11/14/2010
**CITY:** Boston
**STATE:** Massachusetts

**OK TO PAY**

0.8941/123
4407 RJK2

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 228 | $4.75 | $1,083.00 |
| Original Transcript - 2-Day Delivery | 228 | $4.25 | $969.00 |
| Original Transcript - Weekend Pages | 228 | $2.00 | $456.00 |
| Original Transcript - Evening Pages | 6 | $2.00 | $12.00 |
| Interactive Real-time | 228 | $1.50 | $342.00 |
| Rough ASCII | 228 | $1.50 | $342.00 |
| Reporter Appearance Fee / Weekend Session - Videotaped | 2 | $97.50 | $195.00 |
| Reporter Appearance Fee / Weekend Evening Session - Videotaped | 1 | $146.25 | $146.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 1065 | $0.40 | $426.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 228 | -$0.50 | -$114.00 |
| | | SUBTOTAL | $3,860.25 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $3,945.25 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID #** █████████

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Total Media Productions, LLC

Total Media Productions, LLC
112 N. Iowa Street
Dodgeville, WI 53533

(608)930-4455
bhottmann@totalmediaproductions.com

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/01/2010 | 1729 |

| TERMS | DUE DATE |
|-------|----------|
| Net 15 | 12/16/2010 |

**BILL TO**

Attorney Brian Busey
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW
Suite 6000
Washington, DC 20006-1888

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $625.00 | |

| Date | Service | Activity | Quantity | Rate | Amount |
|------|---------|----------|----------|------|--------|
| 12/01/2010 | LEGAL:Legal D | Legal Deposition (phone calls, emails, meetings, research) | 5 | 125.00 | 625.00 |

Approved By *Brian Busey*   Appr. TK 277   Date 12/6/10

**CLIENT EXPENSE INFORMATION**

| Client/Matter Number | TK | COST CODE | Amount |
|----------------------|-----|-----------|--------|
| 1. 89411 123 | 277 | | 625.00 |
| 2. | | | |
| 3. | | | |

| | | Total | 625.00 |
|---|---|-------|--------|
| 1. professional services | | | |
| 2. | | | |
| 3. | | | |

Vendor #    Voucher #

For Accounting Use Only

Thank you for your business!

| SUBTOTAL | $625.00 |
|----------|---------|
| TAX (5.5%) | $0.00 |
| TOTAL | $625.00 |

Total Media Productions, LLC        bhottmann@totalmediaproductions.com        (608)930-4455

PAYMENT REQUEST FORM                RQ      101216180742

# MORRISON & FOERSTER LLP

☐ Include attached document(s)
☐ Special delivery instructions:

Please deliver to Sue Sedgwick

REQUESTED BY: Sue Sedgwick
EXTENSION:
OFFICE: Washington - 53
PAY BY (DATE): 12/17/2010    3:30 PM

| DATE | DISB. CODE | G/L ACCOUNT | PERSONNEL NUMBER | OFFICE | CLIENT | NUMBER | | AMOUNT |
|------|-----------|-------------|------------------|--------|--------|--------|--------|--------|
| | | | | | | MATTER | | |
| 12/17/2010 | | | | | 8941 | 123 | | 281.30 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | TOTAL | 281.30 |

NARRATIVE
NARRATIVE: (IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL.) PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

Transcript of 12/8/10 telephonic hearing before Magistrate Judge Stephen L. Crocker

PAYMENT TO:                                      PERS # (IF EMP)

Lynette Swenson                                  FOR ACCOUNTING USE ONLY

STREET ADDRESS                                   VENDOR NO._____
120 North Henry Street, Rm 520                   VOUCHER NO._____

| CITY | STATE | ZIP CODE | TAX ID# |
|------|-------|----------|---------|
| Madison | WI | 53703 | |

APPROVAL SIGNATURE:                              TITLE                    PERS #
                                                 272

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice number:781 |
|---|---|
| | Call number: |
| **TO: Boardman Suhr**<br>c/o ccetrangolo@boardmanlawfirm.com | **MAKE CHECK PAYABLE TO:**<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

## TRANSCRIPTS:

| Case Type: | Dated Requested | Date Delivered: |
|---|---|---|
| Civil | **12-13-10** | 12-16-10 |

