# EXHIBIT D

# L. Hesselink, Inc.

3130 Alpine Road, STE 288, PMB 601
Portola Valley, Ca, 94028

**Consulting for**
MoFo Toshiba
2000 Pennsylvania Ave, NW
Washington, D.C.
Phone: (202) 887-1500

# INVOICE

| | |
|---|---|
| INVOICE NUMBER | 416 |
| INVOICE DATE | April 28, 2013 |
| OUR ORDER NO. | NA |
| YOUR ORDER NO. | "April 2013 |
| TERMS | Net 30 |
| CONSULTANT | L. Hesselink |

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 13.2 | Prepare for trial and travel, April 6 | | |
| 12.4 | Prepare for trial, April 7 | | |
| 11.6 | Trial testimony and preparation, April 8 | | |
| 14.3 | Trial testimony and preparation, April 9 | | |
| 14.6 | Trial and preparations, April 10 | | |
| 12.6 | Trial and testimony, April 11 | | |
| 10.1 | Trial, April 12 | | |
| 9.2 | Travel and review of trial materials | | |
| | SUBTOTAL | | |
| | TAX | | |
| | FREIGHT | | |

**DIRECT ALL INQUIRIES TO:**
Lambertus Hesselink
(415) 269 7192
email: bert@kaos.stanford.edu

**MAKE ALL CHECKS PAYABLE TO:**
L. Hesselink, Inc.
Attn: Accounts Receivable
3031 Alpine Road, STE 288, PMB 601
Portola valley, CA, 94028

PAY THIS AMOUNT

*THANK YOU FOR YOUR BUSINESS!*

# L. Hesselink, Inc.

3130 Alpine Road, STE 288, PMB 601
Portola Valley, Ca, 94028

# INVOICE

**Consulting for**
MoFo Toshiba
2000 Pennsylvania Ave, NW
Washington, D.C.
Phone: (202) 887-1500

| | |
|---|---|
| INVOICE NUMBER | 417 |
| INVOICE DATE | April 28, 2013 |
| OUR ORDER NO. | NA |
| YOUR ORDER NO. | "April 2013 |
| TERMS | Net 30 |
| CONSULTANT | L. Hesselink |

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.0 | Air ticket | $2,002.10 | $2,002.10 |
| 1.0 | Breakfast, April 6 | $11.99 | $11.99 |
| 1.0 | Taxi airport to hotel in Madison, April 6 | $22.00 | $22.00 |
| 1.0 | Food on plane | $5.49 | $5.49 |
| 44.0 | Pesonal car from home to airport and return | $0.75 | $33.00 |
| 22.0 | Personal car airport to home | $0.75 | $16.50 |
| 1.0 | Parking 3 days | $29.00 | $29.00 |
| | | SUBTOTAL | $2,290.79 |
| | | TAX | $0.00 |
| | | FREIGHT | |
| | | PAY THIS AMOUNT | $2,290.79 |

**DIRECT ALL INQUIRIES TO:**
Lambertus Hesselink
(415) 269 7192
email: bert@kaos.stanford.edu

**MAKE ALL CHECKS PAYABLE TO:**
L. Hesselink, Inc.
Attn: Accounts Receivable
3031 Alpine Road, STE 288, PMB 601
Portola valley, CA, 94028

