# EXHIBIT F



**Document Technologies, Inc.**
1300 Pennsylvania Avenue, NW
Suite 851
Washington, DC 20004
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. :

# INVOICE

Invoice Number: 526618

Invoice Date: 05/12/10

Bill To:
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006-1888
Stephanie Lenkey

Ship To:
Morrison & Foerster LLP
Suite 5500
Washington, DC 20006-1888
2000 Pennsylvania Avenue, NW

| | | | | |
|---|---|---|---|---|
| Customer ID | 20435 | | Client / Matter No. | 8941-123 |
| Terms | Net 15 Days | | Job No. | 05-057 |
| SalesPerson | DC CRB | | Nat'l Acct Name | |
| P.O. Number | | | Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 13 | File Folders | 0.25 | 3.25 |
| 4 | Redwells | 2.00 | 8.00 |
| 360 | Blowbacks - Color | 0.90 | 324.00 |
| 3,716 | Blowbacks -Assembly 8.5x14 | 0.15 | 557.40 |
| 4 | IMG - Technical Time | 95.00 | 380.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 1,272.65
Total Sales Tax: 53.56
Total: 1,326.21

Accepted By: _____

**Remit To:** Document Technologies - DC
PO Box 933440
Atlanta, GA 31193-3440



**Document Technologies, Inc.**
1300 Pennsylvania Avenue, NW
Suite 851
Washington, DC 20004
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. :

# INVOICE

Invoice Number: 526619

Invoice Date: 05/12/10

Bill To:
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006-1888
Stephanie Lenkey

Ship To:
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006-1888

| Customer ID | 20435 |
| --- | --- |
| Terms | Net 15 Days |
| SalesPerson | DC CRB |

| P.O. Number | |
| --- | --- |
| Client / Matter No. | 8941-123 |
| Job No. | 05-048 |

| Quantity | Description | Unit Price | Total Price |
| --- | --- | --- | --- |
| 41 | File Folders | 0.25 | 10.25 |
| 8 | Redwells | 2.00 | 16.00 |
| 2,760 | Blowbacks -Assembly 8.5x14 | 0.15 | 414.00 |
| 1,297 | Blowbacks - Color 8.5x14 | 1.00 | 1,297.00 |
| 2 | IMG - Technical Time | 95.00 | 190.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
| --- | --- |
| Subtotal: | 1,927.25 |
| Total Sales Tax: | 104.24 |
| Total: | 2,031.49 |

Accepted By: _____

**Remit To:** Document Technologies - DC
PO Box 933440
Atlanta, GA 31193-3440

# Invoice

**CRICKET**
LEGAL TECHNOLOGIES

12310 Pinecrest Road
Suite 100
Reston, VA 20191

| Date | Invoice # |
|---|---|
| 7/27/2010 | 4975 |

**Bill To**

Morrison & Foerster
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, DC 20006-1888

| Case Name | Account Rep | Job No. |
|---|---|---|
| Toshiba #66669-0000001 | MM | 2514 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| | Case Name: Toshiba<br>Client/Matter #: 66669-0000001<br>Units Received: TC009 Production<br>Date Received: 07/19/10<br>Date Shipped: 07/23/10<br><br>Contact: Owen Bergwall | | | |
| 796 | Imaging - Production Set - Color Tiffs TC-009-0000001 - TC-009-0000796 | 0.05 | Image Creation | 39.80 |
| 796 | Endorse Images | 0.015 | Numbering | 11.94 |
| 98 | Imaging - Production Set - Color Tiffs TC-009_1 - Removing/Adding Documents to TC009-TC-009-0000659 - TC-009-0000756 | 0.05 | Image Creation | 4.90 |
| 98 | Endorse Images | 0.015 | Numbering | 1.47 |
| 1 | Technical Support - Create PDFs - Custom Load Files | 125.00 | Technical Support | 125.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $183.11

