# EXHIBIT I

Access to Your Audience

Charlene Huang黃小玲
199-2 Chung Hsiao E Rd Sec 3
Taipei, Taiwan 10655
voice +886 2 2721 6858
fax +886 2 2775 3906
mobile +886 937 093 740
charlenh@seed.net.tw

**Invoice** June 26, 2010

**Client: Morrison & Foerster LLP**
*Attention: Hsio-Ting H CHENG senior paralegal*
HCheng@MOFO.com  (202)778-1448 –

**Service rendered:** Interpretation during depositions on ITC case: Inv.337-TA-698
**Service rates:**
US$1,000 from 9am to 5pm, US$120/hour overtime
**Service period:** June 7-12, 2010
Service Fee: US$1,000 x 6 days = US$6,000

***Total Invoice Amount: Six Thousand US Dollars ***

for T/T wire remittance:
Swift number: ▉
A/C number: ▉
A/C name: Charlene Huang
Bank Branch Address: ▉
Bank Branch name: ▉
Bank contact: ▉

*Charlene Huang*

June 26, 2010



**Approved By:** *[signature]*    **Appr. TK** 277    **Date** 7/5/10

### CLIENT EXPENSE INFORMATION

| | Client/Matter Number | TK | COST CODE ACCOUNTING USE ONLY | Amount |
|---|---|---|---|---|
| C<br>L<br>I<br>E<br>N<br>T | 1 8941/123 | 277 | | 6,000.00 |
| | 2 | | | |
| | 3 | | | |

| Narrative | Total 6,000.00 |
|---|---|
| 1. Interpreter for Taiwan depositions | |
| 2 | |
| 3 | |

**For Accounting Use Only**

| Vendor # | Voucher # | | |
|---|---|---|---|
| | | | |

# INVOICE
## TERESA Y. WONG
## TONELEE LINGUISTIC CONSULTING
### COURT CERTIFIED CANTONESE INTERPRETER #300501
### COURT CERTIFIED MANDARIN INTERPRETER #300501
PHONE (925) 943-6892 or (415) 837-0770, FAX (925) 932-1736

To: Stephanie Lenkey
Senior Paralegal
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Statement Date:
09/16/10

| DATE | JOB NUMBER | PROFESSIONAL SERVICES DESCRIPTION | NUMBER OF HRS | HRLY RATE | AMOUNT DUE |
|---|---|---|---|---|---|
| | | **Mandarin Interpreting.** **9/15 & 16/2010 in Palo Alto MoFo Office** **Toshiba v. Imation, Depositions of** **Hogan and Khypemedia** | | | |
| 9/15/2010 | | From 9:30 am to 6:47 pm | 8.0 | $180 | $1,440.00 |
| | | Regular 8 hours from 9:30 am to 5:30 | | | |
| | | OT rate: From 5:30 pm to 7 pm, 1.5 hrs | 1.5 | $200 | $300.00 |
| | | Travel Time of 1 hour for roundtrip travel. | 1.0 | $180 | $180.00 |
| 9/16/2010 | | Day 2 was canceled at 5 pm on Sept 15. | | | |
| | | 6 hours minimum charge for full-day | 6.0 | $180 | $1,080.00 |
| | | booking. | | | |

**Amount due and payable in 20 days by October 13, 2010:**　　　　**$3,000.00**

Please make check payable to:
EIN: ████████
**Teresa Yu Hung Kung Wong**
**1255 Crowley Ave, Santa Clara, CA 95051**
Please direct all billing inquires to (925) 943-6892



