# EXHIBIT B



**Elite Document Solutions, LLC**
10301 Democracy Lane, Suite 120
Fairfax, VA 22030
703-273-1334
FED ID# 20-8866530

# Invoice

| Date | Invoice # |
|---|---|
| 8/11/2010 | 10-8052 |

**Bill To**
Morrison & Foerster LLP (DC)
2000 Pennsylvania Avenue, N.W.
Suite 550
Washington, DC 20006-1888

**Ship To**
Morrison & Foerster LLP (DC)
2000 Pennsylvania Avenue, N.W.
Suite 550
Washington, DC 20006-1888

| Requestor | Case Name / Client # | Terms | Rep | Ship | Via |
|---|---|---|---|---|---|
| Laura Santana | 08941-123 | Net 30 | JJ | 8/11/2010 | Delivery |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4,437 | Blowbacks | Declarations from FTP site printed 1x per instructions | 0.08 | 354.96T |
| 1,033 | Color (8.5 x 11) | | 0.89 | 919.37T |
| 93 | Pre-Printed Tabs | | 0.25 | 23.25T |
| 4 | 4" Binder | | 15.00 | 60.00T |
| 1 | 2" Binder | | 7.00 | 7.00T |
| 2 | 1" Binder | | 5.00 | 10.00T |

Approved By: *[signature]* Appr. TK 7644 Date

**CLIENT EXPENSE INFORMATION**

| Client/Matter Number | TK | COST CODE | Amount |
|---|---|---|---|
| 1. 08941-123 | 7644 | | 1443.31 |
| 2. | | | |
| 3. | | | |

**Narrative** Total
1. Copying + Binders
2.
3.

For Accounting Use Only

Vendor # Voucher #

Thank you for your business!

| | |
|---|---|
| Subtotal | $1,374.58 |
| Sales Tax (5.0%) | $68.73 |
| Total | $1,443.31 |

**Signature:** *[signature]*