In the matter of Toshiba vs. Imation et al   09-CV-305

**Stenographic transcript of telephonic hearing before Magistrate Stephen L. Crocker on 12-8-10**

**58 pgs. @ $4.85   (expedited)**                    **$281.30**

**TOTAL      $281.30**

## CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

   /s/_____   Date: ___12-16-10_____
Lynette Swenson

 ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (866) 619-3925
Fax (866) 590-3205



G. BRIAN BUSEY ,ESQ.
MORRISON & FOERSTER, LLP - WASHINGTON
SUITE 6000
2000 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006-1888

## Invoice # JD220304

| Invoice Date | 12/21/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 01/20/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/08/2010 | TOSHIBA vs. IMATION, ET AL. | 192471 | 12/21/2010 | UPS |

| Description |
|---|
| Copy Deposition for JOHN JAROSZ, 12/08/2010 (WASHINGTON, DC) |

    EXHIBITS

    VIDEO

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/04/20** | **$ 915.80** |
| Amount Due After 02/04/2011 | $ 1,007.38 |

Tax Number: ▇▇▇▇▇▇▇

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



| | |
|---|---|
| Invoice #: | JD220304 |
| Payment Due: | 01/20/2011 |
| **Amount Due On/Before 02/04/2011** | **$ 915.80** |
| Amount Due After 02/04/2011 | $ 1,007.38 |

 ESQUIRE

G. BRIAN BUSEY ,ESQ.
MORRISON & FOERSTER, LLP - WASHINGTON
SUITE 6000
2000 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006-1888

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**



**TRANSPERFECT**
LEGAL SOLUTIONS

| Bill To: | | Requested By: | |
|---|---|---|---|
| Morrison & Foerster LLP | | Mr. G.Brian Busey, Esq. | |
| Attn: Mr. G.Brian Busey, Esq. | | Morrison & Foerster LLP | |
| 2000 Pennsylvania Avenue | | 2000 Pennsylvania Avenue | |
| Washington, DC 20006-1888 | | Washington, DC 20006-1888 | |
| USA | | USA | |

| Invoice #: | 317522 | Sales Contact: | Tyler Mickelson |
|---|---|---|---|
| | | | (TMickelson@transperfect.com) |
| Invoice Date: | 12/22/2010 | | |
| Invoice Due: | 01/21/2011 | Payment Terms: | Net 30 |
| Contract #: | tpt272414 | Purchase Order #: | |

**Project Notes:**

In the matter of Toshiba Corporation vs. Imation Corp.
Video Deposition of Kornelis Immink, Ph. D., taken 12/2/2010 (Rotterdam, Netherlands)

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy | | | | |
|     Deposition Services | 265.00 | Pages | 8.750 | 2,318.75 |
| Deposition Team Hotel | | | | |
|     Deposition Services | 1.00 | Flat | 800.240 | 800.24 |
| Deposition Team Miscellaneous | | | | |
|     Deposition Services | 1.00 | Each | 631.120 | 631.12 |
|     Court Reporter: 321.52 | | | | |
|     Videographer: 309.60 | | | | |
| Delivery | | | | |
|     Deposition Services | 1.00 | Fee | 35.000 | 35.00 |
| Rough ASCII | | | | |
|     Deposition Services | 217.00 | Pages | 1.750 | 379.75 |
| Court Reporter Appearance Fee | | | | |
|     Deposition Services | 1.00 | Day | 325.000 | 325.00 |
| Exhibit Copies | | | | |
|     Deposition Services | 2,264.00 | Pages | 0.500 | 1,132.00 |
| Videographer Appearance Fee | | | | |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| | | | | |
|---|---|---|---|---|
| Deposition Services | 1.00 | Day | 1,295.000 | 1,295.00 |
| **DVD/MPEG-1** | | | | |
| Deposition Services | 3.00 | Files | 65.000 | 195.00 |
| **DVD Synchronization** | | | | |
| Deposition Services | 3.00 | Files | 75.000 | 225.00 |
| **Deposition Team Travel Day** | | | | |
| Deposition Services | 4.00 | Each | 250.000 | 1,000.00 |
| Court Reporter: 2 Days | | | | |
| Videographer: 2 Days | | | | |
| **Deposition Team Air Fare** | | | | |
| Deposition Services | 1.00 | Each | 930.600 | 930.60 |
| Court Reporter: 541.50 | | | | |
| Videographer: 389.10 | | | | |

| | |
|---|---|
| Total to Bill this Contract: | US$ 9,267.46 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 9,267.46 |

| Approved By | Appr. TK | Date |
|---|---|---|
| *Brian Busey* | Z 77 | 1/21/11 |