*THANK YOU FOR YOUR BUSINESS!*

April 24, 2013




1 West Dayton Street | Madison, Wisconsin 53703

800 356 8293 | fax 608 257 5280 | concoursehotel.com

Reservation Number 296078

**Room Number**

**Send to** Morrison & Foerster Llp

**Phone**

**Group** Morrison & Foerster Llp

**Arrival Date** 3/27/2013

**Departure Date** 4/24/2013

**Bill To** Morrison & Foerster

**Phone**

Folio Number 335431

| Trans Date | Description | | | Voucher | Amount |
|---|---|---|---|---|---|
| 4/9/2013 | Local Tax | Field, Chris | 1134 | g -1134 | 17.01 |
| 4/9/2013 | State Tax Room | Field, Chris | 1134 | g -1134 | 10.40 |
| 4/10/2013 | Group - Governors Club | Field, Chris | 1134 | g -1134 | 189.00 |
| 4/10/2013 | Local Tax | Field, Chris | 1134 | g -1134 | 17.01 |
| 4/10/2013 | State Tax Room | Field, Chris | 1134 | g -1134 | 10.40 |
| 4/11/2013 | Group - Governors Club | Field, Chris | 1413 | g -1413 | 189.00 |
| 4/11/2013 | Local Tax | Field, Chris | 1413 | g -1413 | 17.01 |
| 4/11/2013 | State Tax Room | Field, Chris | 1413 | g -1413 | 10.40 |
| 4/12/2013 | Group - Governors Club | Field, Chris | 1413 | g -1413 | 189.00 |
| 4/12/2013 | Local Tax | Field, Chris | 1413 | g -1413 | 17.01 |
| 4/12/2013 | State Tax Room | Field, Chris | 1413 | g -1413 | 10.40 |
| 4/13/2013 | Group - Governors Club | Field, Chris | 1413 | g -1413 | 189.00 |
| 4/13/2013 | Local Tax | Field, Chris | 1413 | g -1413 | 17.01 |
| 4/13/2013 | State Tax Room | Field, Chris | 1413 | g -1413 | 10.40 |
| 4/14/2013 | Group - Governors Club | Field, Chris | 1413 | g -1413 | 189.00 |
| 4/14/2013 | Local Tax | Field, Chris | 1413 | g -1413 | 17.01 |
| 4/14/2013 | State Tax Room | Field, Chris | 1413 | g -1413 | 10.40 |
| | | | | Field, Chris Subtotal | 2,164.10 |
| 4/6/2013 | Group - Governors Club | Hesselink, Bert | 1136 | g -1136 | 189.00 |
| 4/6/2013 | Local Tax | Hesselink, Bert | 1136 | g -1136 | 17.01 |
| 4/6/2013 | State Tax Room | Hesselink, Bert | 1136 | g -1136 | 10.40 |
| 4/7/2013 | Group - Governors Club | Hesselink, Bert | 1136 | g -1136 | 189.00 |
| 4/7/2013 | Local Tax | Hesselink, Bert | 1136 | g -1136 | 17.01 |
| 4/7/2013 | State Tax Room | Hesselink, Bert | 1136 | g -1136 | 10.40 |
| 4/8/2013 | Group - Governors Club | Hesselink, Bert | 1136 | g -1136 | 189.00 |
| 4/8/2013 | Local Tax | Hesselink, Bert | 1136 | g -1136 | 17.01 |
| 4/8/2013 | State Tax Room | Hesselink, Bert | 1136 | g -1136 | 10.40 |
| 4/9/2013 | Group - Governors Club | Hesselink, Bert | 1136 | g -1136 | 189.00 |
| 4/9/2013 | Local Tax | Hesselink, Bert | 1136 | g -1136 | 17.01 |
| 4/9/2013 | State Tax Room | Hesselink, Bert | 1136 | g -1136 | 10.40 |
| 4/10/2013 | Group - Governors Club | Hesselink, Bert | 1136 | g -1136 | 189.00 |
| 4/10/2013 | Local Tax | Hesselink, Bert | 1136 | g -1136 | 17.01 |
| 4/10/2013 | State Tax Room | Hesselink, Bert | 1136 | g -1136 | 10.40 |
| 4/11/2013 | Group - Governors Club | Hesselink, Bert | 1136 | g -1136 | 189.00 |



1 West Dayton Street | Madison, Wisconsin 53703

800 356 8293 | fax 608 257 5280 | concoursehotel.com

Reservation Number 296078    Room Number

| Send to | Morrison & Foerster Llp | | |
|---|---|---|---|
| Phone | | | |
| Group | Morrison & Foerster Llp | Arrival Date 3/27/2013 | Departure Date 4/24/2013 |
| Bill To | Morrison & Foerster | | |
| Phone | | | |

Folio Number 335431

| Trans Date | Description | | | Voucher | Amount |
|---|---|---|---|---|---|
| 4/11/2013 | Local Tax | Hesselink, Bert | 1136 | g -1136 | 17.01 |
| 4/11/2013 | State Tax Room | Hesselink, Bert | 1136 | g -1136 | 10.40 |
| 4/12/2013 | Group - Governors Club | Hesselink, Bert | 1136 | g -1136 | 189.00 |
| 4/12/2013 | Local Tax | Hesselink, Bert | 1136 | g -1136 | 17.01 |
| 4/12/2013 | State Tax Room | Hesselink, Bert | 1136 | g -1136 | 10.40 |
| | | | | Hesselink, Bert Subtotal | 1,514.87 |

# L. Hesselink, Inc.

3130 Alpine Road, STE 288, PMB 601
Portola Valley, Ca, 94028

**Consulting for**
MoFo Toshiba
2000 Pennsylvania Ave, NW
Washington, D.C.
Phone: (202) 887-1500

# INVOICE

| | |
|---|---|
| INVOICE NUMBER | 411 |
| INVOICE DATE | January 24, 2013 |
| OUR ORDER NO. | NA |
| YOUR ORDER NO. | "December 2012 |
| TERMS | Net 30 |
| CONSULTANT | L. Hesselink |