Thank you for your Business



12310 Pinecrest Road
Suite 100
Reston, VA 20191

**CRICKET**
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 9/7/2010 | 5040 |

| Bill To |
|---|
| Morrison & Foerster<br>2000 Pennsylvania Avenue, N.W.<br>Suite 5500<br>Washington, DC 20006-1888 |

| Case Name | Account Rep | Job No. |
|---|---|---|
| Toshiba #08941-0000123 | MM | 2514 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
| 0.0222 | Case Name: Toshiba<br>Client/Matter #:08941-0000123<br>Units Received: PDF Production<br>Date Received: 07/19/10; 08/30/10<br>Date Shipped: 07/20/10; 08/30/10<br><br>Contact: Owen Bergwall<br>Full Conversion - Full image conversion, Native links and Concordance DB<br>TC-009-0000001 - TC-009-0000796<br>28 Docs, 796 Pages | 550.00 | GB Processing | 12.21 |
| 0.02363 | Full Conversion - Convert 9 Excels sent via email to PDF | 550.00 | GB Processing | 13.00 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $25.21

Thank you for your Business



12310 Pinecrest Road
Suite 100
Reston, VA 20191

CRICKET
LEGAL TECHNOLOGIES

# Invoice

| Date | Invoice # |
|---|---|
| 9/20/2010 | 5081 |

| Bill To |
|---|
| Morrison & Foerster<br>2000 Pennsylvania Avenue, N.W.<br>Suite 5500<br>Washington, DC 20006-1888 |

| Case Name | Account Rep | Job No. |
|---|---|---|
| Toshiba -#08941-0000123 | MM | 2514 |

| Quantity | Description | Unit Price | Item | Amount |
|---|---|---|---|---|
|  | Case Name: Toshiba<br>Client/Matter #: 08941-0000123<br>Units Received: TC011 Production<br>Date Received: 09/17/10<br>Date Shipped: 09/17/10<br><br>Contact: Owen Bergwall |  |  |  |
| 0.0005 | Full Conversion - Add 2 documents to current production. Tiff and PDF<br>TC-011-0000061 - TC-011-0000075 | 550.00 | Conversion | 0.28 |
| 0.5 | Technical Support - Update load files with new docs | 125.00 | Technical Support | 62.50 |

For questions concerning this invoice, please contact Ann Marie Patton @ 703-391-1020

**Total** $62.78

Thank you for your Business



# Invoice

**Elite Document Solutions, LLC**
10301 Democracy Lane, Suite 120
Fairfax, VA 22030
703-273-1334
FED ID# 

| Date | Invoice # |
|---|---|
| 10/22/2010 | 10-10142 |

**Bill To**
Morrison & Foerster LLP (DC)
2000 Pennsylvania Avenue, N.W.
Suite 550
Washington, DC 20006-1888

**Ship To**
Morrison & Foerster LLP (DC)
2000 Pennsylvania Avenue, N.W.
Suite 550
Washington, DC 20006-1888

| Requestor | Case Name / Client # | Terms | Rep | Ship | Via |
|---|---|---|---|---|---|
| Laura Santana | 08941-123 | Net 30 | JJ | 10/22/2010 | Delivery |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 306 | Blowbacks | Several PDFs (Toshiba Response to Rogs) printed 1 time with tabs and inserted into a binder | 0.08 | 24.48T |
| 2 | Color (8.5 x 11) | Cover and spine | 0.99 | 1.98T |
| 32 | Custom Tabs | | 0.75 | 24.00T |
| 1 | 2" Binder | | 7.00 | 7.00T |

**FIRM EXPENSE INFORMATION**

Approved By: [signature]
Appr. TK: 7644
Date:

| G/L Account | TK | Office Loc | Amount |
|---|---|---|---|
| 1. 08941-123 | 7644 | DC | 60.33 |
| 2. | | | |
| 3. | | | |

Total 60.33

**Narrative**
1. Copies
2.
3.

For Accounting Use Only

Vendor #     Voucher #

Thank you for your business!

| | |
|---|---|
| Subtotal | $57.46 |
| Sales Tax (5.0%) | $2.87 |
| Total | $60.33 |