〒100-6529
東京都千代田区丸の内1−5−1
新丸の内ビルディング29階
モリソン・フォースター外国法律事務弁護士事務所
田 中 久 美 子 様


レ_06-31346

8128980

平成 25 年 3 月 1 日

# 御 請 求 書

| | |
|---|---|
| 平成 25 年 3 月 1 日通訳料（東芝様） | 70,000 円 |
| 小計 | 70,000 円 |
| 源泉税額（10.21 ％） | 7,147 円 |

| | |
|---|---|
| 差引ご請求額 | 62,853 円 ✓ |

振込先：
金融機関： シティバンク
支店： 赤坂
口座： 普通 ■■■■■
名義： ハセガワノリコ

762.23

東京都新宿区若宮町29
長谷川紀子
Tel・fax：03-3268-5650
携帯：080−3934−325

| Approved By | | Appr. TK 12168 | Date 3/4/2013 |
|---|---|---|---|
| **CLIENT EXPENSE INFORMATION** | | | |
| Client/Matter Number | TK | COST CODE _ACCOUNTING USE ONLY_ | Amount |
| CLIENT 1. 08941123 | | | ￥62,853 |
| 2. | | | |
| 3. | | | |
| Narrative | | | Total ￥62,853 |
| 1. Interpreter for client meeting | | | |
| 2. | | | |
| 3. | | | |
| For Accounting Use Only | | | |
| Vendor # | Voucher # | | |

〒100-6529
東京都千代田区丸の内1−5−1
新丸の内ビルディング29階
モリソン・フォースター外国法律事務弁護士事務所
田 中 久 美 子 様

NORIKO HASEGAWA
V=06-31509



8129116

平成 25 年 3 月 22 日

# 御 請 求 書

| | |
|---|---|
| 平成 25 年 3 月 1 日通訳料（フルデー） | 100,000 円 |
| 小計 | 100,000 円 |
| 源泉税額（10.21 %） | 10,210 円 |

| | |
|---|---|
| 差引ご請求額 | 89,790 円 |

振込先：
金融機関： シティバンク
支店： 赤坂
口座： 普通 ████
名義： ハセガワノリコ

*1088.91*

東京都新宿区若宮町 29 番
長谷川紀子
TEL・fax：03-3268-5650
携帯：080−3934−3250

| Approved By | | Appr. TK | Date | |
|---|---|---|---|---|
| *[signature]* | | 12168 | 3 26 2013 | |
| **CLIENT EXPENSE INFORMATION** | | | **COST CODE** | |
| Client/Matter Number | TK | | (ACCOUNTING USE ONLY) | Amount |
| 1 08941 / 123 | 12796 | | | ¥89,790 |
| 2 | | | | |
| 3 | | | | |
| | Narrative | | Total | ¥89,790 |
| 1 Interpreter for March 22 client meeting | | | | |
| 2 | | | | |
| 3 | | | | |
| For Accounting Use Only | | | | |
| V 90615 | Voucher # | | | |

# URGENT PAYMENT REQUEST FORM

# MORRISON & FOERSTER LLP

Reason for urgent payment: _____

**Payment Delivery Options:**

| X | Pay by check and remote print to requestor's office location |
|---|---|
| | Pay by check and mail directly to vendor by SF |
| | Pay by electronic fund transfer |
| | Pay by Finance Pcard (its use for non-Finance invoices needs additional approval) |

REQUESTED BY: Sue Sedgwick

EXTENSION: █████

OFFICE: Washington - 53

PAY BY (DATE): 4/3/2013

| DATE | NUMBER | | DISB. CODE | EMP/TK NUMBER | G/L ACCOUNT | OFFICE | PERSONNEL TYPE | DEPARTMENT/ PRACTICE GROUP | CURRENCY (Change entry if NOT USD) | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLIENT | MATTER | click here for list | | click here for list | click here for list | click here for list | click here for list | | |
| 4/3/2013 | 8941 | 123 | | | | | | | | 7,410.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | TOTAL | USD | 7,410.00 |

**NARRATIVE:**

NARRATIVE
(IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL.)
PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

Translator fee

**PAYMENT TO:**

Teresa Wong CLC

STREET ADDRESS

2724 Wallace Street

| CITY | STATE | ZIP CODE |
|---|---|---|
| Santa Clara | CA | 95051 |

APPROVAL SIGNATURE _(signature)_ TITLE 277

FOR ACCOUNTING USE ONLY

| EMP/TK# | Form W-9 information |
|---|---|
| VENDOR NO. _____ | |
| VOUCHER NO. _____ | EMP/TK # 277 |