**CLIENT EXPENSE INFORMATION**

| | Client/Matter Number | TK | COST CODE ACCOUNTING USE ONLY | Amount |
|---|---|---|---|---|
| 1. | 894/123 | | | 9,267.46 |
| 2. | | | | |
| 3. | | | Total | 9,267.46 |

**Narrative**
1. K. Immink Depo
2.
3.

**For Accounting Use Only**

| Vendor # | Voucher # |
|---|---|
| | |

PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
A/C #: ▮▮▮▮
ABA Routing #: ▮▮▮▮
SWIFT CODE: ▮▮▮▮
Tax ID #: ▮▮▮▮

**Please reference the Contract # tpt272414 and Invoice # 317522 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/28/2010
**INVOICE #** 121710-73386

**Bill To:**
Cynthia Lopez Beverage Esq.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006-1888

| | |
|---|---|
| **CASE:** | Toshiba v. Imation |
| **DEPOSITION:** | Liesegang, Robert |
| **DATE:** | 12/17/2010 |
| **CITY:** | Boston |
| **STATE:** | Massachusetts |

**Comments or Special Instructions:**   Original transcript sent to Samuel Sherry (Fish) via FedEx on 12/20/2010.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 165 | $4.75 | $783.75 |
| Original Transcript - Daily Delivery | 165 | $4.75 | $783.75 |
| Interactive Real-time | 165 | $1.50 | $247.50 |
| Rough ASCII | 165 | $1.50 | $247.50 |
| Reporter Appearance Fee / Session | 2 | $40.00 | $80.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 309 | $0.40 | $123.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 165 | -$0.50 | -$82.50 |
| | | SUBTOTAL | $2,183.60 |
| | | SHIPPING & HANDLING | $35.00 |
| | | TOTAL | $2,218.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID #** ▮▮▮▮▮▮▮▮

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

 **ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # JD222586



KARL KRAMER ,ESQ.
MORRISON & FOERSTER, LLP - PALO ALTO
755 PAGE MILL ROAD
PALO ALTO, CA 94304

| | |
|---|---|
| **Invoice Date** | 12/30/2010 |
| **Terms** | NET 45 |
| **Payment Due** | 01/29/2011 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/13/2010 | TOSHIBA vs. IMATION, ET AL. | 192479 | 12/29/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 12/13/2010, LAMBERTUS HESSELINK (PALO ALTO, CA) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (219 Pages) | $ 1,349.04 |
| EXHIBITS | $ 188.00 |
| VIDEO | $ 480.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 278.40 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 50.00 |
| | $ 2,415.44 |
| DELIVERY - OTHER | $ 30.35 |
| | $ 30.35 |

*OK TO PAY*
*SC*
*08941 - 123*
*RECEIVED*

**JAN 10 2011**

MORRISON & FOERSTER, LLP

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY EXPEDITED RATE.*

*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/13/2011** | **$ 2,445.79** |
| Amount Due After 02/13/2011 | $ 2,690.37 |

Tax Number: ▓▓▓▓▓▓

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



**ESQUIRE**
an Alexander Gallo Company

KARL KRAMER ,ESQ.
MORRISON & FOERSTER, LLP - PALO ALTO
755 PAGE MILL ROAD
PALO ALTO, CA 94304

| | |
|---|---|
| Invoice #: | JD222586 |
| Payment Due: | 01/29/2011 |
| **Amount Due On/Before 02/13/2011** | **$ 2,445.79** |
| Amount Due After 02/13/2011 | $ 2,690.37 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2010
**INVOICE #** 121510-73613

**Bill To:**   G. Brian Busey Esq.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006-1888

**CASE:** Toshiba v. Imation
**DEPOSITION:** Bero, Richard
**DATE:** 12/15/2010
**CITY:** Boston
**STATE:** Massachusetts