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 7.2 | deposition | | |



| | |
|---|---|
| SUBTOT | |
| TAX | |
| FREIGH | |

**DIRECT ALL INQUIRIES TO:**
Lambertus Hesselink
(415) 269 7192
email: bert@kaos.stanford.edu

**MAKE ALL CHECKS PAYABLE TO:**
L. Hesselink, Inc.
Attn: Accounts Receivable
3031 Alpine Road, STE 288, PMB 601
Portola valley, CA, 94028

PAY THIS AMOUNT

***THANK YOU FOR YOUR BUSINESS!***

# L. Hesselink, Inc.

**INVOICE**

3130 Alpine Road, STE 288, PMB 601
Portola Valley, Ca, 94028

415 269 7102

**Consulting for**
MoFo Toshiba
2000 Pennsylvania Ave, NW
Washington, D.C.
Phone: (202) 887-1500

| | |
|---|---|
| INVOICE NUMBER | 412 |
| INVOICE DATE | March 3, 2013 |
| OUR ORDER NO. | NA |
| YOUR ORDER NO. | "January 2013 |
| TERMS | Net 30 |
| CONSULTANT | L. Hesselink |

Sales Tax Rate: 0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 10.7 | Deposition Jan 15 | | |



| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| FREIGHT | |

**DIRECT ALL INQUIRIES TO:**
Lambertus Hesselink
(415) 269 7192
email: bert@kaos.stanford.edu

**MAKE ALL CHECKS PAYABLE TO:**
L. Hesselink, Inc.
Attn: Accounts Receivable
3031 Alpine Road, STE 288, PMB 601
Portola valley, CA, 94028

PAY THIS AMOUNT

*THANK YOU FOR YOUR BUSINESS!*

# L. Hesselink, Inc

101 Greenoaks Drive
Atherton, CA 94027
650-853-1615 fax 408-904-5048

**INVOICE**

Invoice No. 269

| Customer | | | Date | 8/30/10 |
|---|---|---|---|---|
| Name | MoFo Toshiba | | Order No. | |
| Address | 2000 Pennsylvania Ave, NW | | Rep | Dec-10 |
| City | Washington D.C.  State DC  ZIP 20006-1888 | | FOB | |
| Phone | 202-887-1500 | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 10.2 | Depostion and review maters; December 13 | | |

SubTotal
ing & Handling
CA
TOTAL

**Approved By:** Brian Busey  **Appr. TK** 277  **Date** 1/3/2011

**CLIENT EXPENSE INFORMATION**

| Client/Matter Number | TK | COST CODE | Amount |
|---|---|---|---|
| 1. 8941/123 | 277 | | |
| 2. | | | |
| 3. | | | |

**Narrative** — Total

1. Expert witness fees
2.
3.

For Accounting Use Only

Vendor #         Voucher #

e Use Only

# L. Hesselink, Inc
101 Greenoaks Drive
Atherton, CA 94027
650-853-1615 fax 408-904-5048

**INVOICE**

Invoice No. 267

| Customer | |
|---|---|
| Name | MoFo Toshiba |
| Address | 2000 Pennsylvania Ave, NW |
| City | Washington D.C.   State DC   ZIP 20006-1888 |
| Phone | 202-887-1500 |

| Date | 8/30/10 |
|---|---|
| Order No. | |
| Rep | Oct-10 |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 9.1 | Deposition; 10-28-10 | | |
| 9.9 | Deposition; 10-29-10 | | |

SubTotal
Shipping & Handling
Taxes     CA

**Payment Details**
⦿ Cash

TAL

**Approved By:** B. Busey   **Appr. TK** 277   **Date** 1/3/2011

### CLIENT EXPENSE INFORMATION

| | Client/Matter Number | TK | COST CODE<br>ACCOUNTING USE ONLY | Amount |
|---|---|---|---|---|
| 1. | 8941/123 | 277 | | |
| 2. | | | | |
| 3. | | | | |

| Narrative | Total |
|---|---|
| 1. Expert witness fees | |
| 2. | |
| 3. | |

**For Accounting Use Only**

| Vendor # | Voucher # | |
|---|---|---|

<␇<␇<␇

1 West Dayton Street | Madison, Wisconsin 53703

800 356 8293 | fax 608 257 5280 | concoursehotel.com

Reservation Number 296078                                  Room Number

Send to      Morrison & Foerster Llp

Phone

Group        Morrison & Foerster Llp              Arrival Date       Departure Date
                                                  3/27/2013          4/24/2013