**Signature:** [signature - Laura Santana]



**innovative discovery**

1700 N. Moore Street
Suite 1050
Arlington, VA 22209
703-875-8003-Office

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2010 | IDE-2752 |

| Bill To: |
|---|
| Thuan Nguyen<br>Morrison & Foerster<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|---|---|---|---|---|---|
| Thuan Nguyen | 08941.0000123 | 30 Days | KB | 10/25/2010 | Toshiba |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| EDD-Tiff | 3,831 | Electronic Discovery per Tiff:<br>TC-014-0000001 - TC-014-0000223 | 0.05 | 191.55T |
| Branding | 3,607 |  | 0.02 | 72.14T |
| OCR | 3,831 | Unicode | 0.08 | 306.48T |
| OCR | 3,831 | ASCII<br>Volume: HC-014 - HC-015 | 0.03 | 114.93T |

Tax ID ▮
Thank you for choosing Innovative Discovery

| | |
|---|---|
| **Sales Tax (6.0%)** | $41.11 |
| **Total** | $726.21 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $726.21 |



# Invoice

**Elite Document Solutions, LLC**
10301 Democracy Lane, Suite 120
Fairfax, VA 22030
703-273-1334
FED ID#

| Date | Invoice # |
|---|---|
| 11/30/2010 | 10-11158 |

| Bill To | Ship To |
|---|---|
| Morrison & Foerster LLP (DC)<br>2000 Pennsylvania Avenue, N.W.<br>Suite 550<br>Washington, DC 20006-1888 | Morrison & Foerster LLP (DC)<br>2000 Pennsylvania Avenue, N.W.<br>Suite 550<br>Washington, DC 20006-1888 |

| Requestor | Case Name / Client # | Terms | Rep | Ship | Via |
|---|---|---|---|---|---|
| Laura Santana | 08941-123 | Net 30 | JJ | 11/30/2010 | Delivery |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,549 | Blowbacks | Several PDFs (Mukuge & Tsushima Exhibits) printed 1 time with tabs and inserted into binders | 0.08 | 123.92T |
| 59 | Pre-Printed Tabs | | 0.25 | 14.75T |
| 2 | 2" Binder | | 7.00 | 14.00T |

Approved By: [signature]   Appr. TK: 7644   Date:

**FIRM EXPENSE INFORMATION**

| | G/L Account | TK | Office Loc | Amount |
|---|---|---|---|---|
| F 1. | 08941-123 | 7644 | DC | 524.77 |
| I 2. | 08941-123 | 7644 | DC | 160.30 |
| R 3. | 08941-123 | 7644 | DC | 401.69 |
| M | | | Total | 1086.76 |

**Narrative**
1. Copies
2. Copies
3. Copies

For Accounting Use Only

| Vendor # | Voucher # |
|---|---|

Thank you for your business!

Signature: [signature]

| | |
|---|---|
| Subtotal | $152.67 |
| Sales Tax (5.0%) | $7.63 |
| Total | $160.30 |



# Invoice

10301 Democracy Lane, Suite 120
Fairfax, VA 22030
703-273-1334
FED ID# ███

| Date | Invoice # |
|---|---|
| 12/8/2010 | 10-12053 |

| Bill To |
|---|
| Morrison & Foerster LLP (DC) |
| 2000 Pennsylvania Avenue, N.W. |
| Suite 550 |
| Washington, DC 20006-1888 |

| Ship To |
|---|
| Morrison & Foerster LLP (DC) |
| 2000 Pennsylvania Avenue, N.W. |
| Suite 550 |
| Washington, DC 20006-1888 |

| Requestor | Case Name / Client # | Terms | Rep | Ship | Via |
|---|---|---|---|---|---|
| Laura Santana | 08941-123 | Net 30 | JJ | 12/8/2010 | Delivery |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6,041 | Blowbacks | Several PDFs (Bero Deposition) printed 7 times | 0.08 | 483.28T |
| 6 | Custom Folder | 6 sets placed into custom folders | 1.50 | 9.00T |
| 3 | Custom Redweld | | 2.50 | 7.50T |