# TERESA WONG CLC
CHINESE LINGUISTIC CONSULTING

2724 Wallace Street, Santa Clara, CA 95051
PHONE (925) 548-4526, FAX (408) 884-2379

## RETAINER INVOICE

To:  Stephanie Lenkey
     Morrison & Foerster, LLP
     5200 Republic Plaza
     370 Seventeeth Street
     Denver, CO 80202

Statement Date:
04/03/13

| DATE | JOB NUMBER | PROFESSIONAL SERVICES DESCRIPTION | NUMBER OF HOURS | RATE/ HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| | | **Retainer invoice for confirmed booking of trial in Madison Wisconsin April 10th through 17th** | | | |
| | | **Main Interpreter: Helen Cole** | | | |
| 4/10/2013 | | Full Day Booking | 8.0 | $190.00 | $1,520.00 |
| 4/11/2013 | | Full Day Booking | | | |
| 4/12/2013 | | Full Day Booking | 8.0 | $190.00 | $1,520.00 |
| 4/13/2013 | | Weekend Layover | 4.0 | $190.00 | $760.00 |
| 4/14/2013 | | Weekend Layover | 4.0 | $190.00 | $760.00 |
| 4/15/2013 | | Full Day Booking | 8.0 | $190.00 | $1,520.00 |
| 4/16/2013 | | Full Day Booking | 7.0 | $190.00 | $1,330.00 |
| 4/17/2013 | | Full Day Booking | | | |

**Amount Due Immediately**
**Payment will secure and release interpreter**

$7,410.00

Please make check payable to:

████████████

**TERESA WONG CLC**
**2724 Wallace Street, Santa Clara, CA 95051**
Please direct all billing inquires to Esther lee (925) 548-4526
**For FedEx Delivery, please put "signature release"**

# Invoice

Christopher Field
108 Codman Rd
Lincoln, MA 01773
+1617-905-6060
cf@christopherfield.com

| Reference: | |
|---|---|
| Toshiba | |
| Date | Invoice No. |
| 05/06/13 | 1029 |

**Bill To:**

Morrison & Foerster
Washington DC
Attn: Mr. Brian Busey

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Interpreting | INTERPRETING FOR JAPANESE WITNESSES AT TOSHIBA V IMATION ET AL, 5 APRIL-15 APRIL 2013 | | | |
| Travel Time | Travel, April 5, Boston to Madison WI (actual time 8 hours) | 6 | 112.50 | 675.00 |
| Interpreting | On site, April 6-April 15, less 1 day off | 9 | 1,800.00 | 16,200.00 |
| Expenses | Train, home to Boston | 1 | 7.75 | 7.75 |
| Meal | 4.5.13 Meal | | 4.26 | 4.26 |
| Meal | 4.5.13 Meal | | 3.50 | 3.50 |
| Meal | 4.5.13 Meal | | 11.26 | 11.26 |
| Meal | 4.5.13 Meal | | 4.03 | 4.03 |
| Air | 4.5.13 Luggage charge | | 25.00 | 25.00 |
| Meal | 4.7.13 Meal | | 16.66 | 16.66 |
| Meal | 4.9.13 Meal | | 4.95 | 4.95 |
| Meal | 4.10.13 Meal | | 16.16 | 16.16 |
| Meal | 4.10.13 Meal | | 19.54 | 19.54 |
| Meal | 4.15.13 Meal | | 11.34 | 11.34 |
| Fuel | 4.14.13 Fuel | | 37.30 | 37.30 |
| Hotel | 4.15.13 Miscellaneous hotel charges | | 188.20 | 188.20 |
| Air | 4.15.13 Luggage charge | | 25.00 | 25.00 |
| Meal | 4.15.13 Meal | | 20.53 | 20.53 |
| Taxi | 4.15.13 Taxi, airport to station | | 23.60 | 23.60 |
| Train | 4.15.13 Train, station to home | | 7.25 | 7.25 |

| | | | Total | $17,301.33 |
|---|---|---|---|---|
| thank you and best wishes. | | | | |