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Each Additional Hour | 7.5 | $100.00 | $750.00 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,575.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,600.00 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID #** ███████

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2010
**INVOICE #** 121510-73612

**Bill To:**
G. Brian Busey Esq.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 6000
Washington, DC 20006-1888

| | |
|---|---|
| **CASE:** | Toshiba v. Imation |
| **DEPOSITION:** | Bero, Richard |
| **DATE:** | 12/15/2010 |
| **CITY:** | Boston |
| **STATE:** | Massachusetts |

**Comments or Special Instructions:**   Original transcript sent to Christopher Dillon (Fish) via FedEx on 12/22/2010.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dana Welch | Frank Aultman | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 210 | $4.75 | $997.50 |
| Original Transcript - 2-Day Delivery | 210 | $4.25 | $892.50 |
| Interactive Real-time | 210 | $1.50 | $315.00 |
| Rough ASCII | 210 | $1.50 | $315.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $65.00 | $130.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked | 862 | $0.40 | $344.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 210 | -$0.50 | -$105.00 |
| | | SUBTOTAL | $2,889.80 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $2,929.80 |

**Please make all checks payable to: TSG Reporting, Inc.**   **Federal ID #** ▮▮▮▮▮▮▮

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

 **ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205


# ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # JD226081

| Invoice Date | 01/12/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/11/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CYNTHIA LOPEZ BEVERAGE
MORRISON & FOERSTER, LLP - WASHINGTON
SUITE 6000
2000 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006-1888

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/22/2010 | TOSHIBA vs. IMATION, ET AL. | 192480 | 01/04/2011 | UPS |

**Description**

Copy Deposition for PAUL CARMICHAEL, 12/22/2010 (WASHINGTON, DC)

  EXHIBITS

| | | | | | |
|---|---|---|---|---|---|
| **Approved By** _Susan Pring_ | | **Appr. TK** 277 | **Date** 3/2/11 | | |
| **CLIENT EXPENSE INFORMATION** | | | **COST CODE** ACCOUNTING USE ONLY | 1003A·85 | |
| **Client/Matter Number** | **TK** | | | 1471·64 | |
| 1. 8941/123 | 277 | | | 1471.64 | |
| 2. 99910/15 | 277 | | | 133·79 | |
| 3. | | | **Total** 1471·64 | | |
| **Narrative:** | | | | | |
| 1. P. Carmichael Depo Exhs. | | | | $ 0.00 | |
| 2. | | | | $ 0.00 | |
| 3. | | | | **$ 1,337.85** | |
| | | | | $ 1,471.64 | |

VIDEO SURCHARGE A

ASSN # 192480

Tax Number:

or pay online at **www.esquireconnect.net**

**VISA** MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | JD226081 |
| Payment Due: | 02/11/2011 |
| **Amount Due On/Before 02/26/2011** | **$ 1,337.85** |
| Amount Due After 02/26/2011 | $ 1,471.64 |

# ESQUIRE
an Alexander Gallo Company

CYNTHIA LOPEZ BEVERAGE
MORRISON & FOERSTER, LLP - WASHINGTON
SUITE 6000
2000 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006-1888

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

**MERRILL CORPORATION**

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12049723 | 01/15/2013 | 1206-90190 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/14/2012 | LSF | 09cv305 |

| CASE CAPTION |
|---|
| Toshiba v. Imation, et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joyce Ng
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

```
VIDEO DUPLICATION:
   Dr. Lambertus Hesselink (VIDEO)
      LegaLink Viewer            4.00 Hours @    95.00/Hour        380.00
      Shipping & Handling                                          25.00

                          TOTAL   DUE   >>>>                       405.00
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

*c/m 08941-123*
*1/28/2013*
*ok to pay*

████████████

TAX ID NO. : ████████        (650) 813-5869

*Please detach bottom portion and return with payment.*

Joyce Ng
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