Bill To      Morrison & Foerster

Phone

Folio

| Date | Description | Name | | | Amount |
|---|---|---|---|---|---|
| 4/5/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/5/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/5/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |
| 4/6/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/6/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/6/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |
| 4/7/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/7/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/7/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |
| 4/8/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/8/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/8/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |
| 4/9/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/9/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/9/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |
| 4/10/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/10/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/10/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |
| 4/11/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/11/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/11/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |
| 4/12/2013 | Group - Governors Club | Netsu, Mr | 1121 | g -1121 | 189.00 |
| 4/12/2013 | Local Tax | Netsu, Mr | 1121 | g -1121 | 17.01 |
| 4/12/2013 | State Tax Room | Netsu, Mr | 1121 | g -1121 | 10.40 |

1 West Dayton Street | Madison, Wisconsin 53703
800 356 8293 | fax 608 257 5280 | concoursehotel.com

Reservation Number 296078

**Room Number**

**Send to** Morrison & Foerster Llp

**Phone**

**Group** Morrison & Foerster Llp

**Arrival Date** 3/27/2013

**Departure Date** 4/24/2013

**Bill To** Morrison & Foerster

**Phone**

Folio Number 335431

| Trans Date | Description | | | Voucher | Amount |
|---|---|---|---|---|---|
| | | | | Netsu, Mr Subtotal | 1,731.28 |
| 4/5/2013 | Group - Governors Club | Ozaki, Mr Joji | 1213 | g -1213 | 189.00 |
| 4/5/2013 | Local Tax | Ozaki, Mr Joji | 1213 | g -1213 | 17.01 |
| 4/5/2013 | State Tax Room | Ozaki, Mr Joji | 1213 | g -1213 | 10.40 |
| 4/6/2013 | Group - Governors Club | Ozaki, Mr Joji | 1213 | g -1213 | 189.00 |
| 4/6/2013 | Local Tax | Ozaki, Mr Joji | 1213 | g -1213 | 17.01 |
| 4/6/2013 | State Tax Room | Ozaki, Mr Joji | 1213 | g -1213 | 10.40 |
| 4/7/2013 | Group - Governors Club | Ozaki, Mr Joji | 1213 | g -1213 | 189.00 |
| 4/7/2013 | Local Tax | Ozaki, Mr Joji | 1213 | g -1213 | 17.01 |
| 4/7/2013 | State Tax Room | Ozaki, Mr Joji | 1213 | g -1213 | 10.40 |
| 4/8/2013 | Group - Governors Club | Ozaki, Mr Joji | 1213 | g -1213 | 189.00 |
| 4/8/2013 | Local Tax | Ozaki, Mr Joji | 1213 | g -1213 | 17.01 |
| 4/8/2013 | State Tax Room | Ozaki, Mr Joji | 1213 | g -1213 | 10.40 |
| 4/9/2013 | Group - Governors Club | Ozaki, Mr Joji | 1213 | g -1213 | 189.00 |
| 4/9/2013 | Local Tax | Ozaki, Mr Joji | 1213 | g -1213 | 17.01 |
| 4/9/2013 | State Tax Room | Ozaki, Mr Joji | 1213 | g -1213 | 10.40 |
| 4/10/2013 | Group - Governors Club | Ozaki, Mr Joji | 1213 | g -1213 | 189.00 |
| 4/10/2013 | Local Tax | Ozaki, Mr Joji | 1213 | g -1213 | 17.01 |
| 4/10/2013 | State Tax Room | Ozaki, Mr Joji | 1213 | g -1213 | 10.40 |
| 4/11/2013 | Group - Governors Club | Ozaki, Mr Joji | 1213 | g -1213 | 189.00 |
| 4/11/2013 | Local Tax | Ozaki, Mr Joji | 1213 | g -1213 | 17.01 |
| 4/11/2013 | State Tax Room | Ozaki, Mr Joji | 1213 | g -1213 | 10.40 |
| | | | | Ozaki, Mr Joji Subtotal | 1,514.87 |

# Statement

Services of Paul D. Carmichael
Toshiba Corp. v. Imation Corp. et al
December 2010



December 22, 2010          5.0 hours
    Attendance at my deposition in this matter.

Please remit to:
Paul D. Carmichael
Box 422
The Valley AI-2640
Anguilla, British West Indies



# Trip Expenses of Paul D. Carmichael
# Toshiba Corp. v. Imation Corp. et al
# December 20-23, 2010

Trip from Anguilla, BWI to Washington, DC and return for my deposition

| | |
|---|---|
| Air Fare | $ 960.90 |
| Anguilla Airport Exit Tax | $ 20.00 |
| Taxi from BWI to Hotel | $ 100.00 |
| Taxi from Hotel to DCA | $ 23.00 |
| Airport Shuttle Charges | $ 15.00 |