Approved By: *Laura Santana* Appr. TK: 7644 Date:

**FIRM EXPENSE INFORMATION**

| | G/L Account | TK | Office Loc | Amount |
|---|---|---|---|---|
| F 1. | 08941-123 | 7644 | DC | 524.77 |
| I R 2. | 08941-123 | 7644 | DC | 160.30 |
| M 3. | 08941-123 | 7644 | DC | 401.69 |
| | | | Total | 1086.76 |

Narrative
1. Copies
2. Copies
3. Copies

For Accounting Use Only

| Vendor # | Voucher # | |
|---|---|---|

Thank you for your business!

| | |
|---|---|
| Subtotal | $499.78 |
| Sales Tax (5.0%) | $24.99 |
| Total | $524.77 |

**Signature:** *[signature]*



# Invoice

10301 Democracy Lane, Suite 120
Fairfax, VA 22030
703-273-1334
FED ID#

| Date | Invoice # |
|---|---|
| 12/21/2010 | 10-12108 |

| Bill To |
|---|
| Morrison & Foerster LLP (DC)<br>2000 Pennsylvania Avenue, N.W.<br>Suite 550<br>Washington, DC 20006-1888 |

| Ship To |
|---|
| Morrison & Foerster LLP (DC)<br>2000 Pennsylvania Avenue, N.W.<br>Suite 550<br>Washington, DC 20006-1888 |

| Requestor | Case Name / Client # | Terms | Rep | Ship | Via |
|---|---|---|---|---|---|
| Laura Santana | 08941-123 | Net 30 | JJ | 12/21/2010 | Delivery |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 20,272 | Blowbacks | Several PDFs (Interrogatories, Request for Admission, Requests for Production) printed 4 times with tabs and inserted into binders per client instructions Covers and Spines. | 0.08 | 1,621.76T |
| 32 | Color (8.5 x 11) | | 0.89 | 28.48T |
| 664 | Custom Tabs | | 0.50 | 332.00T |
| 8 | 1" Binder | | 5.00 | 40.00T |
| 4 | 1.5" Binder | | 6.00 | 24.00T |
| 16 | 2" Binder | | 7.00 | 112.00T |
| 4 | 3" Binder | | 10.00 | 40.00T |

Thank you for your business!

Signature:

| | |
|---|---|
| Subtotal | $2,198.24 |
| Sales Tax (5.0%) | $109.91 |
| Total | $2,308.15 |



**Responsive Data Solutions**

1331 H Street, N.W.
Suite L102
Washington, DC 20005
Phone #: (202)347-4498

# Invoice

| Invoice # | 012098 |
|---|---|
| Invoice Date | 9/26/2011 |

| Bill To |
|---|
| Morrison Foerster |
| 2000 Pennsylvania Ave., N.W. |
| Washington, DC 20006 |
| Attn: Lawrence Ramirez |

| Ship To |
|---|
| Morrison Foerster |
| 2000 Pennsylvania Ave., N.W. |
| Washington, DC 20006 |
| Attn: Lawrence Ramirez |

| Ordered Date | Terms | P.O. No. | Salesperson | Client Matter # |
|---|---|---|---|---|
| 9/19/2011 | Net 30 | | KM | 8941-123 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Binds:GBC Bind | 34 | 2.50 | 85.00T |
| Print w/ Slipsheets | 5,501 | 0.08 | 440.08T |
| Copy:Card Stock | 34 | 0.20 | 6.80T |
| Print:Color with Assembly | 11,387 | 0.70 | 7,970.90T |

APPROVED BY: _____
LOGON/COMP. NO.: ███
DATE: 11/2/11
CLIENT/MATTER: 8941/123
LAWRENCE RAMIREZ # 6341

Toshiba Sent
Fed. Circuit Appendix

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID ███

| | |
|---|---|
| Subtotal | $8,502.78 |
| Sales Tax (6.0%) | $510.17 |
| Invoice Total | $9,012.95 |



us470@alphagraphics.com  www.madison470.alphagraphics.com
221 King Street, Madison, Wisconsin 53703
Ph. 608.294.8000  Legal Ph. 608.442.1414  Fax. 608.294.8380