## MBTA COMMUTER RAIL

| SOUTH SERVICE | NORTH SERVICE |
|---|---|
| FAMILY FARE | ROUNDTRIP |

| MONTHLY PASS PRESENTED | 2 3 4 5 |
|---|---|

### OUT                    IN

### PASSENGER'S RECEIPT

Valid for round trip and family fare only on date punched. Otherwise, not good for passage.

| FORM A | Series 3 | BOSTON |
|---|---|---|
| | CHILD | ZONE 1A |
| | SR. CITIZEN | ZONE 1 |
| | SP. NEEDS | ZONE 2 |
| | STUDENT | ZONE 3 |
| 17 | 1 JAN | ZONE 4 |
| 18 | 2 FEB | ZONE 5 |
| 19 | 3 | ZONE 6 |
| 20 | 4 MAR | ZONE 7 |
| 21 | 5 APR | ZONE 8 |
| 22 | 6 MAY | ZONE 8 |
| 23 | 7 | ZONE 9 |
| 24 | 8 JUNE | ZONE 10 |
| 25 | 9 JULY | SPECIAL |
| 26 | 10 AUG | SURCHARGE $1.00 |
| 27 | 11 SEPT | SURCHARGE $2.00 |
| 28 | 12 | |
| 29 | 13 OCT | BOOK No. |
| 30 | 14 NOV | 34708 |
| 31 | 15 | CHECK No. |
| | 16 DEC | 081 $7 25 |

| $ Tens | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| Dollars | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| ¢ Tens | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| Cents | | | 0 | | | 5 | | | |

SHOW FARE COLLECTED

---

WENDY'S – BOSTON LOGAN #70
If we did or did not exceed your
expectations, we would like to
hear from you.  Please call
1-800-426-5971 ext 1021 or
email wecare@mindspring.com

#0213                         IN
1 M. FRSTY                1.99
1 MD FRY                  1.99

SUBTOTAL              3.98
TAX TOTL               .28
TOTAL                    4.26
         CREDIT         4.26
LIEN      CSHR
0344 16:10 APR 05'13    W/S#02 P1

---

Capital Tap Haus

Date: 4/5/2013   Time: 11:14:20 PM

Status:              Approved

Card Type:
Card Number:      XXXXXX
Swipe/Manual:     Swipe
Server ID:        161
Server Name:      Luis.
Check Number:     189488
Check Name:

Tab Number:       1
Profit Center ID: 3
Profit Center:    Tap Haus Dining
Number Of Covers: 1
Persons:          1
Card Owner:       FIELD/CHRISTOPHI

AMOUNT     9.76

TIP
TOTAL            11.26

Approval: 006880

---

Ian's pizza
100 State St.  53703
Madison, WI

Name            FIELD CHRISTOPHER L
Card Type
Card Number     ***********
Date/Time       4/5/2013 11:27 pm
Ticket #        776
Server          JOHN CONNOR
Tender Station  STATION1

Amount          $3.50

Tip

---

HMSHOST--WOLFGANG PUCK'S
CVG--CINCINNATI VERY GOOD
859-767-7891

4497 CHERYL

11/1            8300        GST 1
APR05'13  7:56PM

Subtotal

**** SEAT 1 ****
1 NAKED JUICE              3.80
   SUBTOTAL                3.80
TAX    0.23  AMOUNT        4.03
******* *******