```
Invoice No. :  12049723
Date       :  01/15/2013
TOTAL DUE  :     405.00


Job No.    :  1206-90190
Case No.   :  09cv305
Toshiba v. Imation, et al.
```

Remit To:    **LegaLink, Inc.**
             **PO BOX 277951**
             **Atlanta, GA 30384**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/23/2013
**INVOICE #** 010913-400738
**CLIENT MATTER #** 08941-0000123

JAN 2

**Bill To:**  Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

**CASE:**  Toshiba v. Imation
**WITNESS:**  Dr. Kornelis Immink - cont w/ page 236 (we did not cover vol 1)
**DATE:**  1/9/2013
**LOCATION:**  Boston, MA

OK TO PAY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $350.00 | $350.00 |
| Videographer - Additional Hours | 6 | $125.00 | $750.00 |
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,480.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,520.00 |

Please make all checks payable to: **TSG Reporting, Inc.**  Federal ID #

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/23/2013
**INVOICE #** 010713-400735
**CLIENT MATTER #** 08941-0000123

JAN 2 2013

**Bill To:**     Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304-1018

**CASE:**         Toshiba v. Imation
**WITNESS:**   Dr. Masud Mansuripur con w/ page 373
**DATE:**         1/7/2013
**LOCATION:**  Boston, MA

**OK TO PAY**

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $350.00 | $350.00 |
| Videographer - Additional Hours | 7 | $125.00 | $875.00 |
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,700.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,740.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID #** ▮▮▮▮▮▮

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/23/2013
**INVOICE #** 010713-400734
**CLIENT MATTER #** 08941-0000123

**Bill To:**
Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

**CASE:** Toshiba v. Imation
**WITNESS:** Dr. Masud Mansuripur con w/ page 373
**DATE:** 1/7/2013
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

OK TO PAY

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 163 | $4.75 | $774.25 |
| Original Transcript - 6-7 Day Delivery | 163 | $2.75 | $448.25 |
| Interactive Real-time | 163 | $1.75 | $285.25 |
| Rough ASCII | 163 | $1.50 | $244.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 955 | $0.25 | $238.75 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 140 | $1.50 | $210.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 163 | -$0.50 | -$81.50 |

| | |
|---|---|
| SUBTOTAL | $2,259.50 |
| SHIPPING & HANDLING | $70.00 |
| **TOTAL** | **$2,329.50** |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID #**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/23/2013
**INVOICE #** 010913-400737
**CLIENT MATTER #** 08941-0000123

**Bill To:**   Karl J. Kramer Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

**CASE:** Toshiba v. Imation
**WITNESS:** Dr. Kornelis Immink - cont w/ page 236 (we did not cover vol 1)
**DATE:** 1/9/2013
**LOCATION:** Boston, MA

OK TO PAY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 158 | $4.75 | $750.50 |
| Original Transcript - 3-5 Day Delivery | 158 | $3.25 | $513.50 |
| Rough ASCII | 158 | $1.50 | $237.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 349 | $0.25 | $87.25 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 188 | $1.50 | $282.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 158 | -$0.50 | -$79.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,931.25 |
| SHIPPING & HANDLING | $70.00 |
| TOTAL | $2,001.25 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID #** ▇▇▇▇▇▇▇

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049699 | 01/13/2013 | 1205-90188 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/14/2012 | LSF | 09cv305 |

| CASE CAPTION |
|---|
| Toshiba v. Imation, et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Karl J. Kramer
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

| | | | |
|---|---|---|---|
| CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF: | | | |
| LAMBERTUS HESSELINK, Ph.D. | 137 Pages @ | 3.50/Page | 479.50 |