# Invoice

follow us on:

 

Stephanie Lenkey
Morrison & Foerster LLP
370 Seventeenth Street
Suite 5200
Denver CO  80202-5638

No.    **78311**
Date   4/19/2013
P.O.

| Quantity | Description of Services | Price |
|---|---|---|
| 38,402 | Ref#08941.0000123 (Trial services ordered 3/27 - 4/15), 38,402 copies @ $.12, 8.5 x 11 White 20# Report Xerographic Bond (FSC Certified FSC Mixed Recycled 50.0%) | 4,608.24 |
| 3,157 | 3,157 color copies @ $.85, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth | 2,683.45 |
| 2,111 | 2,111 color copies @ $.35 (black only), 8.5 x 11 White 28# Hammermill Color Copy Text Smooth | 738.85 |
| 231 | 231 alpha and numeric tabs @ $.35 | 80.85 |
| 169 | 169 custom tabs @ $1.00 | 169.00 |
| 85 | 85 custom folders @ $2.00 | 170.00 |
| 53 | 53 3" custom redwelds @ $5.00 | 265.00 |
| 9 | 9 5" custom redwelds @ $7.50 | 67.50 |
| 2 | 2 7" custom redwelds @ $10.00 | 20.00 |
| 103 | 103 GBC bound books @ $3.50 (up to 1") | 360.50 |
| 22 | 22 GBC bound books @ $5.00 (up to 2") | 110.00 |
| 5 | 5 1/2" white D-ring binders @ $8.00 | 40.00 |
| 4 | 4 1" white D-ring binders @ $10.00 | 40.00 |
| 5 | 5 3" white D-ring binders @ $14.00 | 70.00 |
| 19 | 19 reams of paper @ $5.00 | 95.00 |
| 15 | 15 bankers boxes @ $4.00 | 40.00 |
| 15:00 | 15 hours of courier service @ $60.00/hr. (initial load-in to court, daily morning and afternoon court loads, and final load-out of court) | 900.00 |
| 1 | $150 restocking fee for carton of 1/2" foam core (48x96) as ordered by Yusaf Shirazi w/ RLM (4/1/13) | 150.00 |

SPECIAL INSTRUCTIONS  Only items marked as such on this document are FSC certified

Sales Rep: JRB

Payment is due as noted on this Invoice. Acceptance of goods or services provided states materials meet customer expectations and specifications. If collection services are required, any additional fees required to collect this will be added to this invoice.



The mark of
responsible forestry
FSC SUPPLIER
SCS-COC-001503

| | |
|---|---|
| Sub Total | 10,608.39 |
| Tax | 583.47 |
| Shipping | |
| Total | 11,191.86 |
| Deposit | |
| Amount Due | 11,191.86 |

**Form W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give form to the requester. Do not send to the IRS.

Name: ~~BICKEES PRINTING INC~~ DBA ALPHAGRAPHICS

Business name, if different from above:

Check appropriate box: ☐ Individual/Sole proprietor ☒ Corporation ☐ Partnership ☐ Other ▶ ............ ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.): 221 KING ST

City, state, and ZIP code: MADISON WISCONSIN 53703

Requester's name and address (optional):

List account number(s) here (optional):

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Social security number: | | | + | | + | | | |

or

Employer identification number: [redacted]

Note: *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here** — Signature of U.S. person ▶ [signature] Date ▶ 5/16/09

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

U.S. person. Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: *If a requester gives you a form other than Form W-9 to request your TIN, you should use the requester's form. However, this form must meet the acceptable specifications described in Pub. 1167, General Rules and Specifications for Substitute Tax Forms and Schedules.*

Foreign person. If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

Nonresident alien who becomes a resident alien. Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

# WISCONSIN SALES AND USE TAX EXEMPTION CERTIFICATE

Check One ▶  ☐ Single Purchase  ☑ Continuous

**Purchaser's Business Name:** Bickers Printing Inc LLC dba Alphagraphics
**Purchaser's Address:** 221 King St, Madison, WS 53703

The above purchaser, whose signature appears on the reverse side of this form, claims exemption from Wisconsin state, county, baseball or football stadium, and premier resort sales or use tax on the purchase, lease, or rental of tangible personal property or taxable services, as indicated by the box(es) checked below.