SUBTOTAL                   3.80
TAX                        0.23
AMOUNT                    $4.03



**△DELTA ☺**

| | | |
|---|---|---|
| PASSENGER RECEIPT | 01 | EXCESS BAGGAGE |
| 05APR13 0066 | US | TICKET |

DI      BOS FTO

THIS IS YOUR RECEIPT

FIELD/CHRISTOPHERLYMAN
**NOT VALID FOR**
**TRANSPORTATION**

PSGR TICKET 0067188116588

FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET AND
BAGGAGE CHECK

BOS DL CVG DL MKE
PIECE 25.00
EBC 25.00

HGVRLL /DL

USD 25.00

DSXXXXXXXXXXXX6970/00505Q

NOT VALID FOR TRAVEL

2

USD25.00

1 006 8212777383 5

1 006 8212777383 5

---

MIRCH MASALA
14 W MIFFLIN ST
MADISON, WI 53703

TERMINAL ID:          001997030
MERCHANT #:      601103056120409

SALE
BATCH: 000655    INVOICE: 0582050100
DATE: APR 07, 13         TIME: 71:08
SQ: 024            AUTH NO: 00724Q

PRE-TIP AMT          $14.66

TIP          2.00

TOTAL          16.66

---

# GUEST CHECK

| Date | Table | Guests | Server | 546820 |
|---|---|---|---|---|
| | C | | Jen | |

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV

Taco Bake          4.99
BC  Sm Salad

4-9-2013

---

MIRCH MASALA
14 W MIFFLIN ST
MADISON, WI 53703

TERMINAL ID:          001997030
MERCHANT #:      601103056120409

SALE
BATCH: 000674    INVOICE: 0712640100
DATE: APR 10, 13         TIME: 11:57
SQ: 001            AUTH NO: 010180

PRE-TIP AMT          $14.16

TIP          2.00

TOTAL          16.16

CUSTOMER COPY

---

# WHOLE FOODS MARKET

3313 University Ave
Madison, WI 53705 608-233-9566

GTS OG CH RSP 16Z          3.69 F
1.54 LB @ 8.49 /lb     TARE = .10
UT     SALAD BAR BY LB          13.07 B
                    ITEM # 67740

WFM CORNBREADBYLB          2.06 F
**** Tax @ 5.50%          .72
**** TAX     .72 BAL          19.54
VF                          19.54

Seq # 1458
Authorization # 01061Q
CHANGE          .00

TOTAL NUMBER OF ITEMS SOLD = 3
4/10/13  8:04 PM 0544 03 0506 127

---

Water House Foods
Trans #25040 4/15/2013 2:30 PM

1 ham and swiss(ophelia)-FUL
7.25T
on rye, veggies

1 cup soup
3.50T
mushroom

Subtotal
10.75
TAX 1 (5.500%)
0.59
Total
11.34

Credit
11.34

---

WELCOME TO BP
4709 S HOWELL AVE
MILWAUKEE, WI 53207
9198920

DATE 04/15/13  15:48
PUMP # 04
PRODUCT: UNLD1
GALLONS:          10.364
PRICE/G:          $ 3.599
FUEL SALE    $ 37.30

Auth #: 01574Q
Ref: 4Q629003
Resp Code: 000
Stan: 1190214467

SITE ID: 9198920

Earn rebates
with BP Visa
Take application
and Apply Today

THANK YOU



**THE MADISON CONCOURSE HOTEL AND GOVERNOR'S CLUB**

1 West Dayton Street | Madison, Wisconsin 53703

800 356 8293 | fax 608 257 5280 | concoursehotel.com

Reservation Number 306123

**Room Number**

| Send to | Chris Field |
| --- | --- |
| | Na |
| | Na, |
| Phone | na |

| Guest Name | Chris Field |
| --- | --- |

| **Arrival Date** | **Departure Date** |
| --- | --- |
| 4/5/2013 | 4/16/2013 |

| Group | Morrison & Foerster Llp |
| --- | --- |
| Bill To | Field, Chris |
| | Na |
| | Na, |
| Phone | na |