| Unedited ASCII (RT) | 119.00 Pages @ | 1.50/Page | 178.50 |
| TotalTranscript | | | 45.00 |
| TotalTranscript Exhibits | 380.00 Pages @ | .50/Page | 190.00 |
| Production / Archiving | | | 50.00 |
| Shipping / Handling | | | 40.00 |
| | | **TOTAL  DUE  >>>>** | 983.00 |

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

OK TO PAY

08941-123
4407 NJK2

TAX ID NO. : ███████                                    (650) 813-5869

*Please detach bottom portion and return with payment.*

Karl J. Kramer
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Invoice No. :  12049699
Date        :  01/13/2013
**TOTAL DUE** :     983.00

Job No.   :  1205-90188
Case No.  :  09cv305
Toshiba v. Imation, et al.

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12049850 | 01/30/2013 | 1206-90191 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/15/2013 | LSF | 09cv305 |

**CASE CAPTION**

Toshiba v. Imation, et al.

**TERMS**

Immediate, sold FOB Merrill facility

Joyce Ng
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

VIDEO DUPLICATION:
    Lambertus Hesselink (VIDEO)
       LegaLink Viewer
       Shipping & Handling

7.00 Hours @     95.00/Hour    665.00
    25.00

TOTAL   DUE  >>>>    690.00

*ok to pay 3/21/13*

████████████

TAX ID NO. : ████████

(650) 813-5869

*Please detach bottom portion and return with payment.*

Joyce Ng
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Invoice No.: 12049850
Date    : 01/30/2013
**TOTAL DUE**  :    690.00

Job No.    : 1206-90191
Case No.   : 09cv305
Toshiba v. Imation, et al.

Remit To:    **LegaLink, Inc.**
           PO Box 277951
           Atlanta, GA 30384

## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12049742 | 02/02/2013 | 1205-90189 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/15/2013 | LSF | 09cv305 |

**CASE CAPTION**

Toshiba v. Imation, et al.

**TERMS**

Immediate, sold FOB Merrill facility

Karl J. Kramer
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
LAMBERTUS HESSELINK, PH.D.                                            2,406.35

TOTAL DUE >>>>                  2,406.35

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

**OK TO PAY**

KJK

08941-123

TAX ID NO. : 20-2665382                                    (650) 813-5869

*Please detach bottom portion and return with payment.*

Karl J. Kramer
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Invoice No.: 12049742
Date       : 02/02/2013
**TOTAL DUE** : 2,406.35

Job No.  : 1205-90189
Case No. : 09cv305
Toshiba v. Imation, et al.

Remit To:   **LegaLink, Inc.**
PO Box 277951
Atlanta, GA 30384

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| INVOICE | Invoice Number: 1252<br>Call Number: |
|---|---|
| TO: slenkey@mofo.com | **MAKE CHECK PAYABLE TO:**<br>Lynette Swenson<br>Federal Court Reporter<br>120 North Henry Street, Room 520<br>Madison, WI 53703<br>(608) 255-3821 |

### TRANSCRIPTS:

| Case Type: | Date Ordered: | Date Delivered: |
|---|---|---|
| Civil | Daily | Daily |

**In the matter of Toshiba v. Imation et al.    09-CV-305-SLC**

**Stenographic transcript of jury trial held before the Honorable Stephen L. Crocker**

| | | |
|---|---|---|
| 4-8-13 pm session | 117 pgs x $3.05 | (rough) |
| | 124 pgs x $5.15 | (Final 14-day delivery divided by 2) |
| 4-9-13 am session | 136 pgs x $3.05 | (rough) |
| | 143 pgs x $5.15 | (Final) |
| 4-10-13 am session | 125 pgs x $3.05 | (rough) |
| | 131 pgs x $5.15 | (Final) |
| 4-11-13 pm session | 156 pgs x $3.05 | (rough) |
| | 166 pgs x $5.15 | (Final) |
| 4-12-13 am/pm | 126 pgs x $3.05 | (rough) |
| | 133 pgs x $5.15 | (Final) |

| | |
|---|---|
| 660 pgs. Rough | $ 2,013.00 |
| 697 pgs. Final divided between parties | 1,794.77 |

### TOTAL:    $3,807.77

### CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of the court and the Judicial Conference of the United States.

__/s/_____  _____  Date: ___4-17-13_____
Lynette Swenson

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| INVOICE | NUMBER 65008 |
|---|---|