I hereby certify that I am engaged in the business of selling, leasing, or renting: Printing Copying And Bindery Services
(Description of Property or Services Sold by Purchaser)

General description of property or services purchased (itemize property purchased if "single purchase"): Offset Printing Equipment & Consumables

| Seller's Name | Seller's Address |
|---|---|
| | |

## PROPOSED EXEMPT USE

☑ **Resale** (Enter purchaser's seller's permit or use tax certificate number) ▓▓▓▓▓▓▓

**Manufacturing**

☑ Tangible personal property becoming an ingredient or component part, or which is consumed or destroyed or loses its identity, in the manufacture of tangible personal property destined for sale.

☐ Machines and specific processing equipment and repair parts or replacements thereof, exclusively and directly used by a manufacturer in manufacturing tangible personal property and safety attachments for those machines and equipment.

☐ The repair, service, alteration, fitting, cleaning, painting, coating, towing, installation, and maintenance of machines and specific processing equipment, that the above purchaser would be authorized to purchase without sales or use tax, at the time the service is performed thereon. Tools used to repair exempt machines are not exempt.

☐ Fuel and electricity consumed in manufacturing tangible personal property (effective January 1, 2006).
Percent of fuel and electricity exempt _____ %

☐ Portion of the amount of fuel converted to steam for purposes of resale. (Percent of fuel exempt _____ %)

**Farming** (To qualify for this exemption, the purchaser must use item(s) exclusively and directly in the business of farming, including dairy farming, agriculture, horticulture, floriculture, or custom farming services.)

☐ Tractors (except lawn and garden tractors) and farm machines, including accessories, attachments, parts and repair service.

☐ Feed, seeds for planting, plants, fertilizer, soil conditioners, sprays, pesticides, and fungicides.

☐ Baling twine and baling wire.

☐ Breeding and other livestock, poultry, and farm work stock.

☐ Containers for fruits, vegetables, grain, hay, and silage (including containers used to transfer merchandise to customers), and plastic bags, sleeves, and sheeting used to store or cover hay and silage.

☐ Animal waste containers or component parts thereof (may only mark certificate as "Single Purchase").

☐ Animal bedding, medicine for farm livestock, and milk house supplies.

☐ All-terrain vehicles (ATV) used exclusively in farming.

S-211 (R. 6-05)  Wisconsin Department of Revenue

| Federal and Wisconsin Governmental Units | Enter CES No., if applicable |
|---|---|

- [ ] The United States and its unincorporated agencies and instrumentalities and any incorporated agency or instrumentality of the United States wholly owned by the United States or by a corporation wholly owned by the United States.
- [ ] State of Wisconsin or any agency thereof; Local Exposition District, Professional Baseball Park District, or Professional Football Stadium District.
- [ ] Wisconsin county, city, village, or town, including public inland lake protection and rehabilitation district, municipal public housing authorities, uptown business improvement districts, local cultural arts district, and Fox River Navigational System Authority.
- [ ] Wisconsin public schools, school districts, universities, and technical college districts.
- [ ] County-city hospitals or UW Hospitals and Clinics Authority.
- [ ] Sewerage commission, metropolitan sewerage district, or a joint local water authority.