Folio Number 346368

| Trans Date | Description | | Voucher | | Amount |
| --- | --- | --- | --- | --- | --- |
| | | | | Subtotal | 0.00 |
| | | | | Subtotal | 0.00 |
| **Charges** | | | | | |
| 4/5/2013 | Parking | Field, Chris | 1134 | - | 10.00 |
| 4/6/2013 | Room Service Dinner | Field, Chris | 1134 | 0133-0000 | 18.83 |
| 4/6/2013 | Parking | Field, Chris | 1134 | - | 10.00 |
| 4/7/2013 | Parking | Field, Chris | 1134 | - | 10.00 |
| 4/8/2013 | Parking | Field, Chris | 1134 | - | 10.00 |
| 4/9/2013 | Parking | Field, Chris | 1134 | - | 10.00 |
| 4/10/2013 | Telephone Long Distance | Field, Chris | 1134 | 617-9056 | 1.50 |
| 4/10/2013 | Telephone Long Distance | Field, Chris | 1134 | 617905606 | 1.50 |
| 4/10/2013 | Parking | Field, Chris | 1134 | - | 10.00 |
| 4/11/2013 | DSG Breakfast | Field, Chris | 1413 | 1603-0000 | 15.45 |
| 4/11/2013 | Parking | Field, Chris | 1413 | - | 10.00 |
| 4/12/2013 | DSG Lunch | Field, Chris | 1413 | 1801-0000 | 12.55 |
| 4/12/2013 | Dry Cleaning | Field, Chris | | 4452 | 13.82 |
| 4/12/2013 | Parking | Field, Chris | 1413 | - | 10.00 |
| 4/13/2013 | DSG Breakfast | Field, Chris | 1413 | 1852-0000 | 7.28 |
| 4/13/2013 | Parking | Field, Chris | 1413 | - | 10.00 |
| 4/14/2013 | DSG Dinner | Field, Chris | 1413 | 1204-0000 | 17.27 |
| 4/14/2013 | Parking | Field, Chris | 1413 | - | 10.00 |
| | | | Field, Chris Subtotal: | | $188.20 |
| **Total Charges** | | | | | $188.20 |
| **Payments** | | | | | |
| 4/15/2013 | Discover | Field, Chris | | 000021629 | -188.20 |
| | | | Field, Chris Subtotal: | | -$188.20 |
| **Total Payments** | | | | | -$188.20 |
| | | | **Balance Due:** | | 0.00 |

 **DELTA**

PASSENGER RECEIPT
15APR13 0066

01 EXCESS BAGGAGE
US TICKET

DL/KI     MKE FTO

FIELD/CHRISTOPHERLYMAN
**NOT VALID FOR**
**TRANSPORTATION**

THIS IS YOUR RECEIPT

PSGR TICKET 0062147317469

MKE DL DTW DL BOS
PIECE  25.00
EBC    25.00

HGVRLL ;DL

FOR CONDITIONS OF
CONTRACT – SEE
PASSENGER TICKET AND
BAGGAGE CHECK

USD   25.00

DSXXXXXXXXXXXX6970/0158SQ

NOT VALID FOR TRAVEL

2

USD25.00

1 006 8213120754

1 006 8213120754

---

JOSE CUERVO M/F
DETROIT METRO AIRPORT
DETROIT, MICHIGAN

4032 Milton

4 /1          9758       GST 1
APR15'13   7:22PM

**** SEAT 1 ****
1 Dbl SAM ADAMS DR      7.99
    SIDE SHOT NO
1 JICAMA SALAD          5.49
1 BLACK BEAN            5.89
2 TO GO                 0.00
  Subtotal             19.37
Tax    1.16  Amount    20.53
******* *******

Subtotal               19.37
Tax                     1.16
Amount               $20.53

---

--ORIGINAL--
IVY RIDE
CAB # 0005
HACK:       11986
CUSTOMER COPY
04/15/13 1:06087
START  END  MILES
09:51 10:00  0.0
FARE:  $   12.20
EXTRA: $    0.00
TOLL:  $    5.25
SRCH:  $    2.25
TIP:   $    3.90
TOTAL: $   23.60

CARD:
AUTH:      0158SQ

TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

---

RECEIPT
04/15/2013  10:07 PM
**MBTA**
North Station
FVM        201110
CREDIT CARD SALE
CARD:
AUTH #:      0158QU
BANK REF#:      449
PAID AMT:    $7.25



Trans no       699622
One Way Adult
# 001 - 120357710
Number of Tickets 1

For Customer Service
call 617-222-3200