| TO: Morrison & Foerster, LLP<br>BY: G. BRIAN BUSEY<br>2000 Penn. Ave. NW, Suite 6000<br>Washington, DC 20006 | MAKE CHECK PAYABLE TO:<br>Cheryl A. Seeman<br>120 North Henry Street, Room 520<br>Madison, Wisconsin 53703 |
|---|---|
| PHONE: (202) 887-1500 | PHONE: (608) 255-3821 |
| FAX: | |

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 04/08/2013 | DATE DELIVERED 04/15/2013 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

TOSHIBA CORPORATION v. IMATION, et al.          CASE NO. 09-CV-305-SLC

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 169 | 1.83 | 309.27 | 169 | 0.45 | 76.05 | | | 0.00 | 385.32 |
| 14-Day | 531 | 2.13 | 1,131.0: | 531 | 0.45 | 238.95 | | | 0.00 | 1,369.98 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | 655 | 2.10 | 1,375.5( | | | 0.00 | | | | 1,375.50 |

| For proceedings on (Date): 4/8/2013 through 4/15/2013 | TOTAL | 3,130.80 |
|---|---|---|
| Jury Trial Transcripts: Volumes 1-A, 2-P, 3-P, 4-A, 5-A, and 6 | LESS DISCOUNT FOR LATE DELIVERY | |
| (1/2 Cost) | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 3,130.80 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/          Cheryl A. Seeman, RMR, CRR | DATE<br>05/01/2013 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

Form **W-9**
(Rev. January 2011)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

**Name (as shown on your income tax return)**
Cheryl A. Seeman

**Business name/disregarded entity name, if different from above**

**Check appropriate box for federal tax classification (required):** ☒ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ --------------

☐ Exempt payee

☐ Other (see instructions) ▶

**Address (number, street, and apt. or suite no.)**
120 North Henry St., Room 520

**Requester's name and address (optional)**

**City, state, and ZIP code**
Madison, WI 53703

**List account number(s) here (optional)**

*Print or type
See Specific Instructions on page 2.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**    **Signature of U.S. person ▶** Cheryl A. Seeman    **Date ▶** 6-1-12

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 1-2011)



### TERESA WONG CLC
CHINESE LINGUISTIC CONSULTING

2724 Wallace Street, Santa Clara, CA 95051
PHONE (925) 548-4526, FAX (408) 884-2379

**Final Invoice #131085**

To:   Stephanie Lenkey
      Morrison & Foerster, LLP
      5200 Republic Plaza
      370 Seventeeth Street
      Denver, CO 80202

Statement Date:
04/16/13

| DATE | JOB NUMBER | PROFESSIONAL SERVICES DESCRIPTION | NUMBER OF HOURS | RATE/ HOUR | AMOUNT DUE |
|------|-----------|-----------------------------------|-----------------|------------|------------|
| | | **Confirmed booking of trial in Madison Wisconsin April 10th through 17th** | | | |
| | | **Main Interpreter: Helen Cole** | | | |
| 4/9/2013 | | Travel time: One day | 8.0 | $190.00 | $1,520.00 |
| 4/10/2013 | | Full Day Booking | 8.0 | $190.00 | $1,520.00 |
| 4/11/2013 | | Full Day Booking | 8.0 | $190.00 | $1,520.00 |
| 4/12/2013 | | Cancellation - Full booking day | 8.0 | $190.00 | $1,520.00 |
| 4/13/2013 | | Weekend Layover - Waived | 4.0 | $190.00 | $0.00 |
| 4/14/2013 | | Weekend Layover - Waived | 4.0 | $190.00 | $0.00 |
| 4/15/2013 | | Cancellation - Full booking day | 8.0 | $190.00 | $1,520.00 |
| 4/16/2013 | | Cancellation - Full booking day | 8.0 | $190.00 | $1,520.00 |
| 4/17/2013 | | Cancellation - Full booking day | 8.0 | $190.00 | $1,520.00 |
| | | **Miscellaeous expenses** | | | |
| | | Transportation:  4/9 home to IAD airport, taxi from Madison airport to Concourse Hotel | | | $120.00 |
| | | Transportation:  4/14 Taxi from BWI airport to home | | | $65.00 |
| | | Meals: see scanned receipts | | | $177.68 |
| | | Airfare:  United Airline Fee | | | $625.61 |
| | | Flight change 150 x 2 | | | $300.00 |

| | |
|---|---|
| Subtotal | $11,928.29 |
| Less retainer (Pd Check #99022794) | ($7,410.00) |
| **Due in 20 days:** | **$4,518.29** |

Please make check payable to:
**SSN:** ▮▮▮▮▮▮▮
**TERESA WONG CLC**
**2724 Wallace Street, Santa Clara, CA 95051**
Please direct all billing inquires to Esther lee (925) 548-4526
**For FedEx Delivery, please put "signature release"**