**Other**

- [ ] Containers and other packaging, packing, and shipping materials, used to transfer merchandise to customers of the purchaser.
- [ ] Trailers and accessories, attachments, parts, supplies, materials, and service for motor trucks, tractors, and trailers which are used exclusively in common or contract carriage under LC or IC No. _____.
- [ ] Items or services purchased directly by and used by religious, charitable, educational, scientific, or other organizations holding a Wisconsin Certificate of Exempt Status. CES No. _____.
- [ ] Tangible personal property to be resold by _____ on my behalf where _____ is registered to collect and remit sales tax to the Department of Revenue on such sales.
- [ ] Tangible personal property or services purchased by a Native American with enrollment # _____ who is enrolled with and resides on the _____ Reservation, where buyer will take possession of such property or services.
- [ ] Tangible personal property becoming a component of an industrial or municipal waste treatment facility, including replacement parts, chemicals, and supplies used or consumed in operating the facility.
- [ ] Portion of the amount of electricity or natural gas used or consumed in an industrial waste treatment facility. (Percent of electricity or natural gas exempt _____%)
- [ ] Electricity, natural gas, fuel oil, propane, coal, steam and wood used for fuel for residential or farm use.

|  | % of Electricity Exempt | % of Natural Gas Exempt | % of Fuel Exempt |
|---|---|---|---|
| ☐ Residential | _____% | _____% | _____% |
| ☐ Farm | _____% | _____% | _____% |

Address Delivered: _____

- [ ] Percent of printed advertising material solely for out-of-state use. _____%
- [ ] Other purchases exempted by law. (State items and exemption). _____

I hereby certify that if the item(s) being purchased are not used in an exempt manner, I will remit use tax on the purchase price at the time of its taxable use. I understand that failure to remit the use tax may result in a future liability that may include tax, interest, and penalty.

| Authorized Signature | Title | Date |
|---|---|---|
| [signature] | OWNER | 6/15/09 |

(DETACH AND PRESENT TO SELLER)

**Invoice**

Invoice Number: 11592
Invoice Date: 3/29/2013
eLit Tax Identification No: ███

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**
Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

**Ship To:**
Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SF13030112 | Toshiba v. Imation | Net 30 | 3/25/2013 | RM | Nancy Hoang |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Case Name: Toshiba v. Imation |  |  |
|  | Ordered by: Nancy Hoang |  |  |
|  | Job Re: Blowback, Binder, Standard Tabs, Clerical Time, CD Burn |  |  |
| 23,647 | Pages of Blowbacks - B&W | 0.06 | 1,418.82T |
| 124 | Pages of Blowbacks - Color | 0.39 | 48.36T |
| 17 | Binders - 3 inch , D-ring | 13.50 | 229.50T |
| 1 | Binders - 2 inch , D-ring | 11.50 | 11.50T |
| 3 | Binders - 4 inch, D-ring | 25.00 | 75.00T |
| 555 | Standard Tabs | 0.25 | 138.75T |
| 7 | Hours of Clerical Work (Image Rotation & Placeholder Creation) | 45.00 | 315.00T |
| 46 | CDs Burned | 15.00 | 690.00T |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was sold to.

| | |
|---|---|
| Subtotal | $2,926.93 |
| Sales Tax (8.75%) | $256.11 |
| **Total** | **$3,183.04** |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved: X_____

# Invoice

**Invoice Number:** 11593
**Invoice Date:** 3/31/2013
**eLit Tax Identification No:** ▇▇▇▇

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**
Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

**Ship To:**
Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SF13030121 | Toshiba v. Immation | Net 30 | 3/22/2013 | RM | Nancy Hoang |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Client Matter: Toshiba v. Immation | | |
| | Ordered by: Nancy Hoang | | |
| | Job Re: Blowback, FedEx Shipping, Binders, High Number Tabs, Standard Tabs. | | |
| 22,976 | Pages of Blowbacks - Reassembled (Added 800 Pages) | 0.06 | 1,378.56T |
| 7,956 | Pages of Blowbacks - Color (Minus 800 Pages) | 0.39 | 3,102.84T |
| 453 | High Number Tabs | 0.45 | 203.85T |
| 300 | Standard Tabs | 0.25 | 75.00T |
| 29 | Binders - 3 inch , D-ring | 13.50 | 391.50T |
| 1 | Shipping Charge (FedEx: 78082009956) | 636.42 | 636.42 |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was sold to.

| | |
|---|---|
| Subtotal | $5,788.17 |
| Sales Tax (8.75%) | $450.78 |
| **Total** | **$6,238.95** |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

**Received/Approved: